UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

_____

STEPHANIE REYGADAS

                        Plaintiff,           Case No. 2:18-cv-02184-PKH

v.

DNF ASSOCIATES, LLC

                        Defendant.

_____

### **DEFENDANT DNF ASSOCIATES, LLC'S CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Defendant DNF Associates, LLC, by and through its attorneys, Lippes Mathias Wexler Friedman LLP, hereby notifies this Court and all parties of the following:

1. DNF Associates, LLC is a New York limited liability company with a principal place of business in the State of New York.

2. DNF Associates, LLC does not have a parent company.

3. No publicly held corporation owns 10% or more interest of DNF Associates, LLC.

DATED:     January 9, 2019

                                        **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

                                        /s Brendan H. Little
                                        Brendan H. Little, Esq.
                                        Attorneys for Defendant
                                        50 Fountain Plaza, Suite 1700
                                        Buffalo, NY 14202
                                        P: 716-853-5100
                                        F: 716-853-5199
                                        E: blittle@lippes.com