In the United States District Court
Western District of Arkansas
Fort Smith Division

Stephanie Reygadas                                                      Plaintiff

v.                         Case No. 2:18-cv-02184-PKH

DNF Associates, LLC                                                     Defendant

### Declaration of Corey D. McGaha

Corey D. McGaha declares under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true:

1.  I received the following documents during the course of representing Stephanie Reygadas in the case *DNF Associates, LLC v. Stephanie Reygadas*, Case No. 17CV-16-564, which are attached as composite Exhibit 1, and indexed below according to Bates Number:

    a.  Complaint filed on December 5, 2016, in *DNF Assocs. LLC v. Reygadas* – SReygadas000001-SReyagadas000003.

    b.  Civil Cover Sheet filed on December 5, 2016, in *DNF Assocs. LLC v. Reygadas* – SReygadas000004.

    c.  Summons issued on December 6, 2016, in *DNF Assocs. LLC v. Reygadas* – SReygadas000005-SReygadas000007.

    d.  Letter from Corey D. McGaha to Michael A. Jacob, II dated January 29, 2017 with enclosure – SReygadas000012-SReygadas000023.

    e.  Motion to Dismiss for Insufficiency of Process and to Quash Service of Process and Brief in Support with Exhibits 1 and 2 filed on January 30, 2017, in *DNF Assocs. LLC v. Reygadas* – SReygadas000024-SReygadas000034.

  f. Notice of Electronic Filing for Motion to Dismiss for Insufficiency of Process and to Quash Service of Process and Brief in Support with Exhibits 1 and 2 filed on January 30, 2017, in *DNF Assocs. LLC v. Reygadas* – SReygadas000035-SReygadas000036.

  g. Green Card showing receipt of Motion to Dismiss for Insufficiency of Process and to Quash Service of Process and Brief in Support with Exhibits 1 and 2 by Michael A. Jacob, II and Jacob Law Group, PLLC on February 1, 2017 – SReygadas000037-SReygadas000038.

  h. Affidavit of Service filed on February 6, 2017, in *DNF Assocs. LLC v. Reygadas* – SReygadas000039.

  i. Notice of Electronic Filing for Affidavit of Service filed on February 6, 2016 in *DNF Assocs. LLC v. Reygadas* – SReygadas000040.

  j. Letter from Corey D. McGaha to Hon. Mike Medlock dated April 3, 2017 – SReygadas000043-SReygadas000054.

  k. Order filed on January 4, 2018, in *DNF Assocs. LLC v. Reygadas* – SReygadas000055.

  l. Notice of Electronic Filing filed for Order on January 4, 2018, in *DNF Assocs. LLC v. Reygadas* – SReygadas000056.

 2. I downloaded the attached documents, complaints, filings, and judgments, filed by DNF Associates, LLC, in circuit courts of Arkansas, to collect on alleged debts, from the Arkansas Administrative Office of the Court CourtConnect Website, which are attached as composite Exhibit 2, and indexed below according to Bates Number:

  a. *DNF Assocs. v. Essica McFee* – SReygadas000059-SReygadas000069.

  b. *DNF Assocs. v. Jennifer Braxton* – SReygadas000070-SReygadas000087.

c. *DNF Assocs. v. Kenneth Jones* – SReygadas000088-SReygadas000097.

d. *DNF Assocs. v. Patricia Cliff* – SReygadas000098-SReygadas000112.

e. *DNF Assocs. v. Catherine McCormic* – SReygadas000113-SReygadas000131.

f. *DNF Assocs.* v. *James Koone* – SReygadas000132-SReygadas000141.

g. *DNF Assocs. v. Andre Rasheed* – SReygadas000142-SReygadas000155.

h. *DNF Assocs. v. Adrian Brown* – SReygadas000156-SReygadas000165.

i. *DNF Assocs. v. Arlonzo Childress* – SReygadas000166-SReygadas000176.

j. *DNF Assocs. v. Barbara Hilton* – SReygadas000177-SReygadas000190.

k. *DNF Assocs. v. Darius Lockett* – SReygadas000191-SReygadas000198.

l. *DNF Assocs. v. Dennis Wilks* – SReygadas000199-SReygadas000207.

m. *DNF Assocs. v. Dietra Pickens* – SReygadas000208-SReygadas000244.

n. *DNF Assocs. v. Kathy Florence* – SReygadas000245-SReygadas000258.

o. *DNF Assocs. v. Larhonda Stackhouse* – SReygadas000259-SReygadas000270.

p. *DNF Assocs. v. Lindsay Bailey* – SReygadas000271-SReygadas000284.

q. *DNF Assocs. v. Sandra Ellis* – SReygadas000285-SReygadas000295.

r. *DNF Assocs. v. Daron Brown* – SReygadas000296-SReygadas000320.

s. *DNF Assocs. v. Jeffery Sloan* – SReygadas000321-SReygadas000328.

t. *DNF Assocs. v. Jernar Richards* – SReygadas000329-SReygadas000337.

u. *DNF Assocs. v. Kathy Cambron* – SReygadas000338-SReygadas000421.

v. *DNF Assocs. v. Ronald Brown* – SReygadas000422-SReygadas000462.

w. *DNF Assocs. v. Tonya Davidson* – SReygadas000463-SReygadas000470.

x. *DNF Assocs. v. Eldon Laiken* – SReygadas000471-SReygadas000486.

y. *DNF Assocs. v. Harold Jones* – SReygadas000487.

z. *DNF Assocs. v. Jesus Alcantar* – SReygadas000488-SReygadas000498.

aa. *DNF Assocs. v. Jimmy Fant* – SReygadas000499-SReygadas000505.

 *bb.* *DNF Assocs. v. Patrice Johnson* – SReygadas000506-SReygadas000517.

 *cc.* *DNF Assocs. v. Patrick Kabua* – SReygadas000518-SReygadas000528.

 *dd.* *DNF Assocs. v. Sergio Godoy* – SReygadas000529-SReygadas000545.

 *ee.* *DNF Assocs. v. Sohail Cheema* – SReygadas000546-SReygadas000556.

 *ff.* *DNF Assocs. v. Travis Millwood* – SReygadas000557-SReygadas000569.

 *gg.* *DNF Assocs. v. Jason Corn* – SReygadas000570-SReygadas000577.

 *hh.* *DNF Assocs. v. Darius Lockett* – SReygadas000578-SReygadas000590.

 *ii.* *DNF Assocs. v. Jeremy Black* – SReygadas00591-SReygadas000597.

 *jj.* *DNF Assocs. v. Adrian Brown* – SReygadas000598-SReygadas000609.

 *kk.* *DNF Assocs. v. Linda Townsend* – SReygadas000610-SReygadas000619.

 *ll.* *DNF Assocs. v. Polly Ingerson* – SReygadas000620-SReygadas000640.

 *mm.* *DNF Assocs. v. Stephanie Penley* – SReygadas000641-SReygadas000655.

 *nn.* *DNF Assocs. v. Mark Grimes* – SReygadas000656-SReygadas000675.

 *oo.* *DNF Assocs. v. Pamela Guillot* – SReygadas000676-SReygadas000687.

 *pp.* *DNF Assocs. v. Vashti Parsons* – SReygadas000688-SReygadas000704.

 *qq.* *DFN Assocs. v. Jonthan Roberts* – SReygadas000705-SReygadas000716.

 *rr.* *DNF Assocs. v. Richard Venable* – SReygadas000717-SReygadas000727.

 *ss.* *DNF Assocs. v. Chris Smith* – SReygadas728-SReygadas000737.

 3. I was provided the following documents, which are attached as Exhibit 3, from the Arkansas State Board of Collection Agencies in response to Freedom of Information Act Request regarding DNF Associates LLC's licensing as a collection agency: SReygadas000738-SReygadas000762.

 4. I downloaded the attached documents, complaints, filings, and judgments, filed by DNF Associates, LLC, in circuit courts of Arkansas, to collect on alleged debts, from the Arkansas Administrative Office of the Court

CourtConnect Website, which are attached as composite Exhibit 4, and indexed below according to Bates Number:

    a.     *DNF Assocs. v. Delana Cook* – SReygadas000763-SReygadas000774.

    b.     *DNF Assocs. v. Eric Johnson* – SReygadas000775-SReygadas000783.

    c.     *DNF Assocs. v. James Dunham* – SReygadas000784-SReygadas000789.

    d.     *DNF Assocs. v. Jeffery Evans* – SReygadas000790-SReygadas000797.

    e.     *DNF Assocs. v. Joe Gillapsy* – SReygadas000798-SReygadas000807.

    f.     *DNF Assocs. v. Staci Sutton* – SReygadas000808-SReygadas000814.

    g.     *DNF Assocs. v. Angela Play* – SReygadas000815-SReygadas000824.

    h.     *DNF Assocs. v. Antonio Mosby* – SReygadas000825-SReygadas000833.

    j.     *DNF Assocs. v. Bobby Porchay* – SReygadas000834-SReygadas000838.

    k.     *DNF Assocs. v. Chris Jensen* – SReygadas000839-SReygadas000847.

    l.     *DNF Assocs. v. David Hudson* – SReygadas000848-SReygadas000858.

    m.     *DNF Assocs. v. David McEntire* – SReygadas000859-SReygadas000869.

    n.     *DNF Assocs. v. Deidra Webb* – SReygadas000870-SReygadas000877.

    o.     *DNF Assocs. v. Everett Hess* – SReygadas000878-SReygadas000882.

    p.     *DNF Assocs. v. Isom Monroe* – SReygadas000883-SReygadas000891.

    q.     *DNF Assocs. v. Katherine Slater* – SReygadas000892-SReygadas000900.

    r.     *DNF Assocs. v. Khadijah Fuller* – SReygadas000901-SReygadas000912.

    s.     *DNF Assocs. v. Kristopher Scott* – SReygadas000913-SReygadas000924.

    t.     *DNF Assocs. v. Patrick Carlton* – SReygadas000925-SReygadas000934.

    u.     *DNF Assocs. v. Alix Henderickson* – SReygadas000935-SReyagadas000945.

    v.     *DNF Assocs. v. Amy Crowson* – SReygadas000946-SReygadas000954.

    w.     *DNF Assocs. v. Armando Rodriguez* – SReygadas000955-

SReygadas000962.

x.   *DNF Assocs. v. Audra Nelson* – SReygadas000963-SReygadas000972.

y.   *DNF Assocs. v. Benjamin Gardner* – SReygadas000973-SReygadas000988.

z.   *DNF Assocs. v. Brandon Jackson* – SReygadas000989-SReygadas000998.

aa.  *DNF Assocs. v. Brian Edmondson* – SReygadas000999-SReygadas001007.

bb.  *DNF Assocs. v. Brittney Seamans* – SReygadas001008-SReygadas001015.

cc.  *DNF Assocs. v. Cassandra McGee* – SReygadas001016-SReyagadas001025.

dd.  *DNF Assocs. v. Charles McCollum* – SReygadas001026-SReygadas001034.

ee.  *DNF Assocs. v. Chelsea Long* – SReygadas001035-SReygadas001042.

ff.  *DNF Assocs. v. Chris Forshee* – SReygadas001043-SReygadas001050.

gg.  *DNF Assocs. v. Colleen Wilson* – SReygadas001051-SReygadas001059.

hh.  *DNF Assocs. v. Dewayne Carmack* – SReyagadas001060-SReygadas001067.

ii.  *DNF Assocs. v. Eduardo Albauran* – SReygadas001068-SReygadas001078.

jj.  *DNF Assocs. v. Elmire Williams* – SReygadas001079-SReygadas001087.

kk.  *DNF Assocs. v. Ethan Brown* – SReygadas001088-SReyagadas001096.

ll.  *DNF Assocs. v. Forrest Parker* – SReygadas001097-SReygadas001104.

mm.  *DNF Assocs. v. GE Lee* – SReygadas001105-SReygadas001113.

nn.  *DNF Assocs. v. Gerald Williams* – SReygadas001114-SReygadas001123.

oo.  *DNF Assocs. v. Hadi Winarto* – SReygadas001124-SReygadas001131.

pp.  *DNF Assocs. v. Hadi Winarto 2* – SReygadas001132-SReyagadas001138.

qq.  *DNF Assocs. v. James Brewer* – SReygadas001139-SReygadas001147.

rr.  *DNF Assocs. v. James Sheets* – SReygadaas001148-SReygadas001156.

ss.  *DNF Assocs. v. Jeremy Williams* – SReygadas001157-SReygadas001167.

tt.  *DNF Assocs. v. Jessica Hower* – SReygadas001168-SReygadas001175.

uu.  *DNF Assocs. v. Jimmy Porter* – SReygadas001176-SReygadas001183.

vv.  *DNF Assocs. v. Joe Henard* – SReygadas0000184-SReygadas001191.

ww.  *DNF Assocs. v. John Muhammad* – SReygadas001192-SReygadas1200.

xx.  *DNF Assocs. v. Jumpierre Hall* – SReygadas001201-SReygadas001208.

yy.  *DNF Assocs. v. Karrie Beasley* – SReygadas001218-SReygadas001217.

zz.  *DNF Assocs. v. Lakisa Hampton* – SReygadas001218-SReygadas001225.

aaa.  *DNF Assocs. v. Leah Yarberry* – SReygadas001226-SReygadas001234.

bbb. *DNF Assocs. v. Lucas Harlan* – SReygadas1243-SReygadas001249.

ccc. *DNF Assocs. v. Luddie Smith* – SReygadas001250-SReygadas001263.

ddd. *DNF Assocs. v. Melissa Hillman* – SReygadas001264-SReygadas001271.

eee. *DNF Assocs. v. Murphy Morman* – SReygadas001272-SReygadas001280.

fff. *DNF Assocs. v. Nicholas Ponder* – SReygadas001281-SReygadas001288.

ggg. *DNF Assocs. v. Randy Robbins* – SReygadas001289-SReygadas001297.

hhh. *DNF Assocs. v. Randy Stinson* – SReygadas001298-SReygadas001306.

iii. *DNF Assocs. v. Richard Webb* – SReygadas001307-SReygadas001316.

jjj. *DNF Assocs. v. Robert Sims* – SReygadas001317-SReygadas001325.

kkk. *DNF Assocs. v. Salamtaou Dioffo* – SReygadas001326-SReygadas001333.

lll. *DNF Assocs. v. Santana Hood* – SReygadas001333-SReygadas001341.

mmm. *DNF Assocs. v. Shannan Pruitt* – SReygadas001342-SReygadas001351.

nnn. *DNF Assocs. v. Shirley McAdoo* – SReygadas001352-SReygadas001362.

ooo. *DNF Assocs. v. Susan Francois* – SReygadas001363 – SReygadas001369.

ppp. *DNF Assocs. v. Theodis Mitchell* – SReygadas001370 – SReygadas001383.

qqq. *DNF Assocs. v. Zachary Blackmon* – SReygadas001384 – SReygadas001385.

rrr. *DNF Assocs. v. Zachary Green* – SReygadas001393 – SReygadas001403.

sss. *DNF Assocs. v. Zachary Green 2* – SReygadas001404 – SReygadas001412.

  *ttt. DNF Assocs. v. Zachary Ridge* – SReygadas001413-SReygadas001420.

Witness my signature, this 28th day of March, 2018.

                /s/ Corey D. McGaha
                Ark. Bar No. 2003047
                Crowder McGaha, LLP
                5507 Ranch Drive
                Suite 202
                Little Rock, AR 72223
                Phone: (501) 205-4026
                Fax: (501) 367-8208
                cmcgaha@crowdermcgaha.com