SReygadas000989

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  13:25:53
60CV-19-552
C06D17 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                          CAUSE NO._____

BRANDON JACKSON                                                     DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, BRANDON JACKSON, is an adult resident of 16718 LORANCE HEIGHTS, LITTLE ROCK AR 72206.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $1,352.86

**SReygadas000990**

| | | | |
|---|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 | |
| 3. | Court Costs in the amount of: | $185.00 | |
| | **TOTAL:** | **$1,537.86** | |
| 4. | Additional Court Costs as they accrue | | |
| 5. | Post judgment interest. | | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281551

SReygadas000991

*Page 1 of 2*                                                                                    2524000279

# JARED®
# The Galleria Of Jewelry
jared.com

**Customer Name   Brandon O Jackson**
**Account #   xxxxxx6913**

Questions? – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,370.13 |
| Payments | $25.00– |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $7.73 |
| **New Balance** | **$1,352.86** |
| Statement closing date | 05/10/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,352.86 |
| Balance Payable To Avoid Further Interest Charges | $1,352.86 |
| Minimum Payment | $40.00 |
| Past Due | $720.00 |
| Total Due | $760.00 |
| Payment Due Date | 06/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 YEARS | $1,818.18 |
| $48.23 | 3 YEARS | $1,704.88 Savings =$113.30 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 04/13/2016 | 04/14/2016 | Payment – Thank You | $25.00– |

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/10/2016 | 05/11/2016 | Interest Charges | $7.73 |
| | | TOTAL INTEREST FOR THIS PERIOD | $7.73 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx6913 |
|---|---|
| New Balance | $1,352.86 |
| Due Date | 06/05/2016 |
| Total Due | $760.00 |
| Amount Enclosed | $ |

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

6913000760000004000135286b

000279

# JARED®
# The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1301652810619132 #
Brandon O Jackson
16718 Lorance Hights
Little Rock AR 72206–6935

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

JARED THE GALLERIA OF JEWELRY #2524

Park Avenue

310 South University Ave

Little Rock, AR 72205

Date: 12/13/2014          Time: 13:30:54          Sales Slip ID: 19372

Cardholder:     JACKSON, BR
Account No:     XXXXXX6913
Purchase Price: $1220.76
Down Payment:   $50.00
Credit Plan:    REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY EXCHANGE OR RETURN YOUR PURCHASE WITHIN 30 DAYS. WATCHES MUST BE UNWORN AND UNALTERED WITH ORIGINAL
PACKAGING, INSTRUCTION AND WARRANTY DOCUMENTS. CUSTOM DESIGNED JEWELRY AND SPECIAL ORDERED WATCHES CANNOT BE
RETURNED OR EXCHANGED. MERCHANDISE RECEIVED THROUGH THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $1170.76

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my JARED GALLERIA OF JEWELRY Retail Installment
Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan Insurance, I acknowledge that: I do not need to purchase this insurance to get
credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes
Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my
state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X
Date of Birth                                      12/13/14
                                                   Date

SReygadas000993

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1    He is a competent person over eighteen years of age. He is a Managing Partner
for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff") He is
authorized to execute this affidavit on behalf of Plaintiff and the information
below is true and correct to the best of her knowledge, information and belief. He
is familiar with the method of preparation and maintenance of Plaintiff's books
and records and believe them to be true and correct, with entries thereon having
been made in the ordinary course of Plaintiff's business, at or near the time of the
transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation
sued upon, and was assigned all the rights, title and interest to Defendant
BRANDON JACKSON's JARED account identified by the account number
6913.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance
due and owing to Plaintiff by the Defendant on the Account Number referenced
above as of the date hereof August 28, 2018 is in the sum of $1,352.86, according
to the business records provided to Plaintiff by the Original Creditor or its
Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51737077
00281551

**SReygadas000994**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                              CAUSE NO. _____

BRANDON JACKSON                                                                DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>BRANDON JACKSON</u>

<u>16718 LORANCE HEIGHTS, , LITTLE ROCK AR 72206</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____

[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281551

SReygadas000995

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

      I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the
              defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely
              _____

_____        OTHER:_____
              _____

                                        _____
                                        Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of
_____, 2018.

                                          _____
                                          Notary Public

My Commission Expires:


_____

**SReygadas000996**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V BRANDON JACKSON

**Case Number:**    60CV-19-552

**Type:**            SUMMONS - FILER PREPARED


So Ordered

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 13:33:23    page 3 of 3

SReygadas000997

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-25  17:40:37
60CV-19-552
C06D17 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

Cause No.:   **60CV-19-552**
Hearing Date:

vs.

**BRANDON JACKSON**

Defendant/Respondent

DECLARATION OF SERVICE OF
Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **BRANDON JACKSON**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with **Brittany Jackson**, a member of the defendant's family at least 18 years of age, at **13600 OTTER CREEK PKWY APT 109, LITTLE ROCK, Pulaski County, AR 72210,** a place where the defendant resides, on **23rd day of March, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____ _____

☐ I was unable to execute service at _____ _____ [place] :
_____

My fee is $: **$ 65.00**

REF:  **00281551**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: 0034887276



SReygadas000998

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ _ _ _ SHERIFF OF _____ COUNTY, ARKANSAS

By: _____ _ _ _ _ _

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _23_ day of ___Mrh__ , 20_19_ .

Jamie Heflin, Reg. # 17CPS-2010-01, Circuit Courts of the First Judicial Circuit of Arkansas

Subscribed and Sworn to before me this _23_ day of ___March__ , 20 _19_ .

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: ____Searcy AR_____

My commission expires ___02-11-2022___

> KATHIE KING-HEFLIN
> Notary Public-Arkansas
> White County
> My Commission Expires 02-11-2022
> Commission # 12385736

Additional information regarding service or attempted service:
**Brittany Jackson, SPOUSE, CO-RESIDENT, who accepted service, with identity confirmed by subject stating their name, a black female approx. 25-35 years of age, 5'4"-5'6" tall, weighing 160-180 lbs with blonde hair.**

REF:  00281551

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: 0034887276

SReygadas000999

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  12:59:08
60CV-19-550
C06D05 : 6 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                  CAUSE NO._____

BRIAN EDMONSON                                                          DEFENDANT

### **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, BRIAN EDMONSON, is an adult resident of 26414 HWY 10, NORTH LITTLE ROCK AR 72135.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.     Principle and Accrued Interest:     $4,133.20

**SReygadas0001000**

2.    Attorney Fees in the amount of:        $.00
3.    Court Costs in the amount of:          $185.00
      **TOTAL:**                             **$4,318.20**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

                                        _____
                                        Michael A. Jacob, II
                                        AB#2010-110
                                        Jacob Law Group, PLLC
                                        2623 West Oxford Loop
                                        P.O. Box 948
                                        Oxford, MS  38655
                                        (866) 287-5283
                                        (662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281547

SReygadas001001

*Page 1 of 2*                                                                 1873000683

# K A Y
## J E W E L E R S
*Every kiss begins with Kay.®*
kay.com

**Customer Name**   Brian S Edmonson
**Account #**   ⬛⬛⬛⬛⬛0355

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309−3680

## Payment Information

| | |
|---|---|
| New Balance | $4,133.20 |
| Balance Payable To Avoid Further Interest Charges | $4,133.20 |
| Minimum Payment | $135.00 |
| Past Due | $945.00 |
| Total Due | $1,080.00 |
| Payment Due Date | 05/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 YEARS | $5,158.63 |
| $143.26 | 3 YEARS | $5,077.36 Savings =$81.27 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,086.53 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $46.67 |
| **New Balance** | **$4,133.20** |
| Statement closing date | 04/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 04/18/2016 | 04/19/2016 | Interest Charges | $46.67 |
| | | TOTAL INTEREST FOR THIS PERIOD | $46.67 |

| 2016 Totals Year-To-Date | |
|---|---|
| **Total fees charged in 2016** | **$0.00** |
| **Total interest charged in 2016** | **$186.68** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx0355 |
|---|---|
| New Balance | $4,133.20 |
| Due Date | 05/13/2016 |
| Total Due | $1,080.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

⬛⬛⬛⬛⬛⬛0355001080000013500413320 0

000683

# K A Y
## J E W E L E R S
*Every kiss begins with Kay.®*
kay.com

#BWNCKTF
# 130164931609355 6 #
Brian S Edmonson
12045 Paul Eells Dr Apt 204
North Little Rock AR 72113−7386

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425

SReygadas001002

KAY JEWELERS #1873
MCCAIN MALL
3929 MCCAIN BLVD, SUITE E05B
N LITTLE ROCK, AR 721160000

Date: 07/29/2015          Time: 16:33:54          Sales Slip ID: 39616

Cardholder:      EDMONSON, BR
Account No:      XXXXXX0355
Purchase Price:  $4198.93
Down Payment:    $400.00
Credit Plan:     BR36

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $3798.93

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

SReygadas001003

**K A Y   KAY**
JEWELERS     OUTLET
kay.com     kayoutlet.com

16

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

[X] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

## Applicant Information:

First Name: Brian   M.I.: S   Last Name: Edmonson   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   City: NLR   State: A   Zip Code: 72113   Length of Time: 4 mos

Phone: (  )   Other Phone: (  )

Permanent Mailing Address: (if different than above)

Previous Address: (if at current address less)   City: Roland   State: Ar   Zip Code: 72135   Length of Time: 5 yrs

Date of

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer:   Position:   Self-Employed? Y N

Employer Address:   City:   State:   Zip Code:

Phone:   Gross Income:   Length of Time: 2 yrs

Previous Employer: (if with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You:   State of Residence: Ar

## Joint Applicant Information:

First Name:   M.I.:   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (  )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: (  )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680 AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an Individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 765.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:
Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1] be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2] the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X Brian Schroeder   Date: 9-16-15   Joint Applicant: X

0300-135-0000 (R: 10/14)  058127

SReygadas001004

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant BRIAN
    EDMONSON's KAY JEWELERS account identified by the account number
    ████████0355.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $4,133.20, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

                                                Lawrence Schiavi

Subscribed and sworn to before me on this  8th  day of October , 2018.

                                                Alexandria fisher
            ALEXANDRIA FISHER                   NOTARY PUBLIC
        NOTARY PUBLIC-STATE OF NEW YORK
                No. 01FI6379990
              Qualified in Erie County
         My Commission Expires 08-27-2022

51735061
00281547

**SReygadas001005**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                    CAUSE NO. _____

BRIAN EDMONSON                                                                 DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>BRIAN EDMONSON</u>

<u>26414 HWY 10, , NORTH LITTLE ROCK AR 72135</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281547

SReygadas001006

## RETURN OF SERVICE

State of Arkansas

City of _____

  I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____  the person named therein as defendant.

_____  a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____  the duly designated agent for service of process for the defendant, namely _____

_____  OTHER:_____ _____

           _____
           Sheriff/Process Server

  SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

           _____
           Notary Public

My Commission Expires:

_____

**SReygadas001007**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V BRIAN EDMONDSON

**Case Number:**    60CV-19-550

**Type:**              SUMMONS - FILER PREPARED


So Ordered

Timothy Bryant

Electronically signed by TLBRYANT on 2019-01-29 13:14:53    page 3 of 3

SReygadas001008

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2019-Jan-29 15:58:27
04CV-19-203
C19WD01 : 5 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO._____

BRITTNEY SEAMAN                                              DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, BRITTNEY SEAMAN, is an adult resident of 2106 SE ATHERTON CIR,

Bentonville AR 72712.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,158.15

**SReygadas001009**

2.     Attorney Fees in the amount of:        $.00
3.     Court Costs in the amount of:          $187.50
       **TOTAL:**                             **$1,345.65**
4.     Additional Court Costs as they accrue
5.     Post judgment interest.

THIS December 19, 2018.

_____

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288623

SReygadas001010

Page 1 of 2

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®

kay.com

2215000431

**Customer Name**    Brittney Seaman
**Account #** ▓▓▓▓▓8381

Questions? ~ Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

### Payment Information

| | |
|---|---|
| New Balance | $1,158.15 |
| Balance Payable To Avoid Further Interest Charges | $1,158.15 |
| Minimum Payment | $85.00 |
| Past Due | $595.00 |
| Total Due | $680.00 |
| Payment Due Date | 09/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 MONTHS | $1,275.63 |

If you would like information about credit counseling services, call 1-866-477-6322

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,143.97 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $14.18 |
| **New Balance** | **$1,158.15** |
| Statement closing date | 08/24/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/24/2016 | 08/25/2016 | Interest Charges | $14.18 |
| | | TOTAL INTEREST FOR THIS PERIOD | $14.18 |

| 2016 Totals Year-To-Date | |
|---|---|
| Total fees charged in 2016 | $90.65 |
| Total interest charged in 2016 | $97.06 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx8381 |
|---|---|
| New Balance | $1,158.15 |
| Due Date | 09/19/2016 |
| Total Due | $680.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓6381000680000008500115B156

000431

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
#  1301785321853814  #
Brittney Seaman
5931 Rees Rd Apt 186
Jonesboro AR 72401-9332

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425



SReygadas001011

 

16



Select the Type of Account. If you will, apply for please use blue or black ink to complete this

[ ] **INDIVIDUAL ACCOUNT** In one name and based solely on your own credit worthness  Applicant if married, may apply for an individual account

[ ] **JOINT ACCOUNT** Is based on credit worthness of both applicant and joint applicant Both may use the account and will be liable and responsible for payments  Both must sign below

[ ] **COSIGNED ACCOUNT** Cosigner and applicant must each complete separate applications  Only applicant will be permitted to use the account, but both will be liable and responsible for payments

**NOTICE** **Total Monthly income include income from a job including full time  part time  or seasonal jobs or from self employment and includes bonuses  tips and commissions  It includes interest or dividends rental income  retirement income or public assistance  as well as profit from self employment  It includes shared income  which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you  If you are 21 or older  you may also include income from others if you can use that income to pay your bills  * Alimony  child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain a card

**Applicant Information**

First Name  Brittney  M I  Last Name  Seaman  Suffix
1  Are you a U S  Citizen?  Y  N
2  Are you in the military?  Y  N
3  Do you have established credit?  Y  N

Home Address  5931 Pees Rd  Apt 86  City  M  State  In  Zip Code  7401

Phone  Name Phone Billed Under  Other Phone  Length of Time at Address

Stateroom Mailing Address
(If different from above)

Previous Address
(If at current address less than 3 year)  City  State  Zip Code  Length of Time

Drivers License #  Date  E Mail Address  By providing my E mail address  I consent to receive E mail communications about my Account

Employer/*Source of Income  Position  **Total Monthly Income

Employer Address  City  State  Zip Code

Phone  Dept/Ext  Length of Time at Employer

Self Employed  Y  N
(If Yes  please provide the name of your  company in the Employer/Source of Income field above)
Previous Employer
(If with current employer less than 1 year)  Previous Length of Time

Nearest Relative Not Living With You  State of Residence  M  Phone

**Joint Applicant Information**

First Name  M I  Last Name  Suffix
1  Are you a U S  Citizen?  Y  N
2  Are you in the military?  Y  N
3  Do you have established credit?  Y  N

Home Address
(If different from primary applican )  City  State  Zip Code  Length of Time

Phone  Social Security Number  Date of Birth  Drivers License #
( )

Employer/*Source of Income  Self Employed?  Y  N
(If Yes  please provide the name of your company in the Employer/Source of Income field)

Phone  Length of Time at Employer  **Total Monthly Income
( )

The information furnished on this application is complete and accurate  to the best of my knowledge  Sterling Jewelers Inc  may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal  additional extension of credit  replacement or refinancing of an extension of credit or collection of the account  any other account I have with Sterling Jewelers Inc  or otherwise as permitted or required by law  Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency  that furnished that report  TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P O  BOX 3680  AKRON, OH 44309-3680  **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES** California Residents  After credit approval each applicant shall have the right to use an open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant  Ohio Residents  THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS  AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST  THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW  New York Residents  We have a security interest in goods costing more than $200 00 until the full payment price of those goods is paid  Wisconsin Residents  If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above  Marital Agreement Notice  No provision of a marital property agreement  unilateral statement under Sec  766 59 Wis  Stats , or court decree under Sec  766 70 Wis  Stats , will adversely affect our rights unless we are furnished a copy of the agreement  statement or decree  or we have actual knowledge of its terms  before credit is granted or the account is opened  We are required to ask married residents of Wisconsin for the following information

Name of Spouse  Address of Spouse

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan, and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

X  Applicant X  Brittney Seaman  Date  1/17  Joint Applicant X

(R 10/15) 150167

SReygadas001012

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    BRITTNEY SEAMAN's KAY JEWELERS account identified by the account
    number ███████8381.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $1,158.15, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

    Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

Alexandria Fisher
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51837095
00288623

SReygadas001013

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO. _____

BRITTNEY SEAMAN                                                            DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>BRITTNEY SEAMAN</u>

<u>2106 SE ATHERTON CIR, , Bentonville AR 72712</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

BENTON COUNTY CIRCUIT COURT
BENTONVILLE, AR 72712

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00288623

**SReygadas001014**

## RETURN OF SERVICE

State of Arkansas
City of _____

      I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
              _____

                            _____
                            Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                            _____
                            Notary Public

My Commission Expires:

_____

**SReygadas001015**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V SEAMAN

**Case Number:**   04CV-19-203

**Type:**        SUMMONS - FILER PREPARED


So Ordered

Maria E Delgado, Benton County
Deputy Clerk

Electronically signed by MEDELGADO on 2019-01-29 16:15:02     page 3 of 3

SReygadas001016

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29 14:25:01
60CV-19-565
C06D06 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                   PLAINTIFF

V.                                                          CAUSE NO._____

CASSANDRA MCGEE                                                  DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, CASSANDRA MCGEE, is an adult resident of 1209 TOWERING OAKS DR, JACKSONVILLE AR 72076.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $3,334.69

SReygadas001017

2.    Attorney Fees in the amount of:      $.00
3.    Court Costs in the amount of:        $185.00
      **TOTAL:**                           **$3,519.69**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281586

SReygadas001018

2524000526

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**    Cassandra McGee
**Account #**    ⬛⬛⬛⬛7571

**Questions?** – Visit us at www.jared.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $3,292.88 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $41.81 |
| **New Balance** | **$3,334.69** |
| Statement closing date | 08/10/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance | $3,334.69 |
| Balance Payable To Avoid Further Interest Charges | $3,334.69 |
| Minimum Payment | $155.00 |
| Past Due | $1,070.00 |
| Total Due | $1,225.00 |
| Payment Due Date | 09/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 MONTHS | $3,938.43 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 08/10/2016 | 08/11/2016 | Interest Charges | $41.81 |
| | | TOTAL INTEREST FOR THIS PERIOD | $41.81 |

### 2016 Totals Year To-Date

| | |
|---|---:|
| **Total fees charged in 2016** | **$60.00** |
| **Total interest charged in 2016** | **$323.36** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx7571 |
|---|---:|
| New Balance | $3,334.69 |
| Due Date | 09/05/2016 |
| Total Due | $1,225.00 |
| Amount Enclosed | $ |


7571001225000015500333 4695

# JARED
## The Galleria Of Jewelry
jared.com

000526

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here



#BWNCKTF
# 1301782619715714 #
Cassandra McGee
1209 Towering Oaks Dr
Jacksonville AR 72076

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati. OH 45274-0425

SReygadas001019

**JARED** The Galleria Of Jewelry
jared.com

JARED Vault    JARED Jewelry Boutique    LE VIAN by JARED

**21**    SSN  * * * – * * – 9 8 9 3

_Select the Type of Account you would like to apply for:_ Please use blue or black ink to complete.

[X] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

NOTICE: **Total Monthly Income includes income from a job, including full time, part time, or seasonal jobs or from self employment and includes bonuses, tips and commissions. It includes interest or dividends, rental income, retirement income or public assistance, as well as profit from self employment. It includes shared income, which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older, you may also include income from others if you can use that income to pay your bills. *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

### Applicant Information:

First Name: cassandra    M.I.    Last Name: mcgee    Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: ▓    Apt:    City: little rock    State: ar    Zip Code: 72205

Phone: ▓    Name Phone Billed Under: ▓    Other Phone:    Length of Time at Address: 5yr 0mo

Statement Mailing Address: 123 ▓    little rock    ar    72205

Previous Address:    City:    State:    Zip Code:    Length of Time:

By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer/Source of Income: ▓    **Total Monthly Income

Employer Address: ▓    City: portland    State: or    Zip Code: 97205

Phone: ▓    Dept/Ext.:    Length of Time at Employer: 1yr 0mo

Self-Employed: Y N
(If Yes, please provide the name of your company in the Employer/Source of Income field above)    Previous Employer:    Previous Length of Time:

Nearest Relative Not Living With You: ▓    State of Residence: ar    Phone: ▓

### Joint Applicant Information:

First Name:    M.I.    Last Name:    Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (If different from primary applicant)    City:    State:    Zip Code:    Length of Time:

Phone: ( )    Social Security Number:    Date of Birth:    Driver's License #:

Employer/*Source of Income:    Self-Employed: Y N
(If Yes, please provide the name of your company in the Employer/Source of Income field)

Phone: ( )    Length of Time at Employer:    **Total Monthly Income:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use an open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:    Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X Cassandra McGee    Date: 11/11/2015    Joint Applicant: X

(R: 10/15) 150167

SReygadas001020

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  *He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.*

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant CASSANDRA MCGEE's JARED account identified by the account number ●●●●●●●7571.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $3,334.69, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51792065
00281586

**SReygadas001021**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                        CAUSE NO. _____

CASSANDRA MCGEE                                                        DEFENDANT

<center>SUMMONS</center>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>CASSANDRA MCGEE</u>

<u>1209 TOWERING OAKS DR, , JACKSONVILLE AR 72076</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281586

SReygadas001022

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____
_____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

_____
Notary Public

My Commission Expires:


_____

SReygadas001023



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V CASSANDRA MCGEE

**Case Number:**   60CV-19-565

**Type:**              SUMMONS - FILER PREPARED

So Ordered

Timothy Bryant

Electronically signed by TLBRYANT on 2019-01-29 15:39:39    page 3 of 3

SReygadas001024

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-11  18:34:59
60CV-19-565
C06D06 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**CASSANDRA MCGEE**

Defendant/Respondent

Cause No.:   **60CV-19-565**
Hearing Date:

DECLARATION OF SERVICE OF
Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **CASSANDRA MCGEE**

☐  I personally delivered the **Summons; Complaint** to the individual at _____.
_____ [place]  on _____ [date]; or

☐  I left the **Summons; Complaint** in the proximity of the individual by _____
after he/she refused to receive it when I offered it to him/her; or

☒  I left the **Summons; Complaint** with Unknown Person who refused to give true name, a member of the
defendant's family at least 18 years of age, at **504 PAMELA DR, JACKSONVILLE, Pulaski County, AR 72076-
4866**, a place where the defendant resides, on **6th day of March, 2019**; or

☐  I delivered the **Summons; Complaint** to _____ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of _____
[name of defendant] on _____ [date]; or

☐  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on
the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return
receipt.

☐  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons;
Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and
received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐  Other [specify]: _____

☐  I was unable to execute service at _____
[place] :
_____

My fee is $: **$ 65.00**

REF:  **00281586**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: **0034096790**

SReygadas001025

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]


**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 6th day of March , 20 19 .

_____

**Safianne Walker, Reg. # 8/17/17, Circuit Court of the Sixth Judicial District of Arkansas**

Subscribed and Sworn to before me this 6th day of March , 20 19 .

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: Pulaski County _____

My commission expires 11.25.2025 _____

> LAURA C. NEALE
> PULASKI COUNTY
> NOTARY PUBLIC - ARKANSAS
> My Commission Expires November 25, 2025
> Commission No. 12696187

Additional information regarding service or attempted service:

**John Doe, WHO REFUSED TO GIVE NAME, SPOUSE, CO-RESIDENT, who accepted service, a black-haired black male approx. 35-45 years of age, 5'6"-5'8" tall and weighing 200-240 lbs with glasses, a beard and a mustache.**

REF:  **00281586**

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0034096790**

SReygadas001026

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  14:29:45
60CV-19-566
C06D09 : 6 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                    CAUSE NO._____

CHARLES MCCOLLUM                                                    DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, CHARLES MCCOLLUM, is an adult resident of 300 STONEWALL DR.,

JACKSONVILLE AR 72076.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.        Principle and Accrued Interest:        $6,194.92

SReygadas001027

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $185.00 |
| | **TOTAL:** | **$6,379.92** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281585

SReygadas001028

Page 1 of 2                                                                                           2524000168



# JARED®
## The Galleria Of Jewelry
### jared.com

**Customer Name**   Charles E McCollum Jr
**Account #**   ⬛⬛⬛8808

**Questions?** – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $6,194.92 |
| Balance Payable To Avoid Further Interest Charges | $6,194.92 |
| Minimum Payment | $255.00 |
| Past Due | $2,855.00 |
| Total Due | $3,110.00 |
| Payment Due Date | 09/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 MONTHS | $7,514.76 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $6,123.58 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $71.34 |
| **New Balance** | **$6,194.92** |
| Statement closing date | 08/10/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/10/2016 | 08/11/2016 | Interest Charges | $71.34 |
| | | TOTAL INTEREST FOR THIS PERIOD | $71.34 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $639.32 |
| Total interest charged in 2016 | $546.48 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx8808 |
|---|---|
| New Balance | $6,194.92 |
| Due Date | 09/05/2016 |
| Total Due | $3,110.00 |
| Amount Enclosed | $ |

⬛⬛⬛⬛8808003110000025500619 4920

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000168



JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

#BWNCKTF
# 1301588115818088 #
Charles E McCollum Jr
300 Stonewall Dr.
Jacksonville AR 72076

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

Case 2:18-cv-02184-PKH   Document 29-8   Filed 03/29/19   Page 41 of 441 PageID #: 1281
SReygadas001029

JARED THE GALLERIA OF JEWELRY #2524

Park Avenue

310 South University Ave

Little Rock, AR 72205

Date: 07/17/2014          Time: 14:32:05          Sales Slip ID: 16146


Cardholder:        MCCOLLUM, CH
Account No:        XXXXXX8808
Purchase Price:    $4947.48
Down Payment:      $0.00
Credit Plan:       REG


Payment Protection Plan Rate: $1.350 per $100

YOU MAY EXCHANGE OR RETURN YOUR PURCHASE WITHIN 30 DAYS. WATCHES MUST BE UNWORN AND UNALTERED WITH ORIGINAL
PACKAGING, INSTRUCTION AND WARRANTY DOCUMENTS. CUSTOM DESIGNED JEWELRY AND SPECIAL ORDERED WATCHES CANNOT BE
RETURNED OR EXCHANGED.


Total: $4947.48

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my JARED GALLERIA OF JEWELRY Retail Installment
Charge Agreement, the terms of which are incorporated by reference.


PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan insurance, I acknowledge that: I do not need to purchase this insurance to get
credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes
Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my
state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit insurance

X _____

Date of Birth          07/17/14
                       Date

SReygadas001030

**JARED**
The Galleria Of Jewelry
jared.com

21

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

[X] **INDIVIDUAL ACCOUNT:** in one name and based solely on your own credit worthiness. If married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

**Applicant Information:**

First Name: Charles   M.I. E   Last Name: McCollum   Suffix JR

1. Are you a U.S. Citizen? Y (N)
2. Are you in the military? Y (N)
3. Do you have established credit? Y N

Home Address: _____   Apt.   City: Sherwood   State: AR   Zip Code: 72120

Other Phone: (  )   Length of Time: 5mth

Previous Address: same
*(If different than above)*

Previous Address: _____ NLR   State: AR   Zip Code: 72113   Length of Time: 2 1/2 yrs
*(If at current address)*

Date of Birth: _____   E-Mail Address: _____   By providing my E-mail address, I consent to the E-mail communications about my Account.

Employer: _____   Self-Employed? (  )

City: Little Rock   State: AR   Zip Code: 72212   mgr

Gross Monthly Income: _____   Length of Time: 1-10

Previous Employer: _____   Previous Length of Time: _____
*(If with current employer less than 1 year)*

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation: _____

Nearest Relative Not Living With You: _____   State of Residence: NLR   Phone: _____

**Joint Applicant Information:**

First Name: _____   M.I.   Last Name: _____   Suffix

1. Are you a U.S. Citizen? Y  N
2. Are you in the military? Y  N
3. Do you have established credit? Y  N

Home Address: _____   City:   State:   Zip Code:   Length of Time:
*(If different from primary applicant)*

Phone: (  )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address: _____   Self-Employed? Y  N

Phone: (  )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse: _____   Address of Spouse: _____

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I (we) agree to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X _(signature)_   Date: 2/27/14   Joint Applicant: X _____

0300-26J-0000 (R 10/13)  055480

SReygadas001031

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant CHARLES MCCOLLUM's JARED account identified by the account number ████8808.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $6,194.92, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of __October__ 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51792064
00281585

SReygadas001032

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                        PLAINTIFF

V.                                                         CAUSE NO. _____

CHARLES MCCOLLUM                                              DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

CHARLES MCCOLLUM

300 STONEWALL DR., , JACKSONVILLE AR 72076

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281585

SReygadas001033

## RETURN OF SERVICE

State of Arkansas

City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
                  _____

                                    _____

                                      Sheriff/Process Server

        SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                                      _____

                                      Notary Public

My Commission Expires:

_____

**SReygadas001034**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V CHARLES MCCOLLUM

**Case Number:**   60CV-19-566

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Timothy Bryant

Electronically signed by TLBRYANT on 2019-01-29 15:42:39    page 3 of 3

SReygadas001035

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  16:53:39
23CV-19-119
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO._____

CHELSEA LONG                                                              DEFENDANT

### **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, CHELSEA LONG, is an adult resident of 5 SOUTH HARRELL RD,

MAYFLOWER AR 72106.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,342.00

**SReygadas001036**

2.   Attorney Fees in the amount of:        $.00
3.   Court Costs in the amount of:          $187.50
     **TOTAL:**                             **$1,529.50**
4.   Additional Court Costs as they accrue
5.   Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293198

Page 1 of 2                                                              1873100128

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

**Customer Name**   Chelsea R Long
**Account #**   ▓▓▓▓7639

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,325.48 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $16.52 |
| **New Balance** | **$1,342.00** |
| Statement closing date | 11/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,342.00 |
| Balance Payable To Avoid Further Interest Charges | $1,342.00 |
| Minimum Payment | $85.00 |
| Past Due | $595.00 |
| Total Due | $680.00 |
| Payment Due Date | 12/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 MONTHS | $1,505.55 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/18/2016 | 11/19/2016 | Interest Charges | $16.52 |
| | | TOTAL INTEREST FOR THIS PERIOD | $16.52 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $60.00 |
| Total interest charged in 2016 | $115.64 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx7639 |
|---|---|
| New Balance | $1,342.00 |
| Due Date | 12/13/2016 |
| Total Due | $680.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

 7639000680000008500134200 7

100128

# KAY
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

#BWNCKTF
# 1311717610796394 #
Chelsea R Long
5 South Harrell Rd
Mayflower AR 72106–9794

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001038

KAY JEWELERS #1873

MCCAIN MALL

3929 MCCAIN BLVD, SUITE E05B

N LITTLE ROCK, AR 721160000

Date: 03/29/2016          Time: 14:14:13          Sales Slip ID: 46914

Cardholder:        LONG, CH
Account No:        XXXXXX7639
Purchase Price:    $1166.36
Down Payment:      $0.00
Credit Plan:       REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $1166.36

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

SReygadas001039

 

16



KAY JEWELERS
Every kiss begins with Kay®
kay.com

KAY JEWELERS
kayoutlet.com

*Select the Type of Account you would like to apply for  Please use blue or black ink to complete*

[  ] **INDIVIDUAL ACCOUNT**  In one name and based solely on your own credit worthness  Applicant if married may apply for an individual account

[  ] **JOINT ACCOUNT**  Is based on credit worthness of both applicant and joint applicant  Both may use the account and will be liable and responsible for payments  Both must sign below

[  ] **COSIGNED ACCOUNT**  Cosigner and applicant must each complete separate applications  Only applicant will be permitted to use the account, but both will be liable and responsible for payments

**NOTICE** **Total Monthly Income excludes income from a job including full time  part time  or seasonal jobs or from self employment and includes bonuses  tips and commissions  It includes interest or dividends  rental income  retirement income or public assistance  as well as profit from self employment  It includes shared income  which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you  If you are 21 or older you may also include income from others if you can use that income to pay your bills  *Alimony  child support or separate maintenance need not be revealed if you do not wish to rely on it to claim credit

**Applicant Information**

First Name **Chelsea**   M I **R**   Last Name **Long**   Suffix

1 Are you a U S Citizen?  Y N
2 Are you in the military?  Y N
3 Do you have established credit?  Y N

Apt   City **mayflower**   State **AR**   Zip Code **72106**

Name Phone Billed Under **Shannon Long**   Other Phones (   )

Permanent Mailing Address (if different than above)   Length of Time at Address

Previous Address **759 HWY 365**   City **mayflower**   State **AR**   Zip Code **72106**   Length of Time **2 years**

Drivers License #   E Mail Address   By providing my E mail address  I consent to receive E mail communications about my Account

Employer Address   Position

City   State   Zip Code

Phone   Dept/Ext   Length of Time at Employer **2**

(if yes  please provide the name of your company in the Employer/Source of Income field above)   Previous Employer (if with current employer less than 1 year)   Previous Length of Time

Nearest Relative Not living with You   State of Residence **AR**

**Joint Applicant Information:**

First Name   M I   Last Name   Suffix

1 Are you a U S Citizen?  Y N
2 Are you in the military?  Y N
3 Do you have established credit?  Y N

Home Address (if different from primary applicant)   City   State   Zip Code   Length of Time

Phone (   )   Social Security Number   Date of Birth   Driver s License #

Employer/*Source of Income   Self Employed? Y N (if Yes  please provide the name of your company in the Employer/Source of Income field)

Phone (   )   Length of Time at Employer   **Total Monthly Income

The information furnished on this application is complete and accurate  to the best of my knowledge  Sterling Jewelers Inc  may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update  renewal  additional extension of credit  replacement or refinancing of an extension of credit or collection of the account  any other account I have with Sterling Jewelers Inc  or otherwise as permitted or required by law  Upon request  I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report  TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION  WRITE TO KAY JEWELERS AT P O  BOX 3680, AKRON, OH 44309-3680  STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES  California Residents  After credit approval each applicant shall have the right to use an open end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant  Ohio Residents  THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS  AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL  UPON REQUEST  THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW  New York Residents  We have a security interest in goods costing more than $200 00 until the full payment price of those goods is paid  Wisconsin Residents  If you are married and are applying for an individual Account  you may combine your and your spouse's financial information above  Marital Agreement Notice  No provision of a marital property agreement  unilateral statement under Sec  766 59 Wis  Stats , or court decree under Sec  766 70 Wis  Stats  will adversely affect our rights unless we are furnished a copy of the agreement  statement or decree  or we have actual knowledge of its terms before credit is granted or the account is opened  We are required to ask married residents of Wisconsin for the following information

Name of Spouse   Address of Spouse

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT**

In addition, I consent to  1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan, and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant X **Chelsea Long**   Date **3/29**   Joint Applicant X

(R  12/15)  150991

SReygadas001040

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a  competent person over eighteen years of age.  He is a Managing Partner
for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
authorized to execute this affidavit on behalf of Plaintiff and the information
below is true and correct to the best of her knowledge, information and belief.  He
is familiar with the method of preparation and maintenance of Plaintiff's books
and records and believe them to be true and correct, with entries thereon having
been made in the ordinary course of Plaintiff's business, at or near the time of the
transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation
sued upon, and was assigned all the rights, title and interest to Defendant
CHELSEA LONG's KAY JEWELERS account identified by the account number
███████7639.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance
due and owing to Plaintiff by the Defendant on the Account Number referenced
above as of the date hereof  August 28, 2018 is in the sum of $1,342.00, according
to the business records provided to Plaintiff by the Original Creditor or its
Assignee at the time the Account was purchased.

_____
Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of _October___, 2018.

_____
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51897877
00293198

**SReygadas001041**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                       PLAINTIFF

V.                                                          CAUSE NO. _____

CHELSEA LONG                                                            DEFENDANT

<center>SUMMONS</center>

## THE STATE OF ARKANSAS TO DEFENDANT:

<u>CHELSEA LONG</u>

<u>5 SOUTH HARRELL RD. , MAYFLOWER AR 72106</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

<div align="right">00293198</div>

SReygadas001042

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____          the person named therein as defendant.

_____          a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____          the duly designated agent for service of process for the defendant, namely _____

_____          OTHER:_____ _____

 

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

_____
Notary Public

My Commission Expires:

_____

**SReygadas001043**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V CHELSEA LONG

**Case Number:**   23CV-19-119

**Type:**              SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-30 08:51:13     page 3 of 3

SReygadas001043

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  14:32:14
23CV-19-113
C20D01 : 5 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                               PLAINTIFF

V.                                                      CAUSE NO._____

CHRIS FORSHEE                                                  DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, CHRIS FORSHEE, is an adult resident of 4002 HWY 64 W, CONWAY AR

72034.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:       $2,333.47

SReygadas001044

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:          $187.50
        **TOTAL:**                             **$2,520.97**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281589

SReygadas001045

Page 1 of 2          1874000555

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®

kay.com

**Customer Name**    Chris W Forshee
**Account #**    ███ 0737

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,304.48 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $28.99 |
| New Balance | $2,333.47 |
| Statement closing date | 07/18/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,333.47 |
| Balance Payable To Avoid Further Interest Charges | $2,333.47 |
| Minimum Payment | $125.00 |
| Past Due | $875.00 |
| Total Due | $1,000.00 |
| Payment Due Date | 08/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 MONTHS | $2,684.90 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/18/2016 | 07/19/2016 | Interest Charges | $28.99 |
| | | TOTAL INTEREST FOR THIS PERIOD | $28.99 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $85.00 |
| Total interest charged in 2016 | $201.68 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*



| Account # | xxxxxx0737 |
|---|---|
| New Balance | $2,333.47 |
| Due Date | 08/13/2016 |
| Total Due | $1,000.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

███ 073700100000001250023334734

000555

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 1301773313097376 #
Chris W Forshee
PO Box 2653
Conway AR 72033-2653

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment Change?  Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001046

KAY JEWELERS #1874

PARK PLAZA MALL

6000 W. Markham St. Space 3116

LITTLE ROCK, AR 722050000

Date: 12/04/2015          Time: 20:58:50          Sales Slip ID: 54207

Cardholder:      FORSHEE, CH
Account No:      XXXXX0737
Purchase Price:  $2746.79
Down Payment:    $700.00
Credit Plan:     REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $2046.79

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

SReygadas001047

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant CHRIS
    FORSHEE's KAY JEWELERS account identified by the account number
    ████████0737.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $2,333.47, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

                                            Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

                    NOTARY PUBLIC

51794610
00281589

**SReygadas001048**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                                      PLAINTIFF

V.                                                                      CAUSE NO. _____

CHRIS FORSHEE                                                                      DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

CHRIS FORSHEE

4002 HWY 64 W, , CONWAY AR 72034

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281589

**SReygadas001049**

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

    I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the
defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely
_____

_____       OTHER:_____
_____

_____
Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of
_____, 2018.

_____
Notary Public

My Commission Expires:


_____

**SReygadas001050**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES, LLC V CHRIS FORSHEE

**Case Number:**   23CV-19-113

**Type:**              SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-29 15:01:46    page 3 of 3

SReygadas001051

ELECTRONICALLY FILED
Boone County Circuit Court
Judy Kay Harris, Circuit Clerk
2019-Jan-29  14:35:46
05CV-19-21
C14D01 : 4 Pages

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

DNF Associates LLC                                                            PLAINTIFF

V.                                                              CAUSE NO._____

COLLEEN WILSON                                                           DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, COLLEEN WILSON, is an adult resident of 3808 LAYTON DRIVE,

HARRISON AR 72601.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.       Principle and Accrued Interest:       $2,158.27

**SReygadas001052**

2.    Attorney Fees in the amount of:       $.00
3.    Court Costs in the amount of:          $187.50
      **TOTAL:**                             **$2,345.77**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281594

SReygadas001053

Page 1 of 2                                                                                    2524100147

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Colleen M Wilson
**Account #** ████████ 9039

**Questions?** – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,582.26 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $33.99 |
| **New Balance** | **$2,616.25** |
| Statement closing date | 08/10/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,616.25 |
| Balance Payable To Avoid Further Interest Charges | $2,616.25 |
| Minimum Payment | $150.00 |
| Past Due | $905.00 |
| Total Due | $1,055.00 |
| Payment Due Date | 09/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $2,977.53 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/10/2016 | 08/11/2016 | Interest Charges | $33.99 |
| | | TOTAL INTEREST FOR THIS PERIOD | $33.99 |

| 2016 Totals Year-To-Date | |
|---|---|
| **Total fees charged in 2016** | **$95.00** |
| **Total interest charged in 2016** | **$271.44** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx9039 |
| New Balance | $2,616.25 |
| Due Date | 09/05/2016 |
| Total Due | $1,055.00 |
| Amount Enclosed | $ |

 039001055000015000261625 8

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

## JARED®
### The Galleria Of Jewelry
jared.com

100147

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1b00083919910396 #
Colleen M Wilson
3808 Layton Drive
Harrison AR 72601

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001054

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief  He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    COLLEEN WILSON's JARED account identified by the account number
    ▆▆▆9039.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof  August 28, 2018 is in the sum of $2,158.27, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8ᵗʰ day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51797153
00281594

**SReygadas001055**

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                            CAUSE NO. _____

COLLEEN WILSON                                                      DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>COLLEEN WILSON</u>

<u>3808 LAYTON DRIVE, , HARRISON AR 72601</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

BOONE COUNTY CIRCUIT COURT
HARRISON, AR 72601

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281594

**SReygadas001056**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER: _____ _____

 

                              _____

                              Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                              _____

                              Notary Public

My Commission Expires:

_____

**SReygadas001057**



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES V COLLEEN WILSON

**Case Number:**     05CV-19-21

**Type:**     SUMMONS - FILER PREPARED


So Ordered

Susan Stills, Boone County Deputy
Clerk

Electronically signed by SCSTILLS on 2019-01-29 15:04:06     page 3 of 3

SReygadas001058

ELECTRONICALLY FILED
Boone County Circuit Court
Judy Kay Harris, Circuit Clerk
2019-Mar-05  17:07:29
05CV-19-21
C14D01 : 2 Pages

IN THE CIRCUIT COURT OF BOONE COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**COLLEEN WILSON**

Defendant/Respondent

Cause No.:   **05CV-19-21**
Hearing Date:

DECLARATION OF SERVICE OF
Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **COLLEEN WILSON**

**[X]**  I personally delivered the **Summons; Complaint** to COLLEEN WILSON at 3808 LAYTON DRIVE, HARRISON, **Boone County, AR 72601** on **28th day of February, 2019**; or

[ ]  I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ]  I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ]  I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ]  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ]  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ]  Other [specify]: _____

[ ]  I was unable to execute service at _____ [place] :

_____

My fee is $: **$ 65.00**

REF:  **00281594**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0033896817**

SReygadas001059

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____            SHERIFF OF _____ COUNTY, ARKANSAS

                                           By: _____

                                           [Signature of server]

                                           _____

                                           [Printed name, title, and badge number]


**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this __1st__ day of __MARCH__, 20_19_

_Rhonda Gail Henderson_

**Rhonda Gail Henderson, Reg. # Unknown, Marion, Baxter, Boone and Marion**

Subscribed and Sworn to before me this __1st__ day of __March__, 20_19_.

_Kathy Hudson_

NOTARY PUBLIC in and for the State of Arkansas

Residing at: __210 W. 7th St Mtn Home AR 72653__

My commission expires __2-8-2022__

```
KATHY HUDSON
MY COMMISSION # 12386298
EXPIRES: February 8, 2022
Baxter County
```

Additional information regarding service or attempted service:
**COLLEEN WILSON, Who accepted service, with identity confirmed by subject saying yes when named, a black-haired white female approx. 18-25 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**




Tracking #: **0033896817**

SReygadas001060

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29 16:03:35
23CV-19-116
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                    CAUSE NO._____

DEWAYNE CARMACK                                                      DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

### I.

Defendant, DEWAYNE CARMACK, is an adult resident of 33 CANEY CREEK RD #B,

CONWAY AR 72032.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,290.97

SReygadas001061

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:        $187.50
        **TOTAL:**                           **$1,478.47**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288629

SReygadas001062

Page 1 of 2                                                                                                      2328000065

# K A Y ®
J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**    Dewayne Carmack
**Account #**    ▮▮▮▮▮69301

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $1,275.16 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $15.81 |
| **New Balance** | **$1,290.97** |
| Statement closing date | 08/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance | $1,290.97 |
| Balance Payable To Avoid Further Interest Charges | $1,290.97 |
| Minimum Payment | $95.00 |
| Past Due | $645.00 |
| Total Due | $740.00 |
| Payment Due Date | 09/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 MONTHS | $1,421.52 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 08/18/2016 | 08/19/2016 | Interest Charges | $15.81 |
| | | TOTAL INTEREST FOR THIS PERIOD | $15.81 |

### 2016 Totals Year To-Date

| | |
|---|---:|
| Total fees charged in 2016 | $164.93 |
| Total interest charged in 2016 | $126.18 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx9301 |
|---|---:|
| New Balance | $1,290.97 |
| Due Date | 09/13/2016 |
| Total Due | $740.00 |
| Amount Enclosed | $ |

Please make your check payable to KAY JEWELERS
Payment mailing address is for remittance only

 ▬▬▬▬▬9301000740000009500129097b

000065

# K A Y ®
J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 130128821b9930l9 #
Dewayne Carmack
PO Box 1804
Glenwood AR 71943–1804

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001063

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date:  12/06/2014              Time:  14:19:42              Sales Slip ID:  67068

Cardholder:       CARMACK, DE
Account No:       XXXXXX9301
Purchase Price:   $985.49
Down Payment:     $0.00
Credit Plan:      REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS PROVIDED THEY ARE IN ORIGINAL CONDITION (UNWORN AND UNALTERED) AND ACCOMPANIED BY THE
ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS. CUSTOM DESIGNED MERCHANDISE, CLASS RINGS, SPECIAL ORDERED
WATCHES AND ITEMS ENGRAVED WITH PERSONALIZED INFORMATION CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED
THROUGH THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.


Total:  $985.49

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

**KAY** JEWELERS
Every kiss begins with Kay®
kay.com

SReygadas001064

16

[X] INDIVIDUAL ACCOUNT: In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] JOINT ACCOUNT: Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] COSIGNED ACCOUNT: Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account but both will be liable and responsible for payments.

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.*

## Applicant Information:

| First Name: Dawayne | M.I. | Last Name: Cormack | Suffix: | 1. Are you a U.S. Citizen?  Y  N<br>2. Are you in the military?  Y  N<br>3. Do you have established credit?  Y  N |
|---|---|---|---|---|

Home Address: 84 Baker Rd P.O. Box   Apt.   City: Glenwood   State: AR   Zip Code: 7194-

Phone: 870 828 8639   Name Phone Billed Under:   Other Phone: (   )   Length of Time: 7 yrs

Statement Mailing Address: (if different than above) PO Box 1804

Previous Address: (if at current address less than 5 years)   City:   State:   Zip Code:   Length of Time:

E-Mail Address:

Employer:   Position:   Self-Employed?  Y  N

Employer Address:   City:   State:   Zip Code:

   Best Ext.:   Gross Monthly Income: 500.   Length of Time: 4 yrs

Previous Employer: (if with current employer less than 1 year)   Previous Length of Time:

Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You:   State of Residence: AR

## Joint Applicant Information:

| First Name: | M.I. | Last Name: | Suffix: | 1. Are you a U.S. Citizen?  Y  N<br>2. Are you in the military?  Y  N<br>3. Do you have established credit?  Y  N |
|---|---|---|---|---|

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed?  Y  N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account or any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X Dawayne Cormack   Date: 9-24-11   Joint Applicant: X

C300-13S-0000 (R:10/10)

SReygadas001065

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant DEWAYNE CARMACK's KAY JEWELERS account identified by the account ████████9301.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,290.97, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51840269
00288629

SReygadas001066

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                              PLAINTIFF

V.                                                     CAUSE NO. _____

DEWAYNE CARMACK                                              DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>DEWAYNE CARMACK</u>

<u>33 CANEY CREEK RD #B, , CONWAY AR 72032</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

                                              CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

                              _____
                              [Signature of Clerk or Deputy Clerk]


                              Date:_____

[SEAL]

                                        00288629

SReygadas001067

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely
_____

_____      OTHER:_____
_____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

_____
Notary Public

My Commission Expires:


_____

**SReygadas001068**



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES LLC V DEWAYNE CARMACK

**Case Number:**   23CV-19-116

**Type:**             SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-29 16:18:32    page 3 of 3

SReygadas001068

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2019-Jan-29  16:17:57
04CV-19-205
C19WD04 : 4 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                           CAUSE NO._____

EDUARDO ALBARRAN                                                     DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, EDUARDO ALBARRAN, is an adult resident of 2302 W PERSIMMON ST #21, ROGERS AR 72756.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $3,246.09

SReygadas001068

**SReygadas001069**

|   |   |   |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |
|   | **TOTAL:** | **$3,433.59** |
| 4. | Additional Court Costs as they accrue |   |
| 5. | Post judgment interest. |   |

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293179

SReygadas001070

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

2266000080

## Payment Information

| | |
|---|---|
| New Balance | $3,246.09 |
| Balance Payable To Avoid Further Interest Charges | $3,246.09 |
| Minimum Payment | $140.00 |
| Past Due | $870.00 |
| Total Due | $1,010.00 |
| Payment Due Date | 12/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 MONTHS | $3,895.17 |

If you would like information about credit counseling services, call 1-866-477-6322

**Customer Name**   Eduardo Albarran
**Account #** ▆▆▆5607

**Questions?** – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,205.97 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $40.12 |
| **New Balance** | **$3,246.09** |
| Statement closing date | 11/24/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/24/2016 | 11/25/2016 | Interest Charges | $40.12 |
| | | TOTAL INTEREST FOR THIS PERIOD | $40.12 |

### 2016 Totals Year–to–Date

| | |
|---|---|
| **Total fees charged in 2016** | **$297.06** |
| **Total interest charged in 2016** | **$328.60** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx5607 |
|---|---|
| New Balance | $3,246.09 |
| Due Date | 12/19/2016 |
| Total Due | $1,010.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▆▆▆▆▆5607001010000014000324609B



000080

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1311515820556073 #
Eduardo Albarran
2302 W Persimmon St #21
Rogers AR 72756–3283

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001070

**SReygadas001071**

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit·

1.  He is a competent person over eighteen years of age.  He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief.  He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    EDUARDO ALBARRAN's KAY JEWELERS account identified by the account
    number███████5607.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof  August 28, 2018 is in the sum of $3,246.09, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this  8th  day of October , 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51904084
00293179

**SReygadas001071**

**SReygadas001072**

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                      CAUSE NO. _____

EDUARDO ALBARRAN                                                          DEFENDANT

## SUMMONS

## THE STATE OF ARKANSAS TO DEFENDANT:

<u>EDUARDO ALBARRAN</u>

<u>2302 W PERSIMMON ST #21, , ROGERS AR 72756</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

BENTON COUNTY CIRCUIT COURT
BENTONVILLE, AR 72712

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00293179

**SReygadas001072**

**SReygadas001073**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER: _____ _____

                              _____

                              Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                              _____

                              Notary Public

My Commission Expires:

_____

SReygadas001074



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES LLC V ALBARRAN

**Case Number:**   04CV-19-205

**Type:**          SUMMONS - FILER PREPARED


So Ordered

Blythe Reid

Blythe L Reid, Benton County Deputy
Clerk

Electronically signed by BLREID on 2019-01-30 08:18:02     page 3 of 3

SReygadas001074

SReygadas001075

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2019-Feb-27  16:01:26
04CV-19-205
C19WD04 : 2 Pages

## IN THE CIRCUIT COURT OF BENTON COUNTY
## STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**EDUARDO ALBARRAN**

Defendant/Respondent

Cause No.:   **04CV-19-205**
Hearing Date:

**DECLARATION OF SERVICE OF**
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **EDUARDO ALBARRAN**

[X] I personally delivered the **Summons; Complaint** to EDUARDO ALBARRAN at **1505 W MIMOSA ST, ROGERS, Benton County, AR 72758** on **22nd day of February, 2019**; or

[ ] I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ] I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service at _____
[place] : _____

My fee is $: **$ 65.00**

REF:  **00293179**

SReygadas001075

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0033595828**

SReygadas001076

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 26 day of Febuary, 20 19

_____

Steven Bowen, Reg. # 7216, Circuit court of Washington County

Subscribed and Sworn to before me this 26 day of February 2019.

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: Washington County

My commission expires 07-03-2027

```
RENEE GULLEDGE
Notary Public · Arkansas
Washington County
Commission # 12701299
My Commission Expires Jul 3, 2027
```

Additional information regarding service or attempted service:

**EDUARDO ALBARRAN, Who accepted service, with identity confirmed by subject saying yes when named, an Hispanic male approx. 35-45 years of age, 5'8"-5'10" tall, weighing 200-240 lbs with brown hair with an accent.**

REF: **00293179**

SReygadas001076

 

Tracking #: **0033595828**

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2019-Mar-25  18:12:21
04CV-19-205
C19WD04 : 2 Pages

# IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF ASSOCIATES, LLC                                          PLAINTIFF

     vs.                              CASE NO. CV-2019-0205-4

EDUARDO ALBARRAN                                          DEFENDANT

## <u>NOTICE OF HEARING FOR DEFAULT TESTIMONY</u>

Please take notice that the above captioned matter has been scheduled for hearing by the Court for default testimony by Plaintiff on **May 20th, 2019, at 9:00 a.m.** before the Honorable John R. Scott in Room 208 of the Benton County Courthouse, Bentonville, Arkansas.

If the necessary documents and/or pleadings are submitted, approved, and filed prior to the date of this scheduled hearing, your appearance and that of your client may not be necessary.

***ALSO, please advise the Court upon receipt of this notice if an interpreter is needed for this hearing. This Court requires a Court certified interpreter be present if needed.***

<u>This Document Electronically Signed By</u>:
JOHN R. SCOTT
CIRCUIT JUDGE
March 25, 2019

cc:    Michael A. Jacob, II
       Attorney at Law
       mjacob@jacoblawgroup.com

This document has been filed electronically. A filed copy of this document can be obtained at http://caseinfo.aoc.arkansas.gov/

**SReygadas001078**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V ALBARRAN

**Case Number:**    04CV-19-205

**Type:**              SCHEDULING ORDER

So Ordered

JUDGE JOHN SCOTT

Electronically signed by JRSCOTT on 2019-03-25 18:12:28     page 2 of 2

SReygadas001079

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  14:12:19
60CV-19-564
C06D17 : 4 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                    CAUSE NO._____

ELMIRE WILLIAMS                                                              DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, ELMIRE WILLIAMS, is an adult resident of 4004 EMERSON DR, NORTH LITTLE ROCK AR 72118.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $4,585.78

SReygadas001080

|   |   |   |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $185.00 |
|   | **TOTAL:** | **$4,770.78** |
| 4. | Additional Court Costs as they accrue |   |
| 5. | Post judgment interest. |   |

THIS December 19, 2018.

_____

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281575

SReygadas001081

Page 1 of 2

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
kay.com

1873000103

**Customer Name**  Elmire Williams
**Account #**  ⬛⬛⬛⬛0546

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $4,585.78 |
| Balance Payable To Avoid Further Interest Charges | $4,585.78 |
| Minimum Payment | $205.00 |
| Past Due | $1,700.00 |
| Total Due | $1,905.00 |
| Payment Due Date | 07/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 MONTHS | $5,460.07 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,545.79 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $39.99 |
| **New Balance** | **$4,585.78** |
| Statement closing date | 06/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/18/2016 | 06/19/2016 | Interest Charges | $39.99 |
| | | TOTAL INTEREST FOR THIS PERIOD | $39.99 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $438.16 |
| Total interest charged in 2016 | $233.78 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx0546 |
|---|---|
| New Balance | $4,585.78 |
| Due Date | 07/13/2016 |
| Total Due | $1,905.00 |
| Amount Enclosed | $ |

⬛⬛⬛⬛⬛⬛⬛⬛⬛0546001905000002050045857 81

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000103

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
kay.com

#BWNCKTF
#  13013604120954 67  #
Elmire Williams
4004 Emerson Dr
North Little Rock AR 72118–4622

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001082

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a *competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.*

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant ELMIRE WILLIAMS's KAY JEWELERS account identified by the account number ████████0546.

4. Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $4,585.78, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ____8th____ day of ___October___, 2018.

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

NOTARY PUBLIC

51751068
00281575

**SReygadas001083**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                   CAUSE NO. _____

ELMIRE WILLIAMS                                                             DEFENDANT

<center>SUMMONS</center>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>ELMIRE WILLIAMS</u>

<u>4004 EMERSON DR. , NORTH LITTLE ROCK AR 72118</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

<div align="center">00281575</div>

SReygadas001084

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____
               _____

                         _____
                         Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                         _____
                         Notary Public

My Commission Expires:


_____

SReygadas001085



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V ELMIRE WILLIAMS

**Case Number:**   60CV-19-564

**Type:**             SUMMONS - FILER PREPARED

So Ordered

Timothy Bryant

Electronically signed by TLBRYANT on 2019-01-29 15:34:19    page 3 of 3

SReygadas001086

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Feb-28  20:17:30
60CV-19-564
C06D17 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY
### STATE OF ARKANSAS

**DNF Associates LLC**

|  |  |
|---|---|
| Plaintiff/Petitioner | Cause No.:  **60CV-19-564** |
|  | Hearing Date: |

vs.

**ELMIRE WILLIAMS**

|  |  |
|---|---|
| Defendant/Respondent | DECLARATION OF SERVICE OF |
|  | **Summons; Complaint** |

## AFFIDAVIT OF SERVICE

This affidavit is for service on **ELMIRE WILLIAMS**

☒ I personally delivered the **Summons; Complaint** to **ELMIRE WILLIAMS** at **4004 EMERSON DR, NORTH LITTLE ROCK, Pulaski County, AR 72118** on **25th day of February, 2019**; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] :

_____

My fee is $: **$ 65.00**

REF:  **00281575**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0033720807**

SReygadas001087

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 27 day of Feb _____, 20 19 .

Jeff Barnett, Reg. # no file number, 6th Judicial District (Pulaski)

Subscribed and Sworn to before me this 27 day of Feb _____, 20 9 .

*Diane Langrell*

NOTARY PUBLIC in and for the State of **Arkansas**
Residing at: _____
My commission expires _____

> Diane Langrell
> Pulaski
> NOTARY PUBLIC -- ARKANSAS
> My Commission Expires    March 5, 2028
> Commission No. 12703520

Additional information regarding service or attempted service:

**ELMIRE WILLIAMS, Who accepted service, with identity confirmed by subject saying yes when named, a black male approx. 35-45 years of age, 5'6"-5'8" tall weighing 120-140 lbs with a beard.**

REF:  **00281575**                     PAGE 2 OF 2                Tracking #: **0033720807**
                                   ORIGINAL PROOF OF
                                        SERVICE

SReygadas001088

FILED

JAN 2 9 2019
10:45 AM
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS

DNF Associates LLC                                                        PLAINTIFF

V.                                                        CAUSE NO. 47BCV-19-17  (RL)

ETHAN BRYANT                                                        DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, ETHAN BRYANT, is an adult resident of 2139 EDWARDS ST,

BLYTHEVILLE AR 72315.

II.

Plaintiff, holds in due course a claim against the Defendant pursuant to a KAY

JEWELERS account.  This account is in default and is presently due and owing in the amount

listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.    Principle and Accrued Interest:    $1,346.36
2.    Attorney Fees in the amount of:    $.00
3.    Court Costs in the amount of:    $167.50
      **TOTAL:**                         **$1,513.86**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293203

KAY
JEWELERS
~ry loss begins with Kay*
kay.com

**SReygadas001090**

*Jured*

16

FILED

---

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each comp separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit."

**Applicant Information:**

| First Name: Ethan | M.I. | Last Name: Bryant | | Suffix: | 1. Are you a U.S. Citizen?  Y   N 2. Are you in the military?  Y   N 3. Do you have established credit?  Y   N |
|---|---|---|---|---|---|
| Home Address: 2139 Edwards | | Apt: | City: Blytheville | State: Ark | Zip Code: 72315 |
| Phone: ( ) | Name Phone Billed Under: | | Other Phone: ( ) | | Length of Time: 2 yrs |

| Statement Mailing Address: (if different than above) | | | | | |
|---|---|---|---|---|---|
| Previous Address: (if at current address less than 3 years) | City: | State: | Zip Code: | | Length of Time: |
| Driver's License | Date of | E-Mail Address: | | By providing my E-mail address, I consent to receive E-mail communications about my Ac |
| Employer: | | Position: | | Self-Employed?  Y   N |
| Employer Address: | City: | | State: AR | Zip Code: |
| Phone: | Dept/Ext.: | Gross Monthly Income: | | Length of Time: 2 months |
| Previous Employer: (if with current employer less than 1 year) | | Previous Length of Time: | | |
| Other Monthly Income Amount That Could Be Used To Repay Your Obligation: | | | | |

| Nearest Relative Not Living With You: | State of Residence: Arkansas | | Phone: ( ) |
|---|---|---|---|

**Joint Applicant Information:**

| First Name: | M.I. | Last Name: | | Suffix: | 1. Are you a U.S. Citizen?  Y   N 2. Are you in the military?  Y   N 3. Do you have established credit?  Y   N |
|---|---|---|---|---|---|
| Home Address: (if different from primary applicant) | | City: | State: | Zip Code: | Length of Time: |
| Phone: ( ) | Social Security Number: | | Date of Birth: | | Driver's License #: |
| Employer Name and Address: | | | | Self-Employed?  Y   N | |
| Phone: ( ) | Gross Monthly Income: | Length of Time: | *Other Monthly Income Amount That Could Be Used To Repay Your Obligation: | |

---

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the acco. any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KA JEWELERS AT P.O. BOX 3690, AKRON, OH 44309-3690. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval, each applicant ma liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON QUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely af our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are require ask married residents of Wisconsin for the following information:

Name of Spouse:                                   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHI ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my ph plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

| Applicant: X  Ethan Bryant | Date: 1-5-11 | Joint Applicant: X |
|---|---|---|

0300-13S-0000 (R:10/10) (

SReygadas001091

Page 1 of 2

2215000050

# K A Y
### J E W E L E R S
Every kiss begins with Kay.
kay.com

**Customer Name**   Ethan Bryant
**Account #** ⬛⬛⬛3084

Questions? – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309−3680

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,479.61 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $16.75 |
| **New Balance** | **$1,496.36** |
| Statement closing date | 11/24/2016 |
| Days in billing cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $1,496.36 |
| Balance Payable To Avoid Further Interest Charges | $1,496.36 |
| Minimum Payment | $90.00 |
| Past Due | $540.00 |
| Total Due | $630.00 |
| Payment Due Date | 12/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $1,690.89 |

If you would like information about credit counseling services, call 1−866−477−6322

## Your Transactions

| Interest Charged | | | | |
|---|---|---|---|---|
| **Trans Date** | **Post Date** | **Description** | | **Amount** |
| 11/24/2016 | 11/25/2016 | Interest Charges | | $16.75 |
| | | TOTAL INTEREST FOR THIS PERIOD | | $16.75 |

| 2016 Totals Year To−Date | |
|---|---|
| Total fees charged in 2016 | $329.89 |
| Total interest charged in 2016 | $169.83 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx3084 |
|---|---|
| New Balance | $1,496.36 |
| Due Date | 12/19/2016 |
| Total Due | $630.00 |
| *Amount Enclosed* | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

⬛⬛⬛⬛08400063000000900014963b1

000050


K A Y
J E W E L E R S
Every kiss begins with Kay.
kay.com

#BWNCKTF
#  131121172435084³ #
Ethan Bryant
2124 Edwards St
Blytheville AR 72315−3818

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425

SReygadas001092

KAY JEWELERS #2215

THE MALL AT TURTLE CREEK

3000 . HIGHLAND DR. STE#119

JONESBORO, AR 724010000

Date: 02/18/2015          Time: 16:39:04          Sales Slip ID: 91822

Cardholder:      BRYANT, ET
Account No:      XXXXXX3084
Purchase Price:  $1230.73
Down Payment:    $50.00
Credit Plan:     REG

THE MERCHANDISE YOU PURCHASED IS BEING EXCHANGED OUTSIDE OF THE ORIGINAL RETURN POLICY. THEREFORE, THE NEW MERCHANDISE IS NOT RETURNABLE.

Total:  $1180.73

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

SReygadas001093

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant ETHAN BRYANT's KAY JEWELERS account identified by the account number ████████8084.

4. Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,346.36, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8ᵗʰ day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51895098
00293203

SReygadas001094

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS

DNF Associates LLC                                              PLAINTIFF

V.                                                   CAUSE NO.47BCV-19-17  (RL)

ETHAN BRYANT                                                    DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

ETHAN BRYANT

2139 EDWARDS ST, , BLYTHEVILLE AR 72315

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

MISSISSIPPI COUNTY CIRCUIT COURT
BLYTHEVILLE, AR 72316

Leslie Mason, Circuit Clerk

[Signature of Clerk or Deputy Clerk]

Date: 1-29-2019

10:45 Am

[SEAL]

00293203

SReygadas001095



FILED

MAR 12 2019

LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**ETHAN BRYANT**

Defendant/Respondent

Cause No.:   **478CV-19-17 (RG)**
Hearing Date:

DECLARATION OF SERVICE OF
Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **ETHAN BRYANT**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with Unknown Person who refused to give true name, a member of the defendant's family at least 18 years of age, at **2139 EDWARDS ST, BLYTHEVILLE, Mississippi County, AR 72315**, a place where the defendant resides, on **26th day of February, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] : _____

My fee is $: **$ 65.00**

REF:  **00293203**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0033774336**


SReygadas001096

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _28_ day of _February_, 20_19_

_Mauri Lee Cole_

Mauri Lee Cole, Reg. # 2014R-02637, Craighead County

Subscribed and Sworn to before me this _28_ day of _February_, 20_19_.

_Deana G. Freem_

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _____

My commission expires _____ _11-26-23_

Additional information regarding service or attempted service:

**John Doe**, **SIBLING, CO-RESIDENT**, who accepted service, a white male approx. 25-35 years of age, 5'6"-5'8" tall, weighing 120-140 lbs with black hair.



SReygadas001097

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2019-Jan-29  16:08:44
72CV-19-201
C04D05 : 5 Pages

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                          CAUSE NO._____

FORREST PARKER                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, FORREST PARKER, is an adult resident of 583 N COUNTRY FARM RD.,

FAYETTEVILLE AR 72704.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $2,121.04

SReygadas001098

| 2. | Attorney Fees in the amount of: | $.00 |
|----|----|----|
| 3. | Court Costs in the amount of: | $167.50 |
| | **TOTAL:** | **$2,288.54** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288635

SReygadas001099

1875000382

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name    Forrest Parker**
**Account #** ▓▓▓▓**9023**

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---:|
| New Balance | $2,121.04 |
| Balance Payable To Avoid Further Interest Charges | $2,121.04 |
| Minimum Payment | $130.00 |
| Past Due | $840.00 |
| Total Due | $970.00 |
| Payment Due Date | 10/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $2,390.44 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $2,093.30 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $27.74 |
| **New Balance** | **$2,121.04** |
| Statement closing date | 09/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 09/18/2016 | 09/19/2016 | Interest Charges | $27.74 |
| | | TOTAL INTEREST FOR THIS PERIOD | $27.74 |

| 2016 Totals Year To-Date | |
|---|---:|
| **Total fees charged in 2016** | **$238.72** |
| **Total interest charged in 2016** | **$253.77** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx9023 |
|---|---|
| New Balance | $2,121.04 |
| Due Date | 10/13/2016 |
| Total Due | $970.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓ᒣ023000970000013000212l049

000382

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 1301790312990237 #
Forrest Parker
547 N Country Farm Rd
Fayetteville AR 72704–0385

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001100

KAY JEWELERS #1875

NORTHWEST ARKANSAS MALL

4201 NORTH SHILOH DR SPACE 110

FAYETTEVILLE, AR 727030000

Date: 08/15/2015          Time: 19:06:04          Sales Slip ID: 84432

Cardholder:      PARKER, FO
Account No:      XXXXXXX9023
Purchase Price:  $2200.90
Down Payment:    $110.00
Credit Plan:     REG

Payment Protection Plan Rate: $1.110 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $2090.90

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X
Date of Birth          08/15/15
                       Date

SRevgadas001101

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant FORREST PARKER's KAY JEWELERS account identified by the account number ███████9023.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $2,121.04, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ____8th____ day of ___October___, 2018.

_____
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51852015
00288635

SReygadas001102

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO. _____

FORREST PARKER                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>FORREST PARKER</u>

<u>583 N COUNTRY FARM RD., , FAYETTEVILLE AR 72704</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

WASHINGTON COUNTY CIRCUIT COURT
FAYETTEVILLE, AR 72701

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00288635

**SReygadas001103**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____         the person named therein as defendant.

_____         a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____         the duly designated agent for service of process for the defendant, namely _____

_____         OTHER:_____
_____

                                 _____

                                 Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                                 _____

                                 Notary Public

My Commission Expires:


_____

**SReygadas001104**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V PARKER

**Case Number:**   72CV-19-201

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Pamela Penn, Washington County
Deputy Clerk

Electronically signed by PSPENN on 2019-01-30 08:20:12     page 3 of 3

SReygadas001105

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  14:20:58
26CV-19-128
C18ED03 : 6 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO._____

GE LEE                                                                    DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, GE LEE, is an adult resident of 634 APPLE RD, BONNERDALE AR 71933.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

| | | |
|---|---|---|
| 1. | Principle and Accrued Interest: | $2,251.45 |
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |

SReygadas001106

**TOTAL:**                  **$2,438.95**
4.     Additional Court Costs as they accrue
5.     Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281581

SReygadas001107

Page 1 of 2

2328000428

# KAY JEWELERS
Every kiss begins with Kay.®
kay.com

**Customer Name**   Ge Lee
**Account #** ▇▇▇▇7210

Questions? – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---:|
| New Balance | $2,251.45 |
| Balance Payable To Avoid Further Interest Charges | $2,251.45 |
| Minimum Payment | $645.00 |
| Past Due | $2,230.52 |
| Total Due | $2,251.45 |
| Payment Due Date | 07/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 MONTHS | $2,293.14 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $2,230.52 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $20.93 |
| New Balance | $2,251.45 |
| Statement closing date | 06/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 06/18/2016 | 06/19/2016 | Interest Charges | $20.93 |
| | | TOTAL INTEREST FOR THIS PERIOD | $20.93 |

### 2016 Totals Year To-Date

| | |
|---|---:|
| Total fees charged in 2016 | $35.00 |
| Total interest charged in 2016 | $713.41 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | XXXXXX7210 |
|---|---|
| New Balance | $2,251.45 |
| Due Date | 07/13/2016 |
| Total Due | $2,251.45 |
| Amount Enclosed | $ |

▇▇▇▇▇▇ 7210002251450064500225145 4

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000428


KAY JEWELERS
Every kiss begins with Kay.®
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1301664419792103 #
Ge Lee
634 Apple Rd
Bonnerdale AR 71933–6818

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

**SReygadas001108**

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 01/28/2015          Time: 17:48:51          Sales Slip ID: 69662

| | |
|---|---|
| Cardholder: | LEE, GE |
| Account No: | XXXXXX7210 |
| Purchase Price: | $8968.04 |
| Down Payment: | $0.00 |
| Credit Plan: | REG |

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS PROVIDED THEY ARE IN ORIGINAL CONDITION (UNWORN AND UNALTERED) AND ACCOMPANIED BY THE ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS. CUSTOM DESIGNED MERCHANDISE, CLASS RINGS, SPECIAL ORDERED WATCHES AND ITEMS ENGRAVED WITH PERSONALIZED INFORMATION CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED THROUGH THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $8968.04

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan insurance, I acknowledge that: I do not need to purchase this insurance to get credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

05/27/83          01/28/15

Date of Birth          Date

SReygadas00100

**KAY**
JEWELERS          OUTLET
kay.com          kayoutlet.com

16

Select the Type of Account you would like to apply for. Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.*

**Applicant Information:**

First Name: G E   M.I.   Last Name: Lee   Suffix:
1. Are you a U.S. Citizen? Y  N
2. Are you in the military? Y  N
3. Do you have established credit? Y  N

Home Address:   Apt:   City: Bonnerd_e   State: AR   Zip Code: 71933

Other Phone: (  )   Length of Time:

Statement Mailing Address: 63__ Apple Rd   Bonnerdcben   AR   71933
(If different than above)

Previous Address:   State:   Zip Code:   Length of Time:
(If at current address less than 3 years)

E-Mail Address:   By providing any E-mail address, I consent to receive E-mail communications about my Account.

Position:   Self-Employed? Y  N

City:   State:   Zip Code:

Dept./Ext.:   Length of Time: 10 yrs.
(If with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Na___   State of Residence: AR

**Joint Applicant Information:**

First Name:   M.I.   Last Name:   Suffix:
1. Are you a U.S. Citizen? Y  N
2. Are you in the military? Y  N
3. Do you have established credit? Y  N

Home Address:   City:   State:   Zip Code:   Length of Time:
(If different from primary applicant)

Phone: (  )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y  N

Phone: (  )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of these goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:
Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant X _Ge Lee_   Date:   Joint Applicant: X

0300-13S-0000 (R: 10/14)  058127

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age.  He is a Managing Partner
     for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
     authorized to execute this affidavit on behalf of Plaintiff and the information
     below is true and correct to the best of her knowledge, information and belief.  He
     is familiar with the method of preparation and maintenance of Plaintiff's books
     and records and believe them to be true and correct, with entries thereon having
     been made in the ordinary course of Plaintiff's business, at or near the time of the
     transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation
     sued upon, and was assigned all the rights, title and interest to Defendant GE
     LEE's KAY JEWELERS account identified by the account number███████7210.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance
     due and owing to Plaintiff by the Defendant on the Account Number referenced
     above as of the date hereof  August 28, 2018 is in the sum of "$2,251.45, according
     to the business records provided to Plaintiff by the Original Creditor or its
     Assignee at the time the Account was purchased.

                                                    Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

                                                    NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6378990
Qualified In Erie County
My Commission Expires 08-27-2022

51753318
00281581

**SReygadas001111**

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                        CAUSE NO. _____

GE LEE                                                               DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>GE LEE</u>

<u>634 APPLE RD, , BONNERDALE AR 71933</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281581

SReygadas001112

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____
          _____

                           _____
                           Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                           _____
                           Notary Public

My Commission Expires:

_____

**SReygadas001113**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V GE LEE

**Case Number:**   26CV-19-128

**Type:**             SUMMONS - FILER PREPARED

So Ordered

*Melissia Sowell*

MELISSIA SOWELL

Electronically signed by MGSOWELL on 2019-01-29 14:44:05     page 3 of 3

SReygadas001114

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  14:19:11
60CV-19-560
C06D12 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

GERALD WILLIAMS                                                   DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, GERALD WILLIAMS, is an adult resident of 3801 HIGHWAY 161, N LITTLE ROCK AR 72117.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.       Principle and Accrued Interest:       $3,558.96

SReygadas001115

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $185.00 |
| | **TOTAL:** | **$3,743.96** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281580

Page 1 of 2

2419001026

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name   Gerald Williams**
**Account #** ◼◼◼◼◼7608

Questions? – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

### Summary of Account Activity
| | |
|---|---|
| Previous Balance | $3,514.77 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $44.19 |
| **New Balance** | **$3,558.96** |
| Statement closing date | 07/13/2016 |
| Days in billing cycle | 30 |

### Payment Information
| | |
|---|---|
| New Balance | $3,558.96 |
| Balance Payable To Avoid Further Interest Charges | $3,558.96 |
| Minimum Payment | $255.00 |
| Past Due | $1,785.00 |
| Total Due | $2,040.00 |
| Payment Due Date | 08/08/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 MONTHS | $3,931.44 |

If you would like information about credit counseling services, call 1-866-477-6322

### Your Transactions
#### Interest Charged
| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/13/2016 | 07/14/2016 | Interest Charges | $44.19 |
| | | TOTAL INTEREST FOR THIS PERIOD | $44.19 |

| 2016 Totals Year To-Date | |
|---|---|
| **Total fees charged in 2016** | **$70.00** |
| **Total interest charged in 2016** | **$369.58** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx7608 |
|---|---|
| New Balance | $3,558.96 |
| Due Date | 08/08/2016 |
| Total Due | $2,040.00 |
| Amount Enclosed | $ |

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

001026



JARED
The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274-0425

#BWNCKTF
# 1301679214746088 #
Gerald Williams
3801 Highway 161
N Little Rock AR 72117-3024

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001117

The Galleria Of Jewelry

21

**Select the Type of Account you would like to apply for:** *Please use blue or black ink to complete.*

[X] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.*

**Applicant Information:**

First Name: Gerald   M.I.   Last Name: Williams   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   Apt:   City: N. LITTLE ROCK AR   State: AR   Zip Code: 72117

Phone:   (Is this your Home Billed Order)   Other Phone: ( )   Length of Time: 10 years.

Statement mailing address: *(If different than above)*

Previous Address: *(If at current address less than 3 years)*   City:   State:   Zip Code:   Length of Time:

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer:   Position:   Self-Employed? Y N

Employer Address:   City:   State:   Zip Code:

Phone:   Dept/Ext:   Gross Monthly Income:   Length of Time: 18 years.

Previous Employer: *(If with current employer less than 1 year)*   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You:   State of Residence: FL   Phone: ( )

**Joint Applicant Information:**

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: *(If different from primary applicant)*   City:   State:   Zip Code:   Length of Time:

Phone: ( )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: ( )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, a unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms *before* credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X   Date:   Joint Applicant: X

0300-26J-0000 (R: 10/14) 058127

SReygadas001118

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age.  He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief.  He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    GERALD WILLIAMS's JARED account identified by the account number
    ⬛⬛⬛⬛7608.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof  August 28, 2018 is in the sum of $3,558.96, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51753317
00281580

**SReygadas001119**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO. _____

GERALD WILLIAMS                                                          DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

<u>GERALD WILLIAMS</u>

<u>3801 HIGHWAY 161, , N LITTLE ROCK AR 72117</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281580

SReygadas001120

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

    I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____    the person named therein as defendant.

_____    a member of the defendant's family abode 14 years of age or older at the
    defendant's usual place of abode, namely _____.

_____    the duly designated agent for service of process for the defendant, namely
    _____

_____    OTHER:_____
    _____

                            _____
                            Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of
_____, 2018.

                            _____
                            Notary Public

My Commission Expires:

_____

**SReygadas001121**



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES LLC V GERALD WILLIAMS

**Case Number:**   60CV-19-560

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 14:30:55    page 3 of 3

SReygadas001122

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-13 20:37:37
60CV-19-560
C06D12 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**GERALD WILLIAMS**

Defendant/Respondent

Cause No.:    **60CV-19-560**
Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **GERALD WILLIAMS**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with **Freda Williams**, a member of the defendant's family at least 18 years of age, at **3801 HIGHWAY 161, N LITTLE ROCK, Pulaski County, AR 72117**, a place where the defendant resides, on **5th day of March, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] :
_____

My fee is $: **$ 65.00**

REF:  **00281580**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: **0034050231**

SReygadas001123

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _7_ day of _March_, 20_19_.

_Rachael Quinn_

Rachael Quinn, Reg. # CV2013-545, Lonoke County

Subscribed and Sworn to before me this _7_ day of _March_, 20_19_.

_Mary Sue Prior_

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _Lonoke County_

My commission expires _1/31/29_

Additional information regarding service or attempted service:
**Freda Williams, SIBLING, CO-RESIDENT, who accepted service, with identity confirmed by subject saying yes when named, a black-haired black female approx. 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs.**

REF:  **00281580**

PAGE 2 OF 2

ORIGINAL PROOF OF SERVICE

Tracking #: **0034050231**

SReygadas001124

ELECTRONICALLY FILED
Boone County Circuit Court
Judy Kay Harris, Circuit Clerk
2019-Jan-29 14:14:19
05CV-19-18
C14D01 : 5 Pages

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                        CAUSE NO._____

HADI WINARTO                                                         DEFENDANT

**<u>COMPLAINT</u>**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, HADI WINARTO, is an adult resident of 1428 HWY 62 65 SUITE B, HARRISON AR 72601.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $4,621.33

SReygadas001125

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $187.50
        **TOTAL:**                          **$4,808.83**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281579

SReygadas001126

Page 1 of 2                                                                                          1875000394

# K A Y ®
### J E W E L E R S
**Every kiss begins with Kay.®**
kay.com

**Customer Name**    Hadi Winarto
**Account #** ▓▓▓▓5905

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,563.47 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $57.86 |
| **New Balance** | **$4,621.33** |
| Statement closing date | 06/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $4,621.33 |
| Balance Payable To Avoid Further Interest Charges | $4,621.33 |
| Minimum Payment | $265.00 |
| Past Due | $1,855.00 |
| Total Due | $2,120.00 |
| Payment Due Date | 07/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $5,259.49 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/18/2016 | 06/19/2016 | Interest Charges | $57.86 |
| | | TOTAL INTEREST FOR THIS PERIOD | $57.86 |

| 2016 Totals Year To-Date | |
|---|---|
| Total fees charged in 2016 | $35.00 |
| Total interest charged in 2016 | $347.16 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx5905 |
|---|---|
| New Balance | $4,621.33 |
| Due Date | 07/13/2016 |
| Total Due | $2,120.00 |
| Amount Enclosed | $ |

▓▓▓▓▓▓5905002120000026500462133 0

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000394

# K A Y ®
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1301666812599050 #
Hadi Winarto
1428 Hwy 62 65
Suite B
Harrison AR 72601–1969

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

KAY JEWELERS #1875

NORTHWEST ARKANSAS MALL

4201 NORTH SHILOH DR SPACE 110

FAYETTEVILLE, AR 727030000

Date: 04/14/2015          Time: 17:20:52          Sales Slip ID: 81552

Cardholder:        WINARTO, HA
Account No:        XXXXXX5905
Purchase Price:    $5234.09
Down Payment:      $0.00
Credit Plan:       REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED. VISIT WWW.KAY.COM/GEMCARE FOR IMPORTANT INFORMATION ABOUT GEMSTONE TREATMENTS, SPECIAL CARE REQUIREMENTS, MAINTENANCE, STORAGE AND PROTECTION.

Total: $5234.09

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan insurance, I acknowledge that: I do not need to purchase this insurance to get credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

No, do not enroll me in Payment Protection Plan Credit Insurance

SReygadas001128

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant HADI WINARTO's KAY JEWELERS account identified by the account number _____5905.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $4,621.33, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51753316
00281579

**SReygadas001129**

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO. _____

HADI WINARTO                                                          DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

<u>HADI WINARTO</u>

<u>1428 HWY 62 65 SUITE B, , HARRISON AR 72601</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

BOONE COUNTY CIRCUIT COURT
HARRISON, AR 72601

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281579

**SReygadas001130**

## RETURN OF SERVICE

State of Arkansas

City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER: _____
_____

                              _____
                              Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                              _____
                              Notary Public

My Commission Expires:


_____

**SReygadas001131**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V HADI WINARTO

**Case Number:**   05CV-19-18

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Susan Stills, Boone County Deputy
Clerk

Electronically signed by SCSTILLS on 2019-01-29 14:53:16     page 3 of 3

SReygadas001132

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  13:27:53
60CV-19-553
C06D17 : 4 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                              CAUSE NO._____

HADI WINARTO                                                              DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, HADI WINARTO, is an adult resident of 925 N SHACKLEFORD RD, Little Rock AR 72211.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.     Principle and Accrued Interest:     $5,407.03

SReygadas001133

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:        $185.00
        **TOTAL:**                          **$5,592.03**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281559

SReygadas001134

Page 1 of 2

2524100006



# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**  Hadi Winarto
**Account #** ▓▓▓▓1818

Questions? ~ Visit us at www.jared.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309−3680

## Payment Information

| | |
|---|---|
| New Balance | $5,407.03 |
| Balance Payable To Avoid Further Interest Charges | $5,407.03 |
| Minimum Payment | $290.00 |
| Past Due | $1,858.52 |
| Total Due | $2,148.52 |
| Payment Due Date | 07/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $5,615.97 |

If you would like information about credit counseling services, call 1−866−477−6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $5,385.43 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $21.60 |
| **New Balance** | **$5,407.03** |
| Statement closing date | 06/10/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/10/2016 | 06/11/2016 | Interest Charges | $21.60 |
| | | TOTAL INTEREST FOR THIS PERIOD | $21.60 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $207.21 |
| Total interest charged in 2016 | $128.74 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx1818 |
|---|---|
| New Balance | $5,407.03 |
| Due Date | 07/05/2016 |
| Total Due | $2,148.52 |
| Amount Enclosed | $ |

▓▓▓▓▓▓▓▓818002148520029000540703b

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

100006



JARED
The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

#BWNCKTF
# 130146331211818 9 #
Hadi Winarto
2002 E Park Ave
Searcy AR 72143

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati. OH 45274−0425

SReygadas001135

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1       He is a competent person over eighteen years of age.  He is a Managing Partner
        for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
        authorized to execute this affidavit on behalf of Plaintiff and the information
        below is true and correct to the best of her knowledge, information and belief.  He
        is familiar with the method of preparation and maintenance of Plaintiff's books
        and records and believe them to be true and correct, with entries thereon having
        been made in the ordinary course of Plaintiff's business, at or near the time of the
        transaction giving rise to each entry.

2.      Plaintiff is the current owner of, and/or successor in interest to, the obligation
        sued upon, and was assigned all the rights, title and interest to Defendant HADI
        WINARTO's JARED account identified by the account number▇▇▇▇1818.

4.      Plaintiff's business records for the Account of Defendant reflect that the balance
        due and owing to Plaintiff by the Defendant on the Account Number referenced
        above as of the date hereof  August 28, 2018 is in the sum of $5,407.03, according
        to the business records provided to Plaintiff by the Original Creditor or its
        Assignee at the time the Account was purchased.

                                                        Lawrence Schiavi

Subscribed and sworn to before me on this  8th  day of October, 2018.

                                            Alexandrea fisher
                                            NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51743470
00281559

**SReygadas001136**

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                                      PLAINTIFF

V.                                                                      CAUSE NO. _____

HADI WINARTO                                                                      DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

<u>HADI WINARTO</u>

<u>925 N SHACKLEFORD RD, , Little Rock AR 72211</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

                                                                      CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

                                    _____
                                    [Signature of Clerk or Deputy Clerk]

                                    Date:_____

[SEAL]

                                              00281559

SReygadas001137

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____          the person named therein as defendant.

_____          a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____          the duly designated agent for service of process for the defendant, namely _____

_____          OTHER:_____
                   _____

                                          _____
                                          Sheriff/Process Server

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                                          _____
                                          Notary Public

My Commission Expires:


_____

**SReygadas001138**



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES V HADI WINARTO

**Case Number:**    60CV-19-553

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 13:34:13    page 3 of 3

SReygadas001139

ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2019-Jan-29  16:16:49
17CV-19-82
C21D02 : 4 Pages

IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                        CAUSE NO._____

JAMES BREWER                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, JAMES BREWER, is an adult resident of 1208 GREEN ACRES CIR, ALMA AR 72921.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $6,703.67

SReygadas001140

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:        $187.50
        **TOTAL:**                           **$6,891.17**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293180

SReygadas001141

Page 1 of 2                                                                                2221000457

# KAY
## J E W E L E R S
### Every kiss begins with Kay.
kay.com

**Customer Name**   James E Brewer
**Account**  4748

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $6,619.00 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $84.67 |
| **New Balance** | **$6,703.67** |
| Statement closing date | 11/24/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $6,703.67 |
| Balance Payable To Avoid Further Interest Charges | $6,703.67 |
| Minimum Payment | $295.00 |
| Past Due | $2,065.00 |
| Total Due | $2,360.00 |
| Payment Due Date | 12/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 MONTHS | $8,008.63 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/24/2016 | 11/25/2016 | Interest Charges | $84.67 |
| | | TOTAL INTEREST FOR THIS PERIOD | $84.67 |

### 2016 Totals Year To-Date

| | |
|---|---|
| **Total fees charged in 2016** | **$291.97** |
| **Total interest charged in 2016** | **$739.08** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx4748 |
|---|---|
| New Balance | $6,703.67 |
| Due Date | 12/19/2016 |
| Total Due | $2,360.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

4748002360000029500067036711

000457

# KAY
## J E W E L E R S
Every kiss begins with Kay.
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1311716321457486 #
James E Brewer
1208 Green Acres Cir
Alma AR 72921–7136

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

**SReygadas001142**

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant JAMES BREWER's KAY JEWELERS account identified by the account number ████4748.

4. Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $6,703.67, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiayi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51904444
00293180

**SReygadas001143**

IN THE CIRCUIT COURT OF CRAWFORD COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO. _____

JAMES BREWER                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JAMES BREWER</u>

<u>1208 GREEN ACRES CIR, , ALMA AR 72921</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

CRAWFORD COUNTY CIRCUIT COURT
VAN BUREN, AR 72956

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00293180

**SReygadas001144**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____    the person named therein as defendant.

_____    a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____    the duly designated agent for service of process for the defendant, namely _____.

_____    OTHER:_____
_____

                                         _____
                                       Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                                         _____
                                       Notary Public

My Commission Expires:

_____



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V JAMES BREWER

**Case Number:**     17CV-19-82

**Type:**            SUMMONS - FILER PREPARED

So Ordered

*Jordan Riggs*

Jordan Riggs

Electronically signed by JARIGGS on 2019-01-29 16:25:44    page 3 of 3

SKeygadas001146

ELECTRONICALLY FILED
Crawford County Circuit Court
Sharon Blount-Baker, Circuit Clerk
2019-Feb-27 16:02:06
17CV-19-82
C21D02 : 2 Pages

IN THE CIRCUIT COURT OF CRAWFORD COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

                                    Cause No.:    **17CV-19-82**
              Plaintiff/Petitioner   Hearing Date:

vs.
**JAMES BREWER**
                                    DECLARATION OF SERVICE OF
              Defendant/Respondent   Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **JAMES BREWER**

☐  I personally delivered the **Summons; Complaint** to the individual at _____
   _____ [place]  on _____ [date]; or

☐  I left the **Summons; Complaint** in the proximity of the individual by _____
   after he/she refused to receive it when I offered it to him/her; or

☒  I left the **Summons; Complaint** with **Ann Brewer**, a member of the defendant's family at least 18 years of age, at
   **425 DYER HIGHWAY 64 E, ALMA, Crawford County, AR 72921**, a place where the defendant resides, on **21st
   day of February, 2019**; or

☐  I delivered the **Summons; Complaint** to _____ [name of individual], an
   agent authorized by appointment or by law to receive service of summons on behalf of _____
   [name of defendant] on _____ [date]; or

☐  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on
   the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return
   receipt.

☐  I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons;
   Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and
   received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐  Other [specify]: _____

☐  I was unable to execute service at _____
   [place] :
   _____

My fee is $: **$ 65.00**

REF: **00293180**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0033586445**

SKeygadas001147

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ •                          SHERIFF OF _____ COUNTY, ARKANSAS

               •                                            By: _____

                                                           [Signature of server]

                                                           _____

                                                           [Printed name, title, and badge number]


**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _____ day of _____ , 20 _____.

_____

**Lara Naomi Aspedon, Reg./# 17CV-10-322, Crawford County**

Subscribed and Sworn to before me this  25  day of  Feb  , 20 19 .

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _____

My commission expires _____



Additional information regarding service or attempted service:

**Ann Brewer, SPOUSE, CO-RESIDENT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, 5'-5'4" tall, weighing 180-200 lbs with brown hair with glasses.**



SReygadas001148

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2019-Jan-29  16:48:32
04CV-19-206
C19WD04 : 6 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                               PLAINTIFF

V.                                                                      CAUSE NO._____

JAMES SHEETS                                                                     DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, JAMES SHEETS, is an adult resident of 3250B TWIN COUNTY ST,

SPRINGDALE AR 72764.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $3,347.59

SReygadas001149

2.    Attorney Fees in the amount of:     $.00
3.    Court Costs in the amount of:        $187.50
      **TOTAL:**                           **$3,535.09**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293215

SReygadas001150

*Page 1 of 2*                                                            *1875000432*

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
kay.com

**Customer Name**   James Sheets
**Account #** ▇▇▇▇ 3554

Questions? – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,305.35 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $42.24 |
| **New Balance** | **$3,347.59** |
| Statement closing date | 11/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $3,347.59 |
| Balance Payable To Avoid Further Interest Charges | $3,347.59 |
| Minimum Payment | $165.00 |
| Past Due | $1,155.00 |
| Total Due | $1,320.00 |
| Payment Due Date | 12/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 MONTHS | $3,908.85 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/18/2016 | 11/19/2016 | Interest Charges | $42.24 |
| | | TOTAL INTEREST FOR THIS PERIOD | $42.24 |

| 2016 Totals Year To-Date | |
|---|---|
| **Total fees charged in 2016** | **$130.00** |
| **Total interest charged in 2016** | **$426.50** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx3554 |
|---|---|
| New Balance | $3,347.59 |
| Due Date | 12/13/2016 |
| Total Due | $1,320.00 |
| Amount Enclosed | $ |

▇▇▇▇▇▇ 3554001320000016500334759 2

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000432

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
kay.com

#BWNCKTF
#  1311714917395541  #
James Sheets
3232a Twin County St
Springdale AR 72764–8081

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001151

KAY JEWELERS #1875

NORTHWEST ARKANSAS MALL

4201 NORTH SHILOH DR SPACE 110

FAYETTEVILLE, AR 727030000

Date: 12/27/2015          Time: 12:58:29          Sales Slip ID: 88379

Cardholder:      SHEETS, JA
Account No:      XXXXXX3554
Purchase Price:  $3286.09
Down Payment:    $0.00
Credit Plan:     REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $3286.09

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

No, do not enroll me in Payment Protection Plan Credit Insurance

SReygadas001152



# KAY KAY
### OUTLET

16



Select the Type of Account you would like to apply for  Please use blue or black ink to complete

[X] INDIVIDUAL ACCOUNT  In one name and based solely on your own credit worthiness  Applicant if married  may apply for an individual account

[ ] JOINT ACCOUNT  Is based on credit worthiness of both applicant and joint applicant  Both may use the account and will be liable and responsible for payments  Both must sign below

[ ] COSIGNED ACCOUNT  Cosigner and applicant must each complete separate applications  Only applicant will be permitted to use the account but both will be liable and responsible for payments

**NOTICE**  Alimony  child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit '

## Applicant Information



First Name  James   M I   Last Name  Sheets   Suffix
1 Are you a U S Citizen?  Y N
2 Are you in the military?  Y N
3 Do you have established credit?  Y N

Home Address     Apt   City  Springdale   State  AR   Zip Code  72764

Other Phone   Length of Time

Statement Mailing Address
(if different than above)

Previous Address
(if at current address less than 3 years)     City   State   Zip Code   Length of Time

E Mail Address   By providing my E mail address  I consent to receive E mail communications about my Account

Position   Self Employed?  Y N

Employer Address   City   State   Zip Code

Phone   Dept/Ext   Length of Time  3 years

Previous Employer
(if with current employer less than 1 year)   Previous Length of Time

Other Monthly Income Amount That Could Be Used To Repay Your Obligation

Name of Residence Sharing With You   State of Residence   Phone

## Joint Applicant Information

First Name   M I   Last Name   Suffix
1 Are you a U S Citizen?  Y N
2 Are you in the military?  Y N
3 Do you have established credit?  Y N

Home Address
(if different from primary applicant)   City   State   Zip Code   Length of Time

Phone   Social Security Number   Date of Birth   Driver's License #

Employer Name and Address   Self Employed?  Y N

Phone   Gross Monthly Income   Length of Time   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation

The information furnished on this application is complete and accurate to the best of my knowledge  Sterling Jewelers Inc  may  investigate my credit record and obtain a  consumer report in connection with this application and later in connection with an update  renewal  additional extension of credit  replacement or refinancing of an extension of credit or  collection of the account  any other acc  unt I have with Sterling Jewelers Inc  or otherwise as permitted or required by law  Upon request  I will be told  whether or not a consumer report was requested and the name and address of the reporting agency  that furnished that report  TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION  WRITE TO KAY JEWELERS AT P O  BOX 3680  AKRON  OH 44309 3680  STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES  California Residents  After credit approval  each applicant shall have the right to use open end credit plan to the extent of any limit set and will be liable for all amounts extended under the plan to any joint applicant  Ohio Residents  THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST  THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW  New York Residents  We have a security interest in goods costing more than $200 00 until the full payment once of those goods is paid  Wisconsin Residents  If you are married and are applying for an individual Account  combine your and your spouse's financial information above  Marital Agreement Notice  No provisions of a marital property  agreement  unilateral statement under  Sec  766 59 Wis  Stats  or court decree under  Sec  766 70 Wis  Stats  will adversely affect our rights unless  we are furnished with a copy of the agreement  statement or decree  or we have actual knowledge of its terms before credit is granted or the account is opened  We are required to ask married residents of Wisconsin for the following information  Name of Spouse   Address of Spouse

**BEFORE SIGNING BELOW  I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT  THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION  AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT**

**In addition  I consent to 1) be contacted about my account through any contact information I provide including cell phone numbers  even if I am charged under my phone plan and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted**

Applicant X  _James Sheets_   Date  12-21-15   Joint Applicant  X

0900 135 0000 (R  10 14)  05812"

**SReygadas001153**

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant JAMES SHEETS's KAY JEWELERS account identified by the account number ████3554.

4. . Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $3,347.59, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

_____
Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

_____
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6378990
Qualified In Erie County
My Commission Expires 08-27-2022

51903720
00293215

**SReygadas001154**

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                                 CAUSE NO. _____

JAMES SHEETS                                                              DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JAMES SHEETS</u>

<u>3250B TWIN COUNTY ST, , SPRINGDALE AR 72764</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

BENTON COUNTY CIRCUIT COURT
BENTONVILLE, AR 72712

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00293215

SReygadas001155

## <u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____ _____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

_____
Notary Public

My Commission Expires:


_____



SReygadas001156



Arkansas Judiciary

**Case Title:**          DNF ASSOCIATES LLC V SHEETS

**Case Number:**      04CV-19-206

**Type:**                  SUMMONS - FILER PREPARED

So Ordered

*Blythe Reid*

Blythe L Reid, Benton County Deputy
Clerk

Electronically signed by BLREID on 2019-01-30 08:17:42     page 3 of 3

SReygadas001157

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2019-Jan-29  16:09:05
16JCV-19-92
C02D09 : 6 Pages

## IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
### WESTERN

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO._____

JEREMY WILLIAMS                                                      DEFENDANT

### **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

### I.

Defendant, JEREMY WILLIAMS, is an adult resident of 1034 CR 333, JONESBORO AR 72401.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

SReygadas001158

1.    Principle and Accrued Interest:     $1,502.77
2.    Attorney Fees in the amount of:     $.00
3.    Court Costs in the amount of:       $187.50
      **TOTAL:**                          **$1,690.27**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288624

2215100057

# K A Y ®
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name** Jeremy Williams
**Account #** ███████ 2064

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309−3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,484.69 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $18.08 |
| New Balance | $1,502.77 |
| Statement closing date | 09/24/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,502.77 |
| Balance Payable To Avoid Further Interest Charges | $1,502.77 |
| Minimum Payment | $90.00 |
| Past Due | $468.00 |
| Total Due | $558.00 |
| Payment Due Date | 10/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $1,699.14 |

If you would like information about credit counseling services, call 1−866−477−6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/24/2016 | 09/25/2016 | Interest Charges | $18.08 |
| | | TOTAL INTEREST FOR THIS PERIOD | $18.08 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $214.16 |
| Total interest charged in 2016 | $134.58 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx2064 |
|---|---|
| New Balance | $1,502.77 |
| Due Date | 10/19/2016 |
| Total Due | $558.00 |
| Amount Enclosed | $ |

██████ 206400055800000900015027 78

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

100057

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274−0425

#BWNCKTF
# 13017955292506648 #
Jeremy Williams
1034 Cr 333
Jonesboro AR 72401−0459

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425

SReygadas001160

KAY JEWELERS #2215
THE MALL AT TURTLE CREEK
3000 . HIGHLAND DR. STE#119
JONESBORO, AR 724010000

Date: 01/24/2016          Time:  15:34:17          Sales Slip ID:  99699

Cardholder:       WILLIAMS, JE
Account No:       XXXXXX2064
Purchase Price:   $1226.03
Down Payment:     $0.00
Credit Plan:      REG

Payment Protection Plan Rate: $1.110 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total:  $1226.03

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X
08/20/1991                    01/24/16
Date of Birth                 Date

Reygadas001161

**KAY**
JEWELERS
*Every kiss begins with Kay*
kay.com

16



**Please use blue or black ink to complete.**

**[ ] INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

**[ ] JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

**[ ] COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

First Name: Jeremy   M.I. W   Last Name: Williams   Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   Apt:   City: Jonesboro   State: AR   Zip Code: 72401   Billed Under:   Other Phone: ( )   Length of Time:

Statement Mailing Address: (if different than above)

Previous Address: (if at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

Driver's License   E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer:   Position:   Self-Employed? N

Employer Address:   City:   State:   Zip Code:

Phone:   Dept/Ext.:   Length of Time: 4 mo

Previous Employer: (if with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You:   State of Residence:   Phone:

First Name:   M.I.   Last Name:   Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: ( )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: ( )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.

In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X *Jeremy Williams*   Date: 7-5   Joint Applicant: X

C300-13S-0000 (R:10/12) 053327

SReygadas001162

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    JEREMY WILLIAMS's KAY JEWELERS account identified by the account
    number ███████2064.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $1,502.77, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

                                                Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

                                                NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51853981
00288624

**SReygadas001163**

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO. _____

JEREMY WILLIAMS                                                       DEFENDANT

<div align="center">SUMMONS</div>

## THE STATE OF ARKANSAS TO DEFENDANT:

<u>JEREMY WILLIAMS</u>

<u>1034 CR 333, , JONESBORO AR 72401</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

CRAIGHEAD COUNTY CIRCUIT COURT
JONESBORO, AR 72403

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

<div align="center">00288624</div>

**SReygadas001164**

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
           _____

                              _____
                              Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                              _____
                              Notary Public

My Commission Expires:


_____

SReygadas001165



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES V JEREMY WILLIAMS

**Case Number:**   16JCV-19-92

**Type:**               SUMMONS - FILER PREPARED


So Ordered

*Sharron L. Ussery*

Sharron Ussery, Deputy Clerk


Electronically signed by SLUSSERY on 2019-01-30 08:53:03     page 3 of 3

SReygadas001166

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2019-Feb-27  16:02:39
16JCV-19-92
C02D09 : 2 Pages

## IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY
### STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**JEREMY WILLIAMS**

Defendant/Respondent

Cause No.:   **16JCV-19-92**
Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **JEREMY WILLIAMS**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with Unknown Person who refused to give true name, a member of the defendant's family at least 18 years of age, at **1034 CR 333, JONESBORO, Craighead County, AR 72401**, a place where the defendant resides, on **24th day of February, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] : _____

My fee is $: **$ 65.00**

REF:  **00288624**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0033647794**



SReygadas001167

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _25_ day of _February_, 20 _9_

_Mauri Lee Cole_

**Mauri Lee Cole, Reg. # 2014R-02637, Craighead County**

Subscribed and Sworn to before me this _25_ day of _February_, 20 _19_.

_Deana G. Freeman_

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _____

My commission expires _____ _11-26-23_

Additional information regarding service or attempted service:
**Jane Doe, PARENT, CO-RESIDENT, who accepted service, a white female approx. 55-65 years of age, 5'-5'4" tall, weighing 120-140 lbs with black hair.**

REF: **00288624**

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0033647794**

SReygadas001168

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29 13:42:40
60CV-19-557
C06D09 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

JESSICA HOWER                                                        DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

### I.

Defendant, JESSICA HOWER, is an adult resident of 291 RANDALL DR,

JACKSONVILLE AR 72076.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:        $1,029.60

SReygadas001169

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:         $185.00
        **TOTAL:**                            **$1,214.60**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281569

SReygadas001170

Page 1 of 2                                                                                      1873000638

# K A Y ®
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name** — Jessica Hower
**Account #** ████████9036

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,019.88 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $9.72 |
| **New Balance** | **$1,029.60** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,029.60 |
| Balance Payable To Avoid Further Interest Charges | $1,029.60 |
| Minimum Payment | $60.00 |
| Past Due | $1,010.00 |
| Total Due | $1,029.60 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $1,168.88 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/18/2016 | 05/19/2016 | Interest Charges | $9.72 |
| | | TOTAL INTEREST FOR THIS PERIOD | $9.72 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $141.63 |
| Total interest charged in 2016 | $48.24 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx9036 |
|---|---|
| New Balance | $1,029.60 |
| Due Date | 06/13/2016 |
| Total Due | $1,029.60 |
| Amount Enclosed | $ |

████████7036001029600006001029608

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000638


kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

#BWNCKTF
# 130165871899036B #
Jessica Hower
1010 N 1st St Apt D11
Jacksonville AR 72076–3270

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001171

**KAY  KAY**
J E W E L E R S     OUTLET
KAY.COM            kayoutlet.com

16



Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.*

### Applicant Information:

First Name: *Jessica*   M.I. *N*   Last Name: *Howser*   Suffix:

1. Are you a U.S. Citizen?  Y  N
2. Are you in the military?  Y  N
3. Do you have established credit?  Y  N

Home Address: _____   Apt:   City: *Maumelle*   State: *AR*   Zip Code: *72113*

Phone: _____   Name / Phone Billed Under: _____   Other Phone: (   )   Length of Time: *13 yrs.*

State of Mailing Address: *(If different than above)*

Previous Address: *(If at current address less than 3 years)*   City:   State:   Zip Code:   Length of Time:

Driver's License #: _____   Date: _____   E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer: _____   Position:   Self-Employed?  Y  N

Employer Address:   City:   State:   Zip Code:

Phone: *(501) 945-4308*   Dept./Ext.:   Gross Monthly Income: _____   Length of Time: *3 Months*

Previous Employer: *(If with current employer less than 1 year)*   Previous Length of Time: _____

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation: _____

Nearest Relative Not Living With You: _____   State of Residence: *Arkansas*   Phone: _____

### Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen?  Y  N
2. Are you in the military?  Y  N
3. Do you have established credit?  Y  N

Home Address: *(If different from primary applicant)*   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed?  Y  N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to TI be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X *Jessica Howser*   Date: *04-20-15*   Joint Applicant: X

0300-13S-0000 (R: 10/14)  058127

1

SReygadas001172

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.     He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.     Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant JESSICA HOWER's KAY JEWELERS account identified by the account number ████9036.

4.     Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,029.60, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51747653
00281569

SReygadas001173

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                    CAUSE NO. _____

JESSICA HOWER                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

JESSICA HOWER

291 RANDALL DR. , JACKSONVILLE AR 72076

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____

[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281569

SReygadas00117a

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____ _____

                            _____

                            Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                            _____

                            Notary Public

My Commission Expires:

_____

SReygadas00117a



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES LLC V JESSICA HOWER

**Case Number:**     60CV-19-557

**Type:**     SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 14:23:15     page 3 of 3

SReygadas001176

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  17:12:37
23CV-19-117
C20D02 : 5 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO. _____

JIMMY PORTER                                                         DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, JIMMY PORTER, is an adult resident of 30 GREEN TIMBER WAY,

VILONIA AR 72173.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.       Principle and Accrued Interest:       $4,183.65

**SReygadas001177**

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $187.50
        **TOTAL:**                          **$4,371.15**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288627

SReygadas001178

Page 1 of 2

2524000531

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Jimmy W Porter
**Account #** ████ 7129

**Questions?** – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $4,129.91 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $53.74 |
| **New Balance** | **$4,183.65** |
| Statement closing date | 09/10/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance | $4,183.65 |
| Balance Payable To Avoid Further Interest Charges | $4,183.65 |
| Minimum Payment | $195.00 |
| Past Due | $1,155.00 |
| Total Due | $1,350.00 |
| Payment Due Date | 10/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 MONTHS | $4,938.30 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 09/10/2016 | 09/11/2016 | Interest Charges | $53.74 |
| | | TOTAL INTEREST FOR THIS PERIOD | $53.74 |

### 2016 Totals Year-To-Date

| | |
|---|---:|
| **Total fees charged in 2016** | **$95.00** |
| **Total interest charged in 2016** | **$337.56** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx7129 |
|---|---|
| New Balance | $4,183.65 |
| Due Date | 10/05/2016 |
| Total Due | $1,350.00 |
| Amount Enclosed | $ |

████ 7129001350000019500418365 0

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000531



JARED
The Galleria of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
# 1301794610711295 #
Jimmy W Porter
PO Box 952
Vilonia AR 72173–9313

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001179

JARED
The Galleria Of Jewelry
jared.com

JARED Vault     JARED Jewelry Boutique     LE VIAN by JARED

21     SSN  * | * | * | – | * | * | – | 8 | 0 | 8 | 2

---

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

| [X] INDIVIDUAL ACCOUNT: In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account. | [ ] JOINT ACCOUNT: Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below. | [ ] COSIGNED ACCOUNT: Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments. |

NOTICE: **Total Monthly Income includes income from a job, including full time, part time, or seasonal jobs or from self employment and includes bonuses, tips and commissions. It includes interest or dividends, rental income, retirement income or public assistance, as well as profit from self employment. It includes shared income, which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older, you may include income from others if you can use that income to pay your bills. *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

### Applicant Information:

| First Name: jimmy | M.I. w | Last Name: porter | Suffix: | 1. Are you a U.S. Citizen? Y N<br>2. Are you in the military? Y N<br>3. Do you have established credit? Y N |
|---|---|---|---|---|

| Home Address: | Apt: | City: vilonia | State: ar | Zip Code: 72173 |
|---|---|---|---|---|

| Phone: | Name Phone Billed Under: | Other Phone: | Length of Time at Address: 3yr 0mo |
|---|---|---|---|

Statement Mailing Address: 16B Dallas Ln

vilonia     ar     72173

| Previous Address: | City: | State: | Zip Code: | Length of Time: |
|---|---|---|---|---|

By providing my E-mail address, I consent to receive E-mail communications about my Account.

| Employer/*Source of Income: | Position: driver |
|---|---|

| Employer Address: 16B dallas ln | City: vilonia | State: ar | Zip Code: 72173 |
|---|---|---|---|

| Phone: | Dept./Ext.: | Length of Time at Employer: 3yr 6mo |
|---|---|---|

| Self-Employed: N Y<br>(If Yes, please provide the name of your company in the Employer/Source of Income field above) | Previous Employer: | Previous Length of Time: |
|---|---|---|

| Nearest Relative Not Living With You: | State of Residence: ar | Phone: |
|---|---|---|

### Joint Applicant Information:

| First Name: | M.I. | Last Name: | Suffix: | 1. Are you a U.S. Citizen? Y N<br>2. Are you in the military? Y N<br>3. Do you have established credit? Y N |
|---|---|---|---|---|

| Home Address: (If different from primary applicant) | City: | State: | Zip Code: | Length of Time: |
|---|---|---|---|---|

| Phone: ( ) | Social Security Number: | Date of Birth: | Driver's License #: |
|---|---|---|---|

| Employer/*Source of Income: | Self-Employed? Y N<br>(If Yes, please provide the name of your company in the Employer/Source of Income field) |
|---|---|

| Phone: ( ) | Length of Time at Employer: | **Total Monthly Income: |
|---|---|---|

The information furnished in this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the credit reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use an open credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement. unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:                    Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

| Applicant: X | Date: 12/21/2015 | Joint Applicant: X |
|---|---|---|

(R: 10/15)  150167

SReygadas001180

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.      He is a competent person over eighteen years of age. He is a Managing Partner
        for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff")  He is
        authorized to execute this affidavit on behalf of Plaintiff and the information
        below is true and correct to the best of her knowledge, information and belief. He
        is familiar with the method of preparation and maintenance of Plaintiff's books
        and records and believe them to be true and correct, with entries thereon having
        been made in the ordinary course of Plaintiff's business, at or near the time of the
        transaction giving rise to each entry.

2.      Plaintiff is the current owner of, and/or successor in interest to, the obligation
        sued upon, and was assigned all the rights, title and interest to Defendant JIMMY
        PORTER's JARED account identified by the account number████7129.

4.      Plaintiff's business records for the Account of Defendant reflect that the balance
        due and owing to Plaintiff by the Defendant on the Account Number referenced
        above as of the date hereof  August 28, 2018 is in the sum of $4,183.65, according
        to the business records provided to Plaintiff by the Original Creditor or its
        Assignee at the time the Account was purchased.

_____
Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of __October__, 2018.

_____
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51837089
00288627

**SReygadas001181**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                                PLAINTIFF

V.                                                                                        CAUSE NO. _____

JIMMY PORTER                                                                      DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JIMMY PORTER</u>

<u>30 GREEN TIMBER WAY, , VILONIA AR 72173</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00288627

SReygadas001182

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____
_____

 

                                    _____
                                    Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                                    _____
                                    Notary Public

My Commission Expires:

_____

**SReygadas001183**



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES, LLC V JIMMY PORTER

**Case Number:**     23CV-19-117

**Type:**     SUMMONS - FILER PREPARED

So Ordered

B. Donohue

Electronically signed by RADONOHUE on 2019-01-30 08:21:42    page 3 of 3

SReygadas001184

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Jan-29  16:18:49
30CV-19-26
C07D02 : 5 Pages

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                            PLAINTIFF

V.                                                                CAUSE NO._____

JOE HENARD                                                                  DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, JOE HENARD, is an adult resident of 1506 MAPLE ST, Malvern AR 72104.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

| | | |
|---|---|---|
| 1. | Principle and Accrued Interest: | $3,109.98 |
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |

SReygadas001185

**TOTAL:**                    **$3,297.48**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293183

SReygadas001186

Page 1 of 2                                                                                      2328000433

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**    Joe Henard
**Account #**    xxxxx4767

Questions? – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309-3680

## Payment Information

| | |
|---|---|
| New Balance | $3,109.98 |
| Balance Payable To Avoid Further Interest Charges | $3,109.98 |
| Minimum Payment | $140.00 |
| Past Due | $670.00 |
| Total Due | $810.00 |
| Payment Due Date | 11/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 MONTHS | $3,697.37 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,070.94 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $39.04 |
| **New Balance** | **$3,109.98** |
| Statement closing date | 10/18/2016 |
| Days in billing cycle | 30 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 10/18/2016 | 10/19/2016 | Interest Charges | $39.04 |
| | | TOTAL INTEREST FOR THIS PERIOD | $39.04 |

### 2016 Totals Year-To-Date

| | |
|---|---|
| **Total fees charged in 2016** | **$165.00** |
| **Total interest charged in 2016** | **$319.57** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx4767 |
|---|---|
| New Balance | $3,109.98 |
| Due Date | 11/13/2016 |
| Total Due | $810.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

4767000810000014000310998 1

000433

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com



#BWNCKTF
# 13117011144997675 #
Joe Henard
2811 Cyclone St
Bryant AR 72022-6636

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001187

**KAY KAY**
OUTLET

16

Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

### Applicant Information:

First Name: Joe    M.I.    Last Name: Henard    Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:    Apt:    City: Malvern    State: AR    Zip Code: 72104
Other Phone: (   )    Length of Time: 20 years

Home Phone: Billed Under:

Statement Mailing Address:
(if different from above)

Previous Address:
(if at current address less than 3 years)    City:    State:    Zip Code:    Length of Time:

E-Mail Address:    By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer:    Position:    Self-Employed? Y N

Employer Address:    City:    State:    Zip Code:

Dept./Ext.:    Length of Time: 4 month

Previous Employer:
(if with current employer less than 1 year)    Previous Length of Time: 24 years

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation: 1800

State of Residence: AR

### Joint Applicant Information:

First Name:    M.I.    Last Name:    Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:
(if different from primary applicant)    City:    State:    Zip Code:    Length of Time:

Phone: (   )    Social Security Number:    Date of Birth:    Driver's License #:

Employer Name and Address:    Self-Employed? Y N

Phone: (   )    Gross Monthly Income:    Length of Time:    *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or monitoring of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES:** California Residents: After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information.

Name of Spouse:    Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X Joe Henard    Date: 9/12/15    Joint Applicant: X

0300-13S-0000 (R: 10:14) 058127

II

SReygadas001188

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit.

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant JOE
    HENARD's KAY JEWELERS account identified by the account number
    ~~████~~4767.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $3,109.98, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51876072
00293183

SReygadas001189

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                    CAUSE NO. _____

JOE HENARD                                                          DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JOE HENARD</u>

<u>1506 MAPLE ST, , Malvern AR 72104</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

HOT SPRINGS COUNTY CIRCUIT COURT
MALVERN, AR 72104

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00293183

SReygadas001190

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

    I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the
                defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely
                _____.

_____        OTHER:_____
                _____.


                                          _____
                                        Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of
_____, 2018.


                                          _____
                                          Notary Public

My Commission Expires:


_____

**SReygadas001191**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V JOE HENARD

**Case Number:**   30CV-19-26

**Type:**             SUMMONS - FILER PREPARED


So Ordered

LORI BURKS


Electronically signed by LABURKS on 2019-01-30 08:09:42    page 3 of 3

SReygadas001192

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  13:34:19
60CV-19-554
C06D09 : 6 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

JOHN MUHAMMAD                                                        DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

### I.

Defendant, JOHN MUHAMMAD, is an adult resident of 1858 WOLFE ST, LITTLE ROCK AR 72202.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED VAULT account. This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $1,212.13

**SReygadas001193**

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $185.00
        **TOTAL:**                  **$1,397.13**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

                         Michael A. Jacob, II
                         AB#2010-110
                         Jacob Law Group, PLLC
                         2623 West Oxford Loop
                         P.O. Box 948
                         Oxford, MS  38655
                         (866) 287-5283
                         (662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281557

SReygadas001194

Page 1 of 2

4190000117



# JARED®
## The Galleria Of Jewelry
### jared.com

**Customer Name**     John B Muhammad
**Account #**     ⬛⬛⬛⬛⬛5848

**Questions?** – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address):**
P.O. Box 3680
Akron, OH 44309-3680

## Payment Information

| | |
|---|---|
| New Balance | $1,212.13 |
| Balance Payable To Avoid Further Interest Charges | $1,212.13 |
| Minimum Payment | $100.00 |
| Past Due | $700.00 |
| Total Due | $800.00 |
| Payment Due Date | 07/11/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 MONTHS | $1,318.77 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,197.68 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $14.45 |
| **New Balance** | **$1,212.13** |
| Statement closing date | 06/16/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/16/2016 | 06/17/2016 | Interest Charges | $14.45 |
| | | TOTAL INTEREST FOR THIS PERIOD | $14.45 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $124.70 |
| Total interest charged in 2016 | $86.63 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx5848 |
|---|---|
| New Balance | $1,212.13 |
| Due Date | 07/11/2016 |
| Total Due | $800.00 |
| Amount Enclosed | $ |

 5848000800000100001212139

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000117

# JARED®
## The Galleria Of Jewelry
### jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274-0425


#BWNCKTF
# 1301665016578480 #
John B Muhammad
1858 Wolfe St
Little Rock AR 72202-6076

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001195



**JARED**
The Galleria Of Jewelry
jared.com

21

Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

**Applicant Information:**

First Name: *Johnson* M.I. *B* Last Name: *Muhammad* Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home: Apt: City: *Little Rock* State: *AK* Zip Code: *72202*

Name Home Titled Under: Other Phone: ( ) Length of Time: *30 years*

(if different than above)

Previous Address: City: State: Zip Code: Length of Time:
(if at current address less than 3 years)

E-Mail Address: By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer: Position: Self-Employed? Y N

City: State: Zip Code:

Phone: Dept/Ext.: Previous Length of Time: Length of Time: *7 years*

(if with current employer less than 1 year)

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You: State of Residence: *AR* Phone:

**Joint Applicant Information:**

First Name: M.I. Last Name: Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: City: State: Zip Code: Length of Time:
(if different from primary applicant)

Phone: ( ) Social Security Number: Date of Birth: Driver's License #:

Employer Name and Address: Self-Employed? Y N

Phone: ( ) Gross Monthly Income: Length of Time: *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with any update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information: Name of Spouse: Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant X _(signature)_ Date *2/12/15* Joint Applicant X

0300-26J-0000 (R: 10/14) 058127

SReygadas001196

JARED VAULT #4190

Houston Premium Outlets

29300 Hempstead Rd., Ste. 846

Cypress, TX 77433

Date: 02/12/2015          Time: 14:13:09          Sales Slip ID: 9389

Cardholder:        MUHAMMAD, JO
Account No:        XXXXXX5848
Purchase Price:    $1418.06
Down Payment:      $0.00
Credit Plan:       REG

Payment Protection Plan Rate: $0.646 per $100

YOU MAY EXCHANGE OR RETURN YOUR PURCHASE WITHIN 30 DAYS. WATCHES MUST BE IN ORIGINAL CONDITION (UNWORN & UNALTERED)
AND ACCOMPANIED BY ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS. SPECIAL ORDERED WATCHES, CUSTOM
DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED.
MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED. VISIT WWW.JARED.COM/GEMCARE FOR IMPORTANT
INFORMATION ABOUT GEMSTONE TREATMENTS, SPECIAL CARE REQUIREMENTS, MAINTENANCE, STORAGE AND PROTECTION.

Total: $1418.06

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my JARED VAULT Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan insurance, I acknowledge that: I do not need to purchase this insurance to get
credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes
Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my
state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

Date of Birth                                02/12/15
                                             Date

SReygadas001197

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant JOHN MUHAMMAD's JARED VAULT account identified by the account number ▨▨▨▨5848.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,212.13, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51743311
00281557

**SReygadas001198**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO. _____

JOHN MUHAMMAD                                                    DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JOHN MUHAMMAD</u>

<u>1858 WOLFE ST. , LITTLE ROCK AR 72202</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281557

SReygadas001199

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

      I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____ _____

                                  _____

                                    Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                                    _____

                                    Notary Public

My Commission Expires:

_____

**SReygadas001200**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES V JOHN MUHAMMAD

**Case Number:**    60CV-19-554

**Type:**           SUMMONS - FILER PREPARED

So Ordered

*Crystal Hill*

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 13:55:54     page 3 of 3

SReygadas001201

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29 15:40:50
23CV-19-114
C20D01 : 5 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                           CAUSE NO._____

JUMPIERRE HALL                                                       DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, JUMPIERRE HALL, is an adult resident of 235 ASH STREET, CONWAY

AR 72034.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,494.18

SReygadas001202

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |
| | **TOTAL:** | **$1,681.68** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288618

SReygadas001203

Page 1 of 2                                                                                           2524000328

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Jumpierre Hall
**Account #**      2175

Questions? – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309-3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,475.08 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $19.10 |
| **New Balance** | **$1,494.18** |
| Statement closing date | 09/10/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,494.18 |
| Balance Payable To Avoid Further Interest Charges | $1,494.18 |
| Minimum Payment | $100.00 |
| Past Due | $450.00 |
| Total Due | $550.00 |
| Payment Due Date | 10/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional payments using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 MONTHS | $1,664.25 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/10/2016 | 09/11/2016 | Interest Charges | $19.10 |
| | | TOTAL INTEREST FOR THIS PERIOD | $19.10 |

| 2016 Totals Year To-Date | |
|---|---|
| **Total fees charged in 2016** | **$299.35** |
| **Total interest charged in 2016** | **$163.28** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx2175 |
|---|---|
| New Balance | $1,494.18 |
| Due Date | 10/05/2016 |
| Total Due | $550.00 |
| Amount Enclosed | $ |

 2175000550000010000149418l

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000328


### JARED
The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

#BWNCKTF
# 13016969l0211753 #
Jumpierre Hall
235 Ash Street
Conway AR 72034-6418

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001204

**JARED**
The Galleria Of Jewelry
jared.com

21

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

**[ ] INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

**[ ] JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

**[ ] COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

### Applicant Information:

First Name: JnPierre   M.I.   Last Name: Hall   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   Apt:   City: Conway   State: AR   Zip Code: 72034
Other Phone: (  )   Length of Time: 10 years

Statement Mailing Address: (if different than above)

Previous Address: (if at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

E-Mail Address: not available
By providing my E-mail address, I consent to receive E-mail communications about my Account.

Position:   Self-Employed Y N

Employer Address: 10411 W. markham st #300   City: Little Rock   State: AR   Zip Code: 72205
Phone:   Dept/Ext.:   Length of Time: 3 years

Previous Employer: (if with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative:   You:   State of Residence: LA   Phone:

### Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (  )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: (  )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms *before* credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:
Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X   Date: 8-17-8   Joint Applicant: X

0300-26J-0000 (R: 10/14) 058127

**SReygadas001205**

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age. He is a Managing Partner
for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
authorized to execute this affidavit on behalf of Plaintiff and the information
below is true and correct to the best of her knowledge, information and belief. He
is familiar with the method of preparation and maintenance of Plaintiff's books
and records and believe them to be true and correct, with entries thereon having
been made in the ordinary course of Plaintiff's business, at or near the time of the
transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation
sued upon, and was assigned all the rights, title and interest to Defendant
JUMPIERRE HALL's JARED account identified by the account number
████2175.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance
due and owing to Plaintiff by the Defendant on the Account Number referenced
above as of the date hereof August 28, 2018 is in the sum of $1,494.18, according
to the business records provided to Plaintiff by the Original Creditor or its
Assignee at the time the Account was purchased.

_____
Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of __October__, 2018.

_____
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51843444
00288618

**SReygadas001206**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                      CAUSE NO. _____

JUMPIERRE HALL                                                      DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JUMPIERRE HALL</u>

<u>235 ASH STREET, , CONWAY AR 72034</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00288618

SReygadas001207

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely _____

_____      OTHER:_____ _____

                             _____

                             Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                             _____

                             Notary Public

My Commission Expires:


_____

**SReygadas001208**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V JUMPIERRE HALL

**Case Number:**   23CV-19-114

**Type:**      SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-29 15:49:59    page 3 of 3

SReygadas001209

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  16:13:28
26CV-19-135
C18ED04 : 6 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO._____

KARRIE EASLEY                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, KARRIE EASLEY, is an adult resident of 638 CRYSTAL HILL RD, HOT

SPRINGS AR 71913.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $2,438.62

SReygadas001210

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $187.50
        **TOTAL:**                          **$2,626.12**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288638

SReygadas001211
Page 1 of 2

2328000544

# KAY® JEWELERS

Every kiss begins with Kay.®

kay.com

**Customer Name**   Karrie Easley
**Account #**   ████2044

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,408.80 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $29.82 |
| **New Balance** | **$2,438.62** |
| Statement closing date | 09/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,438.62 |
| Balance Payable To Avoid Further Interest Charges | $2,438.62 |
| Minimum Payment | $135.00 |
| Past Due | $945.00 |
| Total Due | $1,080.00 |
| Payment Due Date | 10/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 MONTHS | $2,790.77 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/18/2016 | 09/19/2016 | Interest Charges | $29.82 |
| | | TOTAL INTEREST FOR THIS PERIOD | $29.82 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $95.00 |
| Total interest charged in 2016 | $238.56 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx2044 |
|---|---|
| New Balance | $2,438.62 |
| Due Date | 10/13/2016 |
| Total Due | $1,080.00 |
| Amount Enclosed | $ |

20440010800000135002438628



000544

# KAY® JEWELERS

Every kiss begins with Kay.®

kay.com

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

#BWNCKTF
# 130179411429D440 #
Karrie Easley
638 Crystal Hill Rd
Hot Springs AR 71913-9102

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001212

 

16





**Select the Type of Account you want to apply for:**

[ ] **INDIVIDUAL ACCOUNT** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account

[ ] **JOINT ACCOUNT** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below

[ ] **COSIGNED ACCOUNT** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments

**NOTICE** • Total Monthly Income includes income from a job including full time part time or seasonal jobs or from self employment and includes bonuses tips and commissions. It includes interest or dividends rental income retirement income or public assistance as well as profit from self employment. It includes shared income which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older you may also include income from others if you can use that income to pay your bills. *Alimony child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit

**Applicant Information**

First Name: Anne   M I:   Last Name: Easley   Suffix:

1 Are you a U S Citizen? Y N
2 Are you in the military? Y N
3 Do you have established credit? Y N

Home Address:   Apt:   City: Hot Springs   State: AR   Zip Code: 71913

Phone:   Other Phone:   Length of Time at Address: 5 yr

Statement Mailing Address (If different than above):

Previous Address (If current address less than 3 years):   City:   State:   Zip Code:   Length of Time:

E Mail Address:

By providing my E mail address, I consent to receive E mail communications about my Account

Employer/ Source of Income:   Position:

Employer Address:   City:   State:   Zip Code:

Phone:   Dept/Ext:   Length of Time at Employer: 4 yr

Self Employed Y N (If Yes please provide the name of your company in the Employer/Source of Income field above)

Previous Employer (If with current employer less than 1 year):   Previous Length of Time:

Nearest Relative Not Living With You:   State of Residence: AR   Phone:

**Joint Applicant Information**

First Name:   M I:   Last Name:   Suffix:

1 Are you a U S Citizen? Y N
2 Are you in the military? Y N
3 Do you have established credit? Y N

Home Address (If different from primary applicant):   City:   State:   Zip Code:   Length of Time:

Phone: (  )   Social Security Number:   Date of Birth:   Driver's License #:

Employer/*Source of Income:   Self Employed? Y N (If Yes please provide the name of your company in the Employer/Source of Income field)

Phone: (  )   Length of Time at Employer:   **Total Monthly Income:

The information furnished on this application is complete and accurate to the best of my knowledge. Sterling Jewelers Inc may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update renewal, additional extension of credit replacement or refinancing of an extension of credit or collection of the account any other account I have with Sterling Jewelers Inc or otherwise as permitted or required by law. Upon request I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION WRITE TO KAY JEWELERS AT P O BOX 3680, AKRON OH 44309-3680 **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES** California Residents After credit approval each applicant shall have the right to use an open end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. Ohio Residents THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid Wisconsin Residents If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice No provision of a marital property agreement, unilateral statement under Sec 766 59 Wis Stats or court decree under Sec 766 70 Wis Stats, will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT**

**In addition, I consent to 1) be contacted about any account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan, and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant X _Anne Easley_   Date 12/14/16   Joint Applicant X

(R 10/15) 150167

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 12/24/2015          Time: 18:00:07          Sales Slip ID: 80067

Cardholder:      EASLEY, KA
Account No:      XXXXXX2044
Purchase Price:  $2240.06
Down Payment:    $0.00
Credit Plan:     REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $2240.06

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

No, do not enroll me in Payment Protection Plan Credit Insurance

SReygadas001214

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    *for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is*
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    KARRIE EASLEY's KAY JEWELERS account identified by the account number
    ████2044.

4.  *Plaintiff's business records for the Account of Defendant reflect that the balance*
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $2,438.62, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of __October__, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51853978
00288638

**SReygadas001215**

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO. _____

KARRIE EASLEY                                                        DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>KARRIE EASLEY</u>

<u>638 CRYSTAL HILL RD, , HOT SPRINGS AR 71913</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

<div align="right">00288638</div>

SReygadas001216

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the
      defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely
      _____

_____      OTHER:_____
      _____

                       _____
                       Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the \_\_\_\_\_day of
_____, 2018.

                       _____
                       Notary Public

My Commission Expires:

_____

**SReygadas001217**



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES LLC V KARRIE EASLEY

**Case Number:**   26CV-19-135

**Type:**            SUMMONS - FILER PREPARED

So Ordered

*Candace Muzny*

CANDACE MUZNY

Electronically signed by CRMUZNY on 2019-01-29 16:18:22    page 3 of 3

SReygadas001218

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  14:22:56
60CV-19-562
C06D05 : 5 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

LAKISSA HAMPTON                                         DEFENDANT

### **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, LAKISSA HAMPTON, is an adult resident of 11701 BIRCHWOOD DR,

LITTLE ROCK AR 72211.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $2,190.44

SReygadas001219

2.      Attorney Fees in the amount of:     $.00
3.      Court Costs in the amount of:     $185.00
        **TOTAL:**     **$2,375.44**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281584

SReygadas001220

*Page 1 of 2*

2524000976

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Lakissa R Hampton
**Account #**   ●●●●●●8776

Questions? − Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309−3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,162.64 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $27.80 |
| **New Balance** | **$2,190.44** |
| Statement closing date | 07/10/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,190.44 |
| Balance Payable To Avoid Further Interest Charges | $2,190.44 |
| Minimum Payment | $125.00 |
| Past Due | $875.00 |
| Total Due | $1,000.00 |
| Payment Due Date | 08/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $2,494.62 |

If you would like information about credit counseling services, call 1−866−477−6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/10/2016 | 07/11/2016 | Interest Charges | $27.80 |
| | | TOTAL INTEREST FOR THIS PERIOD | $27.80 |

### 2016 Totals Year To−Date

| | |
|---|---|
| **Total fees charged in 2016** | **$130.00** |
| **Total Interest charged in 2016** | **$194.60** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx8776 |
| New Balance | $2,190.44 |
| Due Date | 08/05/2016 |
| Total Due | $1,000.00 |
| Amount Enclosed | $ |

●●●●●●●●●●8776001000000125002190449

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000976

### JARED
The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

#BWNCKTF
# 1600074813817761 #
Lakissa R Hampton
11701 Birchwood Dr
Little Rock AR 72211−3423

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425



SReygadas001221

JARED THE GALLERIA OF JEWELRY #2524

Park Avenue

310 South University Ave

Little Rock, AR 72205

Date: 09/06/2015          Time: 18:31:46          Sales Slip ID: 27235

Cardholder:      HAMPTON, LA
Account No:      XXXXXX8776
Purchase Price:  $1716.71
Down Payment:    $0.00
Credit Plan:     REG

YOU MAY EXCHANGE OR RETURN YOUR PURCHASE WITHIN 30 DAYS. ACCESSORIES AND WATCHES MUST BE IN ORIGINAL CONDITION
(UNWORN & UNALTERED). WATCHES MUST BE ACCOMPANIED BY ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS.
SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE
RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $1716.71

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my JARED GALLERIA OF JEWELRY Retail Installment
Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

No, do not enroll me in Payment Protection Plan Credit Insurance

SReygadas001222

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.      He is a  competent person over eighteen years of age.  He is a Managing Partner
        for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
        authorized to execute this affidavit on behalf of Plaintiff and the information
        below is true and correct to the best of her knowledge, information and belief.  He
        is familiar with the method of preparation and maintenance of Plaintiff's books
        and records and believe them to be true and correct, with entries thereon having
        been made in the ordinary course of Plaintiff's business, at or near the time of the
        transaction giving rise to each entry.

2.      Plaintiff is the current owner of, and/or successor in interest to, the obligation
        sued upon, and was assigned all the rights, title and interest to Defendant
        LAKISSA HAMPTON's JARED account identified by the account number
        ~~██████~~8776.

4.      Plaintiff's business records for the Account of Defendant reflect that the balance
        due and owing to Plaintiff by the Defendant on the Account Number referenced
        above as of the date hereof  August 28, 2018 is in the sum of $2,190.44, according
        to the business records provided to Plaintiff by the Original Creditor or its
        Assignee at the time the Account was purchased.

                                              Lawrence Schiavi

Subscribed and sworn to before me on this  8ᵗʰ  day of October, 2018.

                                              NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51755567
00281584

**SReygadas001223**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                            CAUSE NO. _____

LAKISSA HAMPTON                                                      DEFENDANT

<center>SUMMONS</center>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>LAKISSA HAMPTON</u>

<u>11701 BIRCHWOOD DR. , LITTLE ROCK AR 72211</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

<div align="center">00281584</div>

SReygadas001224

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely _____

_____      OTHER: _____
_____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

_____
Notary Public

My Commission Expires:

_____

**SReygadas001225**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES V LAKISA HAMPTON

**Case Number:**   60CV-19-562

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 14:31:05    page 3 of 3

SReygadas001226

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  14:17:21
26CV-19-127
C18ED03 : 6 Pages

## IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                        PLAINTIFF

V.                                                          CAUSE NO. _____

LEAH YARBERRY                                                            DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, LEAH YARBERRY, is an adult resident of 125 CLEARWATER CIR UNIT D, HOT SPRINGS AR 71913.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $7,929.75

SReygadas001227

2.     Attorney Fees in the amount of:     $.00
3.     Court Costs in the amount of:     $187.50
       **TOTAL:**     **$8,117.25**
4.     Additional Court Costs as they accrue
5.     Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281583

SReygadas001228

Page 1 of 2                                                                                          2328000058

# K A Y ®
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name    Leah Yarberry**
**Account #** ▮▮▮▮**2564**

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $7,929.75 |
| Balance Payable To Avoid Further Interest Charges | $7,929.75 |
| Minimum Payment | $350.00 |
| Past Due | $2,447.36 |
| Total Due | $2,797.36 |
| Payment Due Date | 07/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 MONTHS | $9,467.08 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $7,828.27 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $101.48 |
| **New Balance** | **$7,929.75** |
| Statement closing date | 06/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/18/2016 | 06/19/2016 | Interest Charges | $101.48 |
| | | TOTAL INTEREST FOR THIS PERIOD | $101.48 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $130.40 |
| Total interest charged in 2016 | $607.53 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx2564 |
|---|---|
| New Balance | $7,929.75 |
| Due Date | 07/13/2016 |
| Total Due | $2,797.36 |
| Amount Enclosed | $ |

▮▮▮▮▮▮ 25640027973600350007929758

Please make your check payable to KAY JEWELERS
Payment mailing address is for remittance only

000058



K A Y
JEWELERS
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 130126381129564 #
Leah Yarberry
105 Thistledown Trail
Hot Springs AR 71913–8004

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001229

**KAY JEWELERS**
kay.com

16

NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

[ ] INDIVIDUAL ACCOUNT: In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] JOINT ACCOUNT: Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] COSIGNED ACCOUNT: Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account but both will be liable and responsible for payments.

**Applicant Information**

First Name: Leah   M.I.:   Last Name: Yarberry   Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   Apt:   City: Benton   State: AR   Zip Code: 72019

Phone:   Other Phone: ( )   Length of Time: 8yrs

Statement Mailing Address (if different than above):

Previous Address (if at current address less than 3 years):   City:   State:   Zip Code:   Length of Time:

E-Mail Address:

Position: CNA   Self-Employed? Y N

City:   State:   Zip Code:

Phone:   Dept/Ext.:   Gross Monthly Income:   Length of Time: 3mo

Previous Employer (if with current employer less than 1 year):   Previous Length of Time: 1 yr

Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative:   State of Residence: AR   Phone:

**Joint Applicant Information**

First Name:   M.I.:   Last Name:   Suffix:
1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address (if different from primary applicant):   City:   State:   Zip Code:   Length of Time:

Phone:   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone:   Gross Monthly Income:   Length of Time:   Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Applicant: X *Leah Yarberry*   Date: 3/27/11   Joint Applicant: X

0300-13S-0000 (R:10/10)

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 10/25/2015          Time: 17:54:00          Sales Slip ID: 77034

Cardholder:      YARBERRY, LE
Account No:      XXXXXX2564
Purchase Price:  $6898.49
Down Payment:    $0.00
Credit Plan:     REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $6898.49

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

SReygadas001231

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.     He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.     Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant LEAH YARBERRY's KAY JEWELERS account identified by the account number ███████2564.

4.     Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $7,929.75, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51755562
00281583

SReygadas001232

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                    CAUSE NO. _____

LEAH YARBERRY                                                    DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>LEAH YARBERRY</u>

<u>125 CLEARWATER CIR UNIT D, , HOT SPRINGS AR 71913</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281583

SReygadas001233

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____
_____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of

_____, 2018.

_____
Notary Public

My Commission Expires:

_____

**SReygadas001234**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V LEAH YARBERRY

**Case Number:**    26CV-19-127

**Type:**              SUMMONS - FILER PREPARED

So Ordered

*Melissia Sowell*

MELISSIA SOWELL

Electronically signed by MGSOWELL on 2019-01-29 14:37:45    page 3 of 3

SReygadas001235

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29  13:40:41
60CV-19-555
C06D05 : 5 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                         PLAINTIFF

V.                                                CAUSE NO._____

LEANDER MOORE                                              DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, LEANDER MOORE, is an adult resident of 1422 S PIERCE ST, LITTLE ROCK AR 72204.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $1,102.18

SReygadas001236

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:          $185.00
        **TOTAL:**                             **$1,287.18**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281568

SReygadas001237

Page 1 of 2

1874000504

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®

kay.com

**Customer Name**   Leander L Moore
**Account #**   ▓▓▓▓3620

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309-3680

## Summary of Account Activity
| | |
|---|---|
| Previous Balance | $1,088.87 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $13.31 |
| **New Balance** | **$1,102.18** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Payment Information
| | |
|---|---|
| New Balance | $1,102.18 |
| Balance Payable To Avoid Further Interest Charges | $1,102.18 |
| Minimum Payment | $70.00 |
| Past Due | $490.00 |
| Total Due | $560.00 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 MONTHS | $1,236.02 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions
### Interest Charged
| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/18/2016 | 05/19/2016 | Interest Charges | $13.31 |
| | | TOTAL INTEREST FOR THIS PERIOD | $13.31 |

| 2016 Totals Year To-Date | |
|---|---|
| Total fees charged in 2016 | $47.49 |
| Total interest charged in 2016 | $66.37 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx3620 |
|---|---|
| New Balance | $1,102.18 |
| Due Date | 06/13/2016 |
| Total Due | $560.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓ 362000056000000700011102181

000504

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here


kay.com

#BWNCKTF
#  13016580163962O1  #
Leander L Moore
1422 S Pierce St
Little Rock AR 72204-2637

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001238

**KAY KAY**
JEWELERS    JEWELERS
             OUTLET
Kay.com      kayoutlet.com

16

Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE:* Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

**Applicant Information:**

First Name: _Leander_   M.I. ___   Last Name: _Moore_   Suffix: ___

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: _____   Apt: ___   City: _Little rock_   State: _Ar_   Zip Code: _72204_

Name Phone Billed Under: ___   Other Phone: ( )   Length of Time: _30 yrs_

(If different than above)

Previous Address: _____   City: ___   State: ___   Zip Code: ___   Length of Time: ___
(If at current address less than 3 years)

E-mail Add: _____   By providing my E-mail address I consent to receiving communications about my Account. ___ Y N

Employer: _____

Employer Address: _____   City: ___   State: ___   Zip Code: ___

Dept/Ext.: ___   G___   Length of Time: _4 yrs_

(If with current employer less than 1 year)   Previous Length of Time: ___

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation: ___

Nearest Relative Not Living With You: ___   State of Residence: _Ar_   Phone: ___

**Joint Applicant Information:**

First Name: ___   M.I. ___   Last Name: ___   Suffix: ___

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: _____   City: ___   State: ___   Zip Code: ___   Length of Time: ___
(If different from primary applicant)

Phone: ( )   Social Security Number: ___   Date of Birth: ___   Driver's License #: ___

Employer Name and Address: ___   Self-Employed? Y N

Phone: ( )   Gross Monthly Income: ___   Length of Time: ___   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation: ___

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse: ___   Address of Spouse: ___

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLEY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X ___   Date: _May 25, 20__   Joint Applicant: X ___

0300-13S-0000 (R: 10/14) 058127

SRevgadas001239

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    LEANDER MOORE's KAY JEWELERS account identified by the account
    number ▟▟▟▟▟3620.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $1,102.18, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

_Alexandrea fisher_
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51747469
00281568

SReygadas001240

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                                            PLAINTIFF

V.                                                                            CAUSE NO. _____

LEANDER MOORE                                                                DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

LEANDER MOORE

1422 S PIERCE ST, , LITTLE ROCK AR 72204

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281568

SReygadas001241

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____
_____

                         _____
                         Sheriff/Process Server

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                         _____
                         Notary Public

My Commission Expires:

_____

**SReygadas001242**



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES LLC V LEANDER MOORE

**Case Number:**   60CV-19-555

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 13:56:24    page 3 of 3

SReygadas001243

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2019-Jan-29  13:32:16
72CV-19-194
C04D02 : 4 Pages

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

LUCAS HARLAN                                                         DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, LUCAS HARLAN, is an adult resident of 1415 N OLYMPIC CLUB AVE Apt 206, FAYETTEVILLE AR 72704.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $4,535.98

**SReygadas001244**

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $167.50 |
| | **TOTAL:** | **$4,703.48** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281550

SReygadas001245

Page 1 of 2

1875000080

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**   Lucas Harlan
**Account**████████0733

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $4,535.98 |
| Balance Payable To Avoid Further Interest Charges | $4,535.98 |
| Minimum Payment | $220.00 |
| Past Due | $1,540.00 |
| Total Due | $1,760.00 |
| Payment Due Date | 05/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 25 MONTHS | $5,312.55 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $4,490.01 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $45.97 |
| **New Balance** | **$4,535.98** |
| Statement closing date | 04/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 04/18/2016 | 04/19/2016 | Interest Charges | $45.97 |
| | | TOTAL INTEREST FOR THIS PERIOD | $45.97 |

| 2016 Totals Year To–Date | |
|---|---|
| **Total fees charged in 2016** | **$0.00** |
| **Total interest charged in 2016** | **$183.88** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx0733 |
| New Balance | $4,535.98 |
| Due Date | 05/13/2016 |
| Total Due | $1,760.00 |
| Amount Enclosed | $ |

███████07330017600000220004535981

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000080

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
#  1301342113097331  #
Lucas Harlan
1415 N Olympic Club Ave Apt 206
Fayetteville AR 72704–6472

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

**SReygadas001246**

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant LUCAS HARLAN's KAY JEWELERS account identified by the account number ██████0733.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $4,535.98, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51737073
00281550

**SReygadas001247**

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO. _____

LUCAS HARLAN                                                                    DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>LUCAS HARLAN</u>

<u>1415 N OLYMPIC CLUB AVE Apt 206, , FAYETTEVILLE AR 72704</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

WASHINGTON COUNTY CIRCUIT COURT
FAYETTEVILLE, AR 72701

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281550

SReygadas001248

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____ _____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

_____
Notary Public

My Commission Expires:

_____

**SReygadas001249**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V HARLAN

**Case Number:**    72CV-19-194

**Type:**               SUMMONS - FILER PREPARED

So Ordered

Pamela Penn, Washington County
Deputy Clerk

Electronically signed by PSPENN on 2019-01-29 14:44:45      page 3 of 3

SReygadas001250

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Jan-29 13:38:48
60CV-19-556
C06D06 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO._____

LUDDIE SMITH                                                          DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, LUDDIE SMITH, is an adult resident of 14303 HIGH POINT DR, LITTLE

ROCK AR 72211.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $3,464.52

SReygadas001251

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $185.00 |
| | **TOTAL:** | **$3,649.52** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281563

SReygadas001252

Page 1 of 2                                                                                                    1873000492



**K A Y**®
J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**    Luddie B Smith
**Account #**    ~~XXXXXX~~8958

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---:|
| New Balance | $3,464.52 |
| Balance Payable To Avoid Further Interest Charges | $3,464.52 |
| Minimum Payment | $160.00 |
| Past Due | $1,120.00 |
| Total Due | $1,280.00 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 MONTHS | $4,097.13 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $3,422.26 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $42.26 |
| **New Balance** | **$3,464.52** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 05/18/2016 | 05/19/2016 | Interest Charges | $42.26 |
| | | TOTAL INTEREST FOR THIS PERIOD | $42.26 |

### 2016 Totals Year To-Date

| | |
|---|---:|
| Total fees charged in 2016 | $74.73 |
| Total interest charged in 2016 | $210.74 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx8958 |
|---|---|
| New Balance | $3,464.52 |
| Due Date | 06/13/2016 |
| Total Due | $1,280.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

~~████████~~8958001280000016000346 4523

000492


**K A Y**®
J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 130165331 2899586 #
Luddie B Smith
14303 High Point Dr
Little Rock AR 72211-2925

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001253

**KAY KAY**
JEWELERS

16

**Select the Type of Account you would like to apply for:** Please use blue or black ink to complete.

[X] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

## Applicant Information:

First Name: *Luddie*   M.I. *B*   Last Name: *Smith*   Suffix:

1. Are you a U.S. Citizen? Y (N)
2. Are you in the military? Y (N)
3. Do you have established credit? Y N

Home Address:   Apt:   City: *Little Rock,*   State: *Fr*   Zip Code: *72211*

Other Phone: (   )   Length of Time: *22 yrs*

Statement Mailing Address: (if different than above)

Previous Address: (if at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Position:   Self-Employed? Y N

City:   State:   Zip Code:

Dept/Ext.:   Gross Monthly Income:   Length of Time: *30 yrs*

(if with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation: *1435*

Nearest Relative Not Living With You:   State of Residence: *Ar*   Phone:

## Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.

In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of ...

Applicant: X *Luddie Bell Smith*   Date: *12/20/17*   Joint Applicant: X

0300-13S-0000 (R: 10/13) 055480

**SReygadas001254**

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a  competent person over eighteen years of age.  He is a Managing Partner for DNF Associates LLC *the Plaintiff herein* (hereinafter "Plaintiff").  He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief.  He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  *Plaintiff is the current owner of, and/or successor in interest to, the obligation* sued upon, and was assigned all the rights, title and interest to Defendant LUDDIE SMITH's KAY JEWELERS account identified by the account number ████8958.

4   Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof  August 28, 2018 is in the sum of $3,464.52, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

_____
Lawrence Schiavi

Subscribed and sworn to before me on this 8th   day of October , 2018.

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

_____
NOTARY PUBLIC

51744990
00281563

**SReygadas001255**

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                        CAUSE NO. _____

LUDDIE SMITH                                                         DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>LUDDIE SMITH</u>

<u>14303 HIGH POINT DR. , LITTLE ROCK AR 72211</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

PULASKI COUNTY CIRCUIT COURT
LITTLE ROCK, AR 72041

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281563

SReygadas001256

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely _____

_____      OTHER:_____
_____

 

                  _____
                  Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                  _____
                  Notary Public

My Commission Expires:


_____

SReygadas001257



Arkansas Judiciary

**Case Title:**          DNF ASSOCIATES LLC V LUDDIE SMITH

**Case Number:**    60CV-19-556

**Type:**                   SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2019-01-29 13:56:14     page 3 of 3

SReygadas001258

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-12  11:46:15
60CV-19-556
C06D06 : 1 Page

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

_____ DIVISION

DNF Associates LLC                    **PLAINTIFF**

**VS**                    60CV-19-556
                          CASE #

Luddie Smith                    **DEFENDANT**

### ANSWER / RESPONSE

My Grand Kids was given to me and I could take care of the kids and pay the sitter. I do understand I have this debt. I am willing to try to pay this debt in installment if anyway possible. Thank you for being Considerate.

Luddie Smith
14303 High Point
Little Rock, AR 72211
501-551-0004

SReygadas001259

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-18  18:24:58
60CV-19-556
C06D06 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**LUDDIE SMITH**

Defendant/Respondent

Cause No.:   **60CV-19-556**
Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **LUDDIE SMITH**

**[X]** I personally delivered the **Summons; Complaint** to **LUDDIE SMITH** at **14303 HIGH POINT DR, LITTLE ROCK,
Pulaski County, AR 72211** on **9th day of March, 2019**; or

**[ ]** I left the **Summons; Complaint** in the proximity of the individual by _____
after he/she refused to receive it when I offered it to him/her; or

**[ ]** I left the **Summons; Complaint** with _____ [name], a member of the defendant's
family at least 18 years of age, at _____ [address], a place where the
defendant resides, on _____ [date]; or

**[ ]** I delivered the **Summons; Complaint** to _____ [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of _____
[name of defendant] on _____ [date]; or

**[ ]** I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on
the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return
receipt.

**[ ]** I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons;
Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and
received the attached notice and acknowledgment form within twenty days after the date of mailing.

**[ ]** Other [specify]: _____

**[ ]** I was unable to execute service at _____
[place] :

_____

My fee is $: **$ 65.00**

REF:  **00281563**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: **0034278288**

**To be completed if service is by a sheriff or deputy sheriff:**

Date: ______________________ SHERIFF OF ______________________ COUNTY, ARKANSAS

By: ______________________________

[Signature of server]

______________________________

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 12 day of March, 2019.

Crystal Batson

**Crystal Batson, Reg. # NA, Pulaski County**

Subscribed and Sworn to before me this 12 day of March, 2019

Diane Burton Dockery

NOTARY PUBLIC in and for the State of **Arkansas**
Residing at: Pine Bluff
My commission expires 9-15-21

OFFICIAL SEAL
DIANE BURTON DOCKERY
NOTARY PUBLIC, ARKANSAS
JEFFERSON COUNTY
COMMISSION #12384099
MY COMMISSION EXP. 09-15-2021

Additional information regarding service or attempted service:
**LUDDIE SMITH, Who accepted service, with identity confirmed by subject saying yes when named, a gray-haired black female approx. 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**

SReygadas001261

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-21  13:40:10
60CV-19-556
C06D06 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DNF Associates LLC                                                        PLAINTIFF

V.                                      .                    CAUSE NO. 60CV-19-556

LUDDIE SMITH                                                           DEFENDANT

## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW, Plaintiff, DNF Associates LLC and through counsel and moves for a judgment on the pleadings as follows, to wit:

I.

Plaintiff filed a Complaint in this matter and served a copy of it along with a summons issued by the Clerk of this Court, on the Defendant.

II.

In response, Defendant responded to the Complaint and a copy of this response is being filed with this Court. *See* Exhibit "A"

III.

Defendant's response failed to deny the averments contained in Plaintiff's complaint; and therefore, no genuine issues of material fact are in dispute.

IV.

In support of Plaintiff's motion for damages, Plaintiff has attached as exhibits to their complaint, an affidavit of open account. *See* Exhibit "A".

V.

The total sum pled for in Plaintiff's Complaint remains due and owing from the Defendant to Plaintiff. The Complaint filed herein does hereby state a cause of action as against

76

SReygadas001262

the Defendant, LUDDIE SMITH and the damages incurred by the Plaintiff, DNF Associates LLC are readily capable of being determined, and that the Plaintiff is entitled to recover of, from and against the Defendant, LUDDIE SMITH, in the sum of $3,464.52, plus court costs and post judgment interest.

WHEREFORE, Plaintiff requests that this Court grant Plaintiff a Judgment on the Pleadings as to its claim against the Defendant in the sum of $3,464.52, plus costs with interest to accrue at the rate of 5.5% per annum from today until such judgment is satisfied.

March 12, 2019.

Respectfully Submitted,

Jacob Law Group. PLLC
*Attorney for the Plaintiff*
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(662) 238-2868
(662) 238-2834 facsimile

_____
Michael A. Jacob, II

SReygadas001263

## CERTIFICATE OF SERVICE

I, Michael A. Jacob, II, do hereby certify that I have this day mailed, postage prepaid, a

true and correct copy of the above and foregoing to:

LUDDIE SMITH
14303 HIGH POINT DR
LITTLE ROCK AR 72211

March 12, 2019.

Michael A. Jacob, II

78

SReygadas001264

ELECTRONICALLY FILED
Lonoke County Circuit Court
Deborah Oglesby, Circuit Clerk
2019-Jan-29 17:21:17
43CV-19-77
C23D03 : 5 Pages

## IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS

DNF Associates LLC                                                PLAINTIFF

V.                                                        CAUSE NO._____

MELISSA HILLMAN                                               DEFENDANT

### **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

### I.

Defendant, MELISSA HILLMAN, is an adult resident of 790 BLACK JACK RD,

WARD AR 72176.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:        $3,094.47

SReygadas001265

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:          $187.50
        **TOTAL:**                             **$3,281.97**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293194

SReygadas001266

*Page 1 of 2*

*1873100087*

# KAY® JEWELERS

Every kiss begins with Kay.®

kay.com

**Customer Name**   Melissa A Hillman
**Account #**   xxxxxx9268

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309−3680

## Payment Information

| | |
|---|---|
| New Balance | $3,094.47 |
| Balance Payable To Avoid Further Interest Charges | $3,094.47 |
| Minimum Payment | $90.00 |
| Past Due | $720.00 |
| Total Due | $810.00 |
| Payment Due Date | 12/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional payments using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 YEARS | $4,001.78 |
| $107.26 | 3 YEARS | $3,801.28 Savings =$200.50 |

If you would like information about credit counseling services, call 1−866−477−6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,064.39 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $30.08 |
| **New Balance** | **$3,094.47** |
| Statement closing date | 11/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/18/2016 | 11/19/2016 | Interest Charges | $30.08 |
| | | TOTAL INTEREST FOR THIS PERIOD | $30.08 |

| 2016 Totals Year To-Date | |
|---|---|
| **Total fees charged in 2016** | **$559.30** |
| **Total interest charged in 2016** | **$321.02** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx9268 |
|---|---|
| New Balance | $3,094.47 |
| Due Date | 12/13/2016 |
| Total Due | $810.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

█████████ 926800081000000900030944 78



100087

# KAY JEWELERS
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# ███████████ 92687 #
Melissa A Hillman
30 Woodbridge Dr
Cabot AR 72023−3967

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425

SReygadas001267

KAY JEWELERS #1873

MCCAIN MALL

3929 MCCAIN BLVD, SUITE E05B

N LITTLE ROCK, AR 721160000

Date: 07/31/2015          Time: 16:01:02          Sales Slip ID: 39648

Cardholder:      HILLMAN, ME
Account No:      XXXXXX9268
Purchase Price:  $3617.37
Down Payment:    $1157.53
Credit Plan:     BR36

Payment Protection Plan Rate: $1.110 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $2459.84

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X _____          07/31/15
Date of Birth                      Date

**SReygadas001268**

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant MELISSA HILLMAN's KAY JEWELERS account identified by the account number ▓▓▓▓9268.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $3,094.47, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51903603
00293194

**SReygadas001269**

IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                         CAUSE NO. _____

MELISSA HILLMAN                                                      DEFENDANT

## SUMMONS

### THE STATE OF ARKANSAS TO DEFENDANT:

MELISSA HILLMAN

790 BLACK JACK RD. , WARD AR 72176

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

LONOKE COUNTY CIRCUIT COURT
LONOKE, AR 72086

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00293194

SReygadas001270

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
_____

                                        _____
                                         Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                                          _____
                                         Notary Public

My Commission Expires:


_____

**SReygadas001271**



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES LLC V MELISSA HILLMAN

**Case Number:**   43CV-19-77

**Type:**           SUMMONS - FILER PREPARED

So Ordered

*Monica James*

Monica James

Electronically signed by Monica James on 2019-01-30 09:23:04     page 3 of 3

SReygadas001272

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  14:56:40
26CV-19-129
C18ED04 : 6 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                              PLAINTIFF

V.                                                    CAUSE NO._____  ____

MURPHY MORMAN                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, MURPHY MORMAN, is an adult resident of 114 HALTON TERRACE,

HOT SPRINGS AR 71901.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $3,371.08

**SReygadas001273**

2.    Attorney Fees in the amount of:        $.00
3.    Court Costs in the amount of:        $187.50
      **TOTAL:**                           **$3,558.58**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS 38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

00281593

SReygadas001274

Page 1 of 2                                                                      2328000576

# KAY
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**  Murphy Morman
**Account #**  ▬1258

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309-3680

## Summary of Account Activity
| | |
|---|---|
| Previous Balance | $3,328.95 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $42.13 |
| New Balance | $3,371.08 |
| Statement closing date | 07/18/2016 |
| Days in billing cycle | 30 |

## Payment Information
| | |
|---|---|
| New Balance | $3,371.08 |
| Balance Payable To Avoid Further Interest Charges | $3,371.08 |
| Minimum Payment | $160.00 |
| Past Due | $1,120.00 |
| Total Due | $1,280.00 |
| Payment Due Date | 08/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 25 MONTHS | $3,964.83 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions
### Interest Charged
| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/18/2016 | 07/19/2016 | Interest Charges | $42.13 |
| | | TOTAL INTEREST FOR THIS PERIOD | $42.13 |

### 2016 Totals Year To-Date
| | |
|---|---|
| Total fees charged in 2016 | $60.00 |
| Total interest charged in 2016 | $294.91 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx1258 |
|---|---|
| New Balance | $3,371.08 |
| Due Date | 08/13/2016 |
| Total Due | $1,280.00 |
| Amount Enclosed | $ |

Please make your check payable to KAY JEWELERS
Payment mailing address is for remittance only

125800128000001600033710 81



000576

# KAY
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 13017726161925 87 #
Murphy Morman
114 Halton Terrace
Hot Springs AR 71901-6431

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment Change?  Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 11/09/2015          Time: 18:42:09          Sales Slip ID: 77366

Cardholder:     MORMAN, MU
Account No:     XXXXXX1258
Purchase Price: $3134.04
Down Payment:   $0.00
Credit Plan:    REG

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $3134.04

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

SReygadas001276

 

**16**



KAY JEWELERS
Every kiss begins with Kay®
kay.com

KAY JEWELERS OUTLET
kayoutlet.com

---

Select the Type of Account you would like to apply for. Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** **Total Monthly Income includes income from a job, including full time, part time, or seasonal jobs or from self employment and includes bonuses, tips and commissions. It includes interest or dividends, rental income, retirement income or public assistance, as well as profit from self employment. It includes shared income, which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older, you may also include income from others if you can use that income to pay your bills. *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

---

### Applicant Information

First Name: Monny   M.I.   Last Name: Morman   Suffix:

1. Are you a U.S. Citizen? Y  N
2. Are you in the military? Y  N
3. Do you have established credit? Y  N

Home Address:   Apt:   City: Hot Springs   State: AR   Zip Code: 71901   1 yrs

Phone:   Name Phone Billed Under:   Other Phone:   Length of Time at Address: 0 yrs

Statement Mailing Address:
(If different than above)

Previous Address:   City:   State:   Zip Code:   Length of Time:
(If at current address less than 3 years)

E-Mail Address:   I consent to receive E-mail communications about my Account.

Position:   **Total Monthly Income:

City:   State:   Zip Code:

Dept./Ext.:   Length of Time at Employer: 0 yrs

Previous Employer:   Previous Length of Time:
(If with current employer less than 1 year)

(If Yes, please provide the name of your company in the Employer/Source of Income field above)

State of Residence: AR

---

### Joint Applicant Information

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y  N
2. Are you in the military? Y  N
3. Do you have established credit? Y  N

Home Address:   City:   State:   Zip Code:   Length of Time:
(If different from primary applicant)

Phone:   Social Security Number:   Date of Birth:   Driver's License #:
(   )

Employer/*Source of Income:   Self-Employed? Y  N
(If Yes, please provide the name of your company in the Employer/Source of Income field)

Phone:   Length of Time at Employer:   **Total Monthly Income:
(   )

---

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval each applicant shall have the right to use an open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X _____   Date: _____   Joint Applicant: X

(R: 10/15) 150167

SReygadas001277

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.      He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.      Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant MURPHY MORMAN's KAY JEWELERS account identified by the account number ████1258.

4.      Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof  August 28, 2018 is in the sum of $3,371.08, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiart

Subscribed and sworn to before me on this ___8th___ day of _October_, 2018

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01F16379990
Qualified In Erie County
My Commission Expires 08-27-2022

NOTARY PUBLIC

51797152
00281593

SReygadas001278

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                           CAUSE NO. _____

MURPHY MORMAN                                                      DEFENDANT

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>MURPHY MORMAN</u>

<u>114 HALTON TERRACE, , HOT SPRINGS AR 71901</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281593

**SReygadas001279**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
             _____

                           _____
                           Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                           _____
                           Notary Public

My Commission Expires:


_____

**SReygadas001280**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V MURPHY MORMAN

**Case Number:**   26CV-19-129

**Type:**           SUMMONS - FILER PREPARED

So Ordered

*Candace Muzny*

CANDACE MUZNY

Electronically signed by CRMUZNY on 2019-01-29 15:14:06     page 3 of 3

SReygadas001281

ELECTRONICALLY FILED
Grant County Circuit Court
Geral Harrison, Circuit/County Clerk
2019-Jan-29 13:44:33
27CV-19-10
C07D02 : 5 Pages

## IN THE CIRCUIT COURT OF GRANT COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO. _____

NICHOLAS PONDER                                                                    DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, NICHOLAS PONDER, is an adult resident of 5040 STAGECOACH RD, REDFIELD AR 72132.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $1,184.70

SReygadas001282

2. Attorney Fees in the amount of: $.00

3. Court Costs in the amount of: $187.50

  **TOTAL:** **$1,372.20**

4. Additional Court Costs as they accrue

5. Post judgment interest.

THIS December 19, 2018.

_____

Michael A. Jacob, II

AB#2010-110

Jacob Law Group, PLLC

2623 West Oxford Loop

P.O. Box 948

Oxford, MS  38655

(866) 287-5283

(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281565

SReygadas001283

Page 1 of 2                                                                                           1874100085

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

**Customer Name    Nicholas W Ponder**
**Account #    █████7034**

Questions? – Visit us at www.kay.com
Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $1,184.70 |
| Balance Payable To Avoid Further Interest Charges | $1,184.70 |
| Minimum Payment | $70.00 |
| Past Due | $480.00 |
| Total Due | $550.00 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $1,342.17 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,170.33 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $14.37 |
| **New Balance** | **$1,184.70** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/18/2016 | 05/19/2016 | Interest Charges | $14.37 |
| | | TOTAL INTEREST FOR THIS PERIOD | $14.37 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $96.82 |
| Total interest charged in 2016 | $71.28 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxx7034 |
| New Balance | $1,184.70 |
| Due Date | 06/13/2016 |
| Total Due | $550.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

KAY JEWELERS
P.O. Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

7034000550000007001184704

100085

# KAY
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

#BWNCKTF
#  1301657310790341  #
Nicholas W Ponder
311 N Main St
Sheridan AR 72150–2125



SReygadas001284

KAY JEWELERS #1874

PARK PLAZA MALL

6000 W. Markham St. Space 3116

LITTLE ROCK, AR 722050000

Date: 05/01/2015          Time: 20:53:13          Sales Slip ID: 48510

Cardholder:       PONDER, NI
Account No:       XXXXXX7034
Purchase Price:   $1775.04
Down Payment:     $0.00
Credit Plan:      REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $1775.04

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X
━━━━━━━━          05/01/15
Date of Birth          Date

SReygadas001285

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age.  He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief.  He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant NICHOLAS PONDER's KAY JEWELERS account identified by the account number ▮▮▮▮▮7034.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof  August 28, 2018 is in the sum of $1,184.70, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th ____ day of October ____, 2018.

Alexandria Fisher
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51745225
00281565

SReygadas001286

IN THE CIRCUIT COURT OF GRANT COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                     CAUSE NO. _____

NICHOLAS PONDER                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>NICHOLAS PONDER</u>

<u>5040 STAGECOACH RD, , REDFIELD AR 72132</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

GRANT COUNTY CIRCUIT COURT
SHERIDAN, AR 72150

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281565

SReygadas001287

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely

     _____

_____     OTHER:_____

     _____

                           _____

                           Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                           _____

                           Notary Public

My Commission Expires:

_____

**SReygadas001288**



Arkansas Judiciary

**Case Title:**          DNF ASSOCIATES LLC V NICHOLAS PONDER

**Case Number:**     27CV-19-10

**Type:**                  SUMMONS - FILER PREPARED

So Ordered

KELLY A MCANALLY

Electronically signed by KAMCANALLY on 2019-01-29 15:08:06     page 3 of 3

SReygadas001289

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candace Edwards, Craighead Circuit Clerk
2019-Jan-29  16:57:42
16JCV-19-94
C02D09 : 6 Pages

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO._____

RANDY ROBBINS                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, RANDY ROBBINS, is an adult resident of 918 E CRAIGHEAD FOREST

RD, JONESBORO AR 72404.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

SReygadas001290

| | | |
|---|---|---|
| 1. | Principle and Accrued Interest: | $1,386.82 |
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |
| | **TOTAL:** | **$1,574.32** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293188

SReygadas001291

Page 1 of 2                                                                                      2215000331

# KAY®
## J E W E L E R S
### Every kiss begins with Kay®
kay.com

**Customer Name**   Randy Robbins
**Account:** ████████8617

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,863.69 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $23.13 |
| **New Balance** | **$1,886.82** |
| Statement closing date | 11/24/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,886.82 |
| Balance Payable To Avoid Further Interest Charges | $1,886.82 |
| Minimum Payment | $110.00 |
| Past Due | $770.00 |
| Total Due | $880.00 |
| Payment Due Date | 12/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $2,142.03 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/24/2016 | 11/25/2016 | Interest Charges | $23.13 |
| | | TOTAL INTEREST FOR THIS PERIOD | $23.13 |

### 2016 Totals Year To-Date

| | |
|---|---|
| **Total fees charged in 2016** | **$229.62** |
| **Total interest charged in 2016** | **$257.00** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx8617 |
|---|---|
| New Balance | $1,886.82 |
| Due Date | 12/19/2016 |
| Total Due | $880.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

 ▓617000880000011000188<u>8824</u>

000331

# KAY®
## J E W E L E R S
### Every kiss begins with Kay®
kay.com

#BWNCKTF
#  1311713125856179  #
Randy Robbins
918 E Craighead Forest Rd Apt S
Jonesboro AR 72404-8308

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

KAY JEWELERS #2215
THE MALL AT TURTLE CREEK
3000 . HIGHLAND DR. STE#119
JONESBORO, AR 724010000

Date: 11/23/2015          Time: 17:56:40          Sales Slip ID: 97630

Cardholder:       ROBBINS, RA
Account No:       XXXXXX8617
Purchase Price:   $1789.14
Down Payment:     $0.00
Credit Plan:      REG

Payment Protection Plan Rate: $1.110 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $1789.14

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

11/13/1994                              11/23/15

  **16** 

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** **Total Monthly Income includes income from a job, including full time, part time, or seasonal jobs or from self employment and includes bonuses, tips and commissions. It includes interest or dividends, rental income, retirement income or public assistance, as well as profit from self employment. It includes shared income, which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older, you may also include income from others if you can use that income to pay your bills. *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

First Name: **Randi**   M.I.   Last Name: **Robbins**   Suffix:   1. Are you a U.S. Citizen? Y N  2. Are you in the military? Y N  3. Do you have established credit? Y N

Home Address: ____   Apt:   City: **Lake City**   State: **Ar**   Zip Code: **72437**

Phone:   Name Phone Billed Under:   Other Phone: (   )   Length of Time at Address: **20**

Statement Mailing Address: (If different from above)

Previous Address: (If at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer/*Source:   Position:   **Total Monthly Income:

Employer Address:   City: **St. Louis**   State:   Zip Code:   Length of Time at Employer: **1**

Self-Employed: Y N (If Yes, please provide the name of your company in the Employer/Source of Income field above)   Previous Employer: (If with current employer less than 1 year)   Previous Length of Time:

Nearest Relative Not Living With You:   Date of Residence:   Phone:

First Name:   M.I.   Last Name:   Suffix:   1. Are you a U.S. Citizen? Y N  2. Are you in the military? Y N  3. Do you have established credit? Y N

Home Address: (If different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer/*Source of income:   Self-Employed: Y N (If Yes, please provide the name of your Company in the Employer/Source of income field)

Phone: (   )   Length of Time at Employer:   **Total Monthly Income:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use an open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X ____   Date: **4-23**   Joint Applicant: X

(R: 10/15) 150167

SReygadas001294

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant RANDY ROBBINS's KAY JEWELERS account identified by the account number ███8617.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,386.82, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

_Alexandrea fisher_
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51900648
00293188

**SReygadas001295**

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN

DNF Associates LLC                                                    PLAINTIFF

V.                                                           CAUSE NO. _____

RANDY ROBBINS                                                        DEFENDANT

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

RANDY ROBBINS

918 E CRAIGHEAD FOREST RD, , JONESBORO AR 72404

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

CRAIGHEAD COUNTY CIRCUIT COURT
JONESBORO, AR 72403

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00293188

SReygadas001296

## RETURN OF SERVICE

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____
_____

 

_____
Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

_____
Notary Public

My Commission Expires:


_____

SReygadas001297



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES V RANDY ROBBINS

**Case Number:**   16JCV-19-94

**Type:**          SUMMONS - FILER PREPARED

So Ordered

*Sharron L. Ussery*

Sharron Ussery, Deputy Clerk

Electronically signed by SLUSSERY on 2019-01-30 09:20:44     page 3 of 3

SReygadas001298

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Jan-29  13:30:12
30CV-19-21
C07D02 : 6 Pages

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                      CAUSE NO._____

RANDY STINSON                                                      DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, RANDY STINSON, is an adult resident of 1017 SULPHUR SPRINGS RD,,

Malvern AR 72104.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,026.85

SReygadas001299

2.      Attorney Fees in the amount of:     $.00
3.      Court Costs in the amount of:     $187.50
       **TOTAL:**             **$1,214.35**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

<div style="text-align:right">

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

</div>

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281558

SReygadas001300

Page 1 of 2                                                                                                    2328000422

# K A Y
# J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

**Customer Name**   Randy Stinson
**Account #**   ████████3608

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309-3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,016.63 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $10.22 |
| **New Balance** | **$1,026.85** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,026.85 |
| Balance Payable To Avoid Further Interest Charges | $1,026.85 |
| Minimum Payment | $135.00 |
| Past Due | $840.00 |
| Total Due | $975.00 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 MONTHS | $1,077.99 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/18/2016 | 05/19/2016 | Interest Charges | $10.22 |
| | | TOTAL INTEREST FOR THIS PERIOD | $10.22 |

| 2016 Totals Year-To-Date | |
|---|---|
| **Total fees charged in 2016** | **$100.08** |
| **Total interest charged in 2016** | **$235.45** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx3608 |
|---|---|
| New Balance | $1,026.85 |
| Due Date | 06/13/2016 |
| Total Due | $975.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

████████ ███ ███3608000975000013500102685 5

000422

# K A Y
# J E W E L E R S
### Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 130165291539608 1 #
Randy Stinson
138 Morning Star Lane
Hot Springs AR 71901-9535

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001301

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 12/24/2014          Time: 09:05:41          Sales Slip ID: 68646

Cardholder:       STINSON, RA
Account No:       XXXXXX3608
Purchase Price:   $3481.10
Down Payment:     $1900.00
Credit Plan:      IF45

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS PROVIDED THEY ARE IN ORIGINAL CONDITION (UNWORN AND UNALTERED) AND ACCOMPANIED BY THE
ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS. CUSTOM DESIGNED MERCHANDISE, CLASS RINGS, SPECIAL ORDERED
WATCHES AND ITEMS ENGRAVED WITH PERSONALIZED INFORMATION CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED
THROUGH THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $1581.10

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment Protection Plan Insurance, I acknowledge that: I do not need to purchase this insurance to get
credit and I can get similar coverage, including property coverage from any insurer I choose. Payment Protection Plan includes
Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my
state as described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

09/18/79                    12/24/14
Date of Birth               Date

SReygadas001302

**KAY KAY**
JEWELERS OUTLET

16

*Select the Type of Account you would like to apply for:* **Please use blue or black ink to complete.**

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE:* Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

**Applicant Information:**

First Name: Randy   M.I.   Last Name: Stinson   Suffix:   
1. Are you a U.S. Citizen?  Y  N
2. Are you in the military?  Y  N
3. Do you have established credit?  Y  N

Home Address: ▮▮▮▮   Apt:   City: HS   State: AR   Zip Code: 71901

Phone: ▮▮▮▮   Other Phone: (   )   Length of Time: 1y 6mn

Statement Mailing Address:
(If different than above)

Previous Address:   City: Malvern   State: AR   Zip Code: 72104   Length of Time: 6yrs
(If at current address less than 3 years)

Driver's License: ▮▮▮▮   E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer: ▮▮▮▮   Position:   Self-Employed?  Y  N

   City:   State:   Zip Code:

   Gross Monthly ▮▮▮▮   Length of Time: 11yrs

Previous Employer:   Previous Length of Time:
(If with current employer less than 1 year)

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Liv ▮▮▮▮   State of Residence: AR   Phone: ▮▮▮▮

**Joint Applicant Information:**

First Name:   M.I.   Last Name:   Suffix:   
1. Are you a U.S. Citizen?  Y  N
2. Are you in the military?  Y  N
3. Do you have established credit?  Y  N

Home Address:   City:   State:   Zip Code:   Length of Time:
(If different from primary applicant)

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed?  Y  N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information.

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan, and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X ▮▮▮▮   Date:   Joint Applicant: X

0500-13S-0000 (R: 10/14) 058127

SReygadas001303

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant RANDY STINSON's KAY JEWELERS account identified by the account number 3█████3608.

4. Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,026 85, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

Alexandria fisher
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51743460
00281558

SReygadas001304

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO. _____

RANDY STINSON                                                               DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>RANDY STINSON</u>

<u>1017 SULPHUR SPRINGS RD,, , Malvern AR 72104</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

HOT SPRINGS COUNTY CIRCUIT COURT
MALVERN, AR 72104

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281558

SReygadas001305

## RETURN OF SERVICE

State of Arkansas

City of _____

I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the
               defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely
               _____

_____        OTHER:_____
               _____


                                        _____
                                        Sheriff/Process Server

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.


                                        _____
                                        Notary Public

My Commission Expires:


_____

SReygadas001306



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES LLC V RANDY STINSON

**Case Number:**   30CV-19-21

**Type:**          SUMMONS - FILER PREPARED

So Ordered

LORI BURKS

Electronically signed by LABURKS on 2019-01-29 14:48:56     page 3 of 3

SReygadas001307

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  15:51:50
26CV-19-131
C18ED03 : 5 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                                                PLAINTIFF

V.                                                                           CAUSE NO._____

RICHARD WEBB                                                                             DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

### I.

Defendant, RICHARD WEBB, is an adult resident of 814 SUMMERS ST, HOT SPRINGS AR 71913.

### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account.  More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.      Principle and Accrued Interest:      $3,548.00

SReygadas001308

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:          $187.50
        **TOTAL:**                             **$3,735.50**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288608

SReygadas001309

Page 1 of 2                                                                                                                                2328000381

# K A Y®
### J E W E L E R S
Every kiss begins with Kay.®

kay.com

**Customer Name**    Richard Webb
**Account #**    ⬛⬛⬛⬛3953

Questions? – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309-3680

## Payment Information

| | |
|---|---|
| New Balance | $3,548.00 |
| Balance Payable To Avoid Further Interest Charges | $3,548.00 |
| Minimum Payment | $145.00 |
| Past Due | $1,445.00 |
| Total Due | $1,590.00 |
| Payment Due Date | 10/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 MONTHS | $4,311.20 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,507.79 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $40.21 |
| **New Balance** | **$3,548.00** |
| Statement closing date | 09/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/18/2016 | 09/19/2016 | Interest Charges | $40.21 |
| | | TOTAL INTEREST FOR THIS PERIOD | $40.21 |

### 2016 Totals Year To-Date

| | |
|---|---|
| Total fees charged in 2016 | $509.90 |
| Total interest charged in 2016 | $355.06 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx3953 |
| New Balance | $3,548.00 |
| Due Date | 10/13/2016 |
| Total Due | $1,590.00 |
| Amount Enclosed | $ |

⬛⬛⬛⬛⬛⬛⬛⬛3953001590000014500 3548007

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000381


K A Y®
J E W E L E R S
Every kiss begins with Kay.®
kay.com

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

#BWNCKTF
# 1301696814399530 #
Richard Webb
814 Summers St
Hot Springs AR 71913-4234

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

**KAY** Jewelers
OUTLET

16

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

### Applicant Information:

First Name: Richard   M.I.   Last Name: Webb   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: ▓▓▓▓   Apt:   City: Hot Spring   State: AR   Zip Code: 71913

Home Phone Billed Under:   Other Phone: (   )   Length of Time: yr

Statement Mailing Address: (If different than above)

Previous Address: (If at current address less than 3 years)   City: HS   State: AR   Zip Code: 71913   Length of Time: 3 yrs

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer:   Position:   Self-Employed? Y N

Employer Address:   City:   State:   Zip Code:

▓▓▓▓   Dept/Ext.:   ▓▓▓▓   Length of Time: 8 yrs

Previous Employer: (If with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

▓▓▓▓   State of Residence: AR   ▓▓▓▓

### Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (If different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3580, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of these goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to (1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and (2) the use of any telephone dialing system and/or a prerecorded message when contacted.

Applicant: X ▓▓▓▓   Date: 4/13   Joint Applicant: X

0300-13S-0000 (R: 10/14) 058127

SReygadas001311

STATE OF NEW YORK
COUNTY OF ERIE

## AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age.  He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief.  He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant RICHARD WEBB's KAY JEWELERS account identified by the account number ██████3953.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof  August 28, 2018 is in the sum of $3,548.00, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ⁸ᵗʰ day of October ,2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51852012
00288608

SReygadas001312

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                                          PLAINTIFF

V.                                                                            CAUSE NO. _____

RICHARD WEBB                                                                          DEFENDANT

<div align="center">SUMMONS</div>

## THE STATE OF ARKANSAS TO DEFENDANT:

RICHARD WEBB

814 SUMMERS ST. , HOT SPRINGS AR 71913

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

<div align="right">00288608</div>

SReygadas001313

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER: _____
            _____

                              _____
                              Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                              _____
                              Notary Public

My Commission Expires:

_____

**SReygadas001314**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V RICHARD WEBB

**Case Number:**    26CV-19-131

**Type:**              SUMMONS - FILER PREPARED

So Ordered

*Candace Muzny*

CANDACE MUZNY

Electronically signed by CRMUZNY on 2019-01-29 15:57:09    page 3 of 3

`SReygadas001315`

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Mar-13 20:35:15
26CV-19-131
C18ED03 : 2 Pages

## IN THE CIRCUIT COURT OF GARLAND COUNTY
## STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**RICHARD WEBB**

Defendant/Respondent

Cause No.:   **26CV-19-131**

Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **RICHARD WEBB**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with **Tasha Smith**, a member of the defendant's family at least 18 years of age, at **1123 BURCHWOOD BAY RD, HOT SPRINGS NATIONAL PARK, Garland County, AR 71913**, a place where the defendant resides, on **1st day of March, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] : _____

My fee is $: $ 65.00

REF:  00288603





Tracking #: **0033960788**

SReygadas001316

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 6 day of March, 20 19

Rhonda Fletcher

**Rhonda Fletcher, Reg. # N/A, Garland County Circuit Court**

Subscribed and Sworn to before me this 6ᵗʰ day of March, 20 19.

Candace Bynum

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _____

My commission expires 9/30/25

> CANDACE BYNUM
> MY COMMISSION # 12696513
> EXPIRES: September 30, 2025
> Garland County

Additional information regarding service or attempted service:
**Tasha Smith, SIBLING, CO-RESIDENT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 160-180 lbs with blonde hair.**

REF:  **00288608**





Tracking #: **0033960788**

SReygadas001317

**FILED**

JAN 2 9 2019
11:30 Am
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                    CAUSE NO. 47BCV-19-18   (TA)

ROBERT SIMS                                                            DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, ROBERT SIMS, is an adult resident of 606 N BOSTON ST #77, Manila AR

72442.

II.

Plaintiff, holds in due course a claim against the Defendant pursuant to a KAY

JEWELERS account. This account is in default and is presently due and owing in the amount

listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account. More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

SReygadas001318

1.  Principle and Accrued Interest:       $1,301.90
2.  Attorney Fees in the amount of:       $.00
3.  Court Costs in the amount of:         $167.50
    **TOTAL:**                            **$1,469.40**
4.  Additional Court Costs as they accrue
5.  Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

00281582

§Raygadas§001319

16

OUTLET

Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** in one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account

[ ] **JOINT ACCOUNT:** is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

FILED

**NOTICE:** Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

JAN 2 9 2019

LESLIE MASON
CIRCUIT CLERK

**Applicant Information:**

First Name: Robert   M.I.   Last Name: Sims   Suffix:
1 Are you a U.S. Citizen?  Y  N
2 Are you in the military?  Y  N
3 Do you have established credit?  Y  N

Home Address: 1608 Sundown Dr   Apt:   City: Earle   State: AR   Zip Code: 17331

Phone:   Name Phone Billed Under:   Other Phone: (   )   Length of Time:

Statement Mailing Address:
(if different than above)   City:   State:   Zip Code:   Length of Time:

Previous Address:
(if at current address less than 3 years)   E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Driver's License #:   Date of Birth:   Position:   Self-Employed?  Y  N

Employer Address:   City:   State:   Zip Code:

Phone:   Dept./Ext.:   Gross Monthly Income:   Length of Time:

Previous Employer:   Previous Length of Time:
(if with current employer less than 1 year)

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

Nearest Relative Not Living With You:   State of Residence:   Phone:

**Joint Applicant Information:**

First Name:   M.I.   Last Name:   Suffix:
1 Are you a U.S. Citizen?  Y  N
2 Are you in the military?  Y  N
3 Do you have established credit?  Y  N

Home Address:
(if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: (   )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed?  Y  N

Phone: (   )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats. will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information.

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X _____   Date 9-15-15   Joint Applicant: X

0300-13S-0000 (R. 10/14)  058127

SReygadas001320

Page 1 of 2

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®

kay.com

2215100050

**Customer Name    Robert Sims**
**Account #** ████4038

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $1,301.90 |
| Balance Payable To Avoid Further Interest Charges | $1,301.90 |
| Minimum Payment | $80.00 |
| Past Due | $420.00 |
| Total Due | $500.00 |
| Payment Due Date | 07/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $1,466.70 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,287.03 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $14.87 |
| **New Balance** | **$1,301.90** |
| Statement closing date | 06/24/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 06/24/2016 | 06/25/2016 | Interest Charges | $14.87 |
| | | TOTAL INTEREST FOR THIS PERIOD | $14.87 |

| 2016 Totals Year To–Date | |
|---|---|
| Total fees charged in 2016 | $170.43 |
| Total interest charged in 2016 | $87.95 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*
*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx4038 |
|---|---|
| New Balance | $1,301.90 |
| Due Date | 07/19/2016 |
| Total Due | $500.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

████████H0380005000000080001301900



100050

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
#  1301761227450385 #
Robert Sims
606 N Boston Apt 77
Manilla AR 72442

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001321

KAY JEWELERS #2215

THE MALL AT TURTLE CREEK

3000 . HIGHLAND DR. STE#119

JONESBORO, AR 724010000

Date: 09/18/2015          Time: 16:06:22          Sales Slip ID: 96344

Cardholder:       SIMS, RO
Account No:       XXXXXX4038
Purchase Price:   $1084.99
Down Payment:     $0.00
Credit Plan:      REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR
RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY
DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED
INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE
RETURNED.

Total: $1084.99

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge
Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

06/29/1989                          09/18/15
Date of Birth                       Date

SRevgadas001322

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit.

1     He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant ROBERT SIMS's KAY JEWELERS account identified by the account number ████4038.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,301.90, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51753320
00281582

SReygadas001323

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                 CAUSE NO.47BCV-19-18  (TA)

ROBERT SIMS                                                               DEFENDANT

## SUMMONS

## THE STATE OF ARKANSAS TO DEFENDANT:

ROBERT SIMS

606 N BOSTON ST #77, , Manila AR 72442

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

MISSISSIPPI COUNTY CIRCUIT COURT
BLYTHEVILLE, AR 72316

Leslie Mason, Circuit Clerk

_____
[Signature of Clerk or Deputy Clerk]

Date: 1-29-2019
                                    11:30Am

[SEAL]

00281582

SReygadas001324



FILED

MAR 1 9 2019
9:00 Am
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.
**ROBERT SIMS**

Defendant/Respondent

Cause No.:   **47BCV-19-18**
Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **ROBERT SIMS**

[X] I personally delivered the **Summons; Complaint** to ROBERT SIMS at **5661 N County Road 917, Blytheville, Mississippi County, AR 72315-7426** on **5th day of March, 2019**; or

[ ] I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ] I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service at _____ [place] :
_____

My fee is $: **$ 65.00**

REF:  **00281582**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0034054822**



SReygadas001325

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _____ day of _____, 20___.

_____
**Mauri Lee Cole, Reg. # 2014R-02637, Clay County**

Subscribed and Sworn to before me this _7_ day of _March_, 20_19_.

_____
NOTARY PUBLIC in and for the State of **Arkansas**
Residing at: _____
My commission expires _____ _11-26-23_ _____

Additional information regarding service or attempted service:
**ROBERT SIMS, Who accepted service, with identity confirmed by subject stating their name, a white male approx. 55-65 years of age, 5'6"-5'8" tall, weighing 120-140 lbs with gray hair with an accent. The serving indicates the subject is 38 but the resident that identified himself as Robert Sims was older. .**

REF:  **00281582**

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0034054822**

SReygadas001326

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  13:36:46
23CV-19-111
C20D01 : 5 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO._____

SALAMATOU DIOFFO                                                              DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, SALAMATOU DIOFFO, is an adult resident of 201 DONAGHEY AVE,

CONWAY AR 72035.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,456.08

**SReygadas001327**

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $187.50
        **TOTAL:**                                    **$1,643.58**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281561

SReygadas001328

Page 1 of 2                                                                                                     1874000055

# KAY®
## J E W E L E R S
### Every kiss begins with Kay.®
kay.com

**Customer Name** **Salamatou Dioffo I**
**Account #** ▓▓▓▓**3747**

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,450.12 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $5.96 |
| **New Balance** | **$1,456.08** |
| Statement closing date | 05/18/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,456.08 |
| Balance Payable To Avoid Further Interest Charges | $1,456.08 |
| Minimum Payment | $126.00 |
| Past Due | $1,086.00 |
| Total Due | $1,212.00 |
| Payment Due Date | 06/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 MONTHS | $1,489.02 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 05/18/2016 | 05/19/2016 | Interest Charges | $5.96 |
| | | TOTAL INTEREST FOR THIS PERIOD | $5.96 |

| 2016 Totals Year To-Date | |
|---|---|
| Total fees charged in 2016 | $77.65 |
| Total interest charged in 2016 | $29.92 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx3747 |
| New Balance | $1,456.08 |
| Due Date | 06/13/2016 |
| Total Due | $1,212.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓9747001212000012600145608B

000055

## KAY
### J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 1301151515397474 #
Salamatou Dioffo I
1965 Robins St Apt A
Conway AR 72034–6246

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001329

KAY
JEWELERS
Every kiss begins with Kay®
kay.com

16

<u>Select the Type of Account you would like to apply for:</u> Please use blue or black ink to complete.

| [ ] INDIVIDUAL ACCOUNT: In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account. | [ ] JOINT ACCOUNT: Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below. | [ ] COSIGNED ACCOUNT: Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments. |

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

## Applicant Information:

Name: **Salamatou Diallo**

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: | Apt.: A | City: Conway | State: AR | Zip Code: 7203?

Name Phone Billed Under: | Other Phone: ( ) | Length of Time: 6 mnths

Statement Mailing Address: (if different than above)

Previous Address: (if at current address less th...) | City: Conway | State: AR | Zip Code: 72034 | Length of Time: 2y.

E-Mail Address: | By providing my E-mail address, I consent to receive E-mail communications about my...

Employ... | Position: | Self-Employed? Y N

Employer Address: | City: | State: | Zip Code:

Phone: | Dept/Ext.: | Gross Monthly Salary: | Length of Time: 2 years

Previous Employer: (If with current employer less than 1 year) | Previous Length of Time:

Other Income Amount: | Source:

Nearest Relative Not Living With You: | State of Residence: AR | Phone:

## Joint Applicant Information:

Name:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant) | City: | State: | Zip Code: | Length of Time:

Phone: ( ) | Social Security Number: | Date of Birth: | Driver's License #:

Employer Name and Address: | Self-Employed? Y N

Phone: ( ) | Gross Monthly Salary: | Length of Time:

Other Income Amount: | Source:

The information furnished on this application is complete and accurate, to the best of my knowledge. You may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, extension of credit, or collection of the account. Upon request, I will be told whether or not a consumer report was requested. Be told the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680 STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval, each applicant may be liable for all amounts of credit extended under this Account to any Joint Applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse: | Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS RETAIL INSTALLMENT CREDIT AGREEMENT THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

Applicant: X *Salamatou* | Date: 11-06-09 | Joint Applicant: X

0300-13S-0000 (R 02/09)   048

SReygadas001330

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age. He is a Managing Partner
     for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
     authorized to execute this affidavit on behalf of Plaintiff and the information
     below is true and correct to the best of her knowledge, information and belief. He
     is familiar with the method of preparation and maintenance of Plaintiff's books
     and records and believe them to be true and correct, with entries thereon having
     been made in the ordinary course of Plaintiff's business, at or near the time of the
     transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation
     sued upon, and was assigned all the rights, title and interest to Defendant
     SALAMATOU DIOFFO's KAY JEWELERS account identified by the account
     number          3747.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance
     due and owing to Plaintiff by the Defendant on the Account Number referenced
     above as of the date hereof August 28, 2018 is in the sum of $1,456.08, according
     to the business records provided to Plaintiff by the Original Creditor or its
     Assignee at the time the Account was purchased.

                                          Lawrence Schiavi

Subscribed and sworn to before me on this  8th  day of October, 2018.

                                          NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51743900
00281561

**SReygadas001331**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                           PLAINTIFF

V.                                                              CAUSE NO. _____

SALAMATOU DIOFFO                                                            DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>SALAMATOU DIOFFO</u>

<u>201 DONAGHEY AVE, , CONWAY AR 72035</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00281561

**SReygadas001332**

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER: _____ _____

 

                         _____
                         Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                         _____
                         Notary Public

My Commission Expires:

_____

**SReygadas001333**



Arkansas Judiciary

**Case Title:**          DNF ASSOCIATES LLC V SALAMATOU DIOFFO

**Case Number:**      23CV-19-111

**Type:**                 SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-29 15:01:16    page 3 of 3

SReygadas001334

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  15:13:30
26CV-19-130
C18ED04 : 5 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO._____

SANTANA HOOD                                                          DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, SANTANA HOOD, is an adult resident of 688 ELKHORN LOOP, HOT

SPRINGS AR 71913.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,486.04

SReygadas001335

2.      Attorney Fees in the amount of:       $.00
3.      Court Costs in the amount of:         $187.50
        **TOTAL:**                            **$1,673.54**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288606

**SReygadas001336**

*Page 1 of 2*

*2328000007*

# K A Y
### J E W E L E R S
*Every kiss begins with Kay.®*

kay.com

**Customer Name**   Santana M Hood
**Account #**   ▓▓▓▓▓9827

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309-3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,470.36 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $15.68 |
| **New Balance** | **$1,486.04** |
| Statement closing date | 09/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,486.04 |
| Balance Payable To Avoid Further Interest Charges | $1,486.04 |
| Minimum Payment | $95.00 |
| Past Due | $425.00 |
| Total Due | $520.00 |
| Payment Due Date | 10/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 MONTHS | $1,665.07 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/18/2016 | 09/19/2016 | Interest Charges | $15.68 |
| | | TOTAL INTEREST FOR THIS PERIOD | $15.68 |

| 2016 Totals Year To-Date | |
|---|---|
| Total fees charged in 2016 | $326.57 |
| Total interest charged in 2016 | $141.46 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*



| Account # | xxxxxx9827 |
|---|---|
| New Balance | $1,486.04 |
| Due Date | 10/13/2016 |
| Total Due | $520.00 |
| Amount Enclosed | $ |

▓▓▓▓▓▓▓9827000052000009500148604 0

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000007



kay.com

#BWNCKTF
# ▓▓▓▓▓▓▓▓▓▓8279 #
Santana M Hood
688 Elkhorn Loop
Hot Springs AR 71913-6677

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274-0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001337

KAY
JEWELERS
*... that begin with Kay®
...kay.com

**16**

| **TYPE** | [ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account. | [ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below. | [ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for pa... |
|---|---|---|---|

**NOTICE:** *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

Name: **Santana M. Hood**

1. Are you a U.S. Citizen? Y N   2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: ▮▮▮  City: **HSV**  State: **Ark**  Zip Code: **719...**

Phone: ▮▮▮  Name Phone Billed Under: **Anna Williams**  Other Phone: ( )  Rent/Buy/Other:  Length of Time: **3 yr**

Statement Mailing Address: (If different than above) ▮▮▮

Previous Address: (If at current address less than 3 years) ▮▮▮  City:  State:  Zip Code:  Length of Time:

▮▮▮  DL#:  E-Mail Address:

Nearest Relative Not Living With Y... ▮▮▮  State of Residence: **Ark**  Phone:

Employer: ▮▮▮  Position: ▮▮▮  Self-Employed? **(Y)**

Address ▮▮▮  City: **HSV**  State: **Ark**  Zip Code: **71909**

Phone: ▮▮▮  Gross Monthly Salary: ▮▮▮  Length of Time: **3 yrs.**

Previous Employer: (If with current employer less than 1 year) ▮▮▮  Prev. Length of Time:

*Other Income Amount:  Source:

**APPLICANT**

Name:  Rent/Buy/Other:  Are you a U.S. Citizen? Y N

Home Address: (If different from primary applicant)  City:  State:  Zip Code:  Length of Time:

Phone: ( )  SSN:  DOB:  DL#:

Employer Name and Address:  Self-Employed? Y N

Phone: ( )  Gross Monthly Salary:  Length of Time:

*Other Income Amount:  Source:

...ou may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, extension of cred... ...ollection of the account. Upon request, I will be told whether or not a consumer report was requested and, if such a report was requested, I will be told the name and add... ...the reporting agency that furnished that report. (TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATI... ...WRITE TO US AT P.O. BOX 3680, AKRON, OH 44309-3680). **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit appro... ...ach applicant may be liable for all amounts of credit extended under this Account to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQU... ...THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPAR... ...REDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Reside...** ...we have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying... ...n individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of marital property agreement, unilateral statem... ...nder Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or dec... ...r we have actual knowledge of its terms, before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following informatio...

...ame of Spouse:  Address of Spouse:

**...EFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE K... ...EWELERS RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PA... ...F THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

...pplicant: X **Santana Hood**  Date: **10/13/0...**  Joint Applicant: X

...edit Line: **300—**  Account Number: ▮▮▮**...9827**  0300-13S-0000 (R:08/05)  680891

SReygadas001338

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age. He is a Managing Partner
      for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
      authorized to execute this affidavit on behalf of Plaintiff and the information
      below is true and correct to the best of her knowledge, information and belief. He
      is familiar with the method of preparation and maintenance of Plaintiff's books
      and records and believe them to be true and correct, with entries thereon having
      been made in the ordinary course of Plaintiff's business, at or near the time of the
      transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation
      sued upon, and was assigned all the rights, title and interest to Defendant
      SANTANA HOOD's KAY JEWELERS account identified by the account
      number ████████9827.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance
      due and owing to Plaintiff by the Defendant on the Account Number referenced
      above as of the date hereof  August 28, 2018 is in the sum of $1,486.04, according
      to the business records provided to Plaintiff by the Original Creditor or its
      Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this ____8ᵗʰ____ day of __October__, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51855945
00288606

SReygadas001339

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                        CAUSE NO. _____

SANTANA HOOD                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>SANTANA HOOD</u>

<u>688 ELKHORN LOOP, , HOT SPRINGS AR 71913</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00288606

**SReygadas001340**

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER: _____
_____

_____
Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

_____
Notary Public

My Commission Expires:


_____

SReygadas001341



Arkansas Judiciary

**Case Title:**     DNF ASSOCIATES LLC V SANTANA HOOD

**Case Number:**   26CV-19-130

**Type:**          SUMMONS - FILER PREPARED

So Ordered

CANDACE MUZNY

Electronically signed by CRMUZNY on 2019-01-29 15:25:07     page 3 of 3

SReygadas001342

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  17:01:41
23CV-19-122
C20D03 : 5 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____ _____

SHANNAN L PRUITT                                                    DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, SHANNAN L PRUITT, is an adult resident of 1321 sunset drive, conway AR

72034.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $2,141.37

**SReygadas001343**

2.    Attorney Fees in the amount of:      $.00
3.    Court Costs in the amount of:        $187.50
      **TOTAL:**                           **$2,328.87**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293189

SReygadas001344

**KAY KAY**
OUTLET
kay.com   kayoutlet.com

16

**Select the Type of Account you would like to apply for:** Please use blue or black ink to complete.

( ) **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE:* Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit. *

**Applicant Information:**

| First Name: | M.I. | Last Name: | Suffix: | 1. Are you a U.S. Citizen?  Y  N |
|---|---|---|---|---|
| Shanna | L | Griffith | | 2. Are you in the military?  Y  N |
| | | | | 3. Do you have established credit?  Y  N |

Home Address: ▓▓▓▓▓ Apt: City: Nashville State: TN Zip Code: 37211

Phone: ▓▓▓▓▓ Name Phone Billed Under: Other Phone: Length of Time:

Statement Mailing Address:
(If different than above)

Previous Address: ▓▓▓▓▓ City: Branson State: MO Zip Code: 65616 Length of Time: 6 YRS
(If at current address)

Ori ▓▓▓▓▓ E-Mail Address: ▓▓▓▓▓ By providing my E-mail address, I consent to email communications about my Account.

▓▓▓▓▓ Employer Address: 3905 Eckhart Dr City: Niville / Niville State: TN Zip Code: 37211

Phone: ▓▓▓▓▓ Dept/Ext.: Gross Monthly Income: ▓▓▓▓▓ Length of Time: 6 YRS

Previous Employer:
(If with current employer less than 1 year) Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

▓▓▓▓▓ Relative State of Residence: AR ▓▓▓▓▓

**Joint Applicant Information:**

| First Name: | M.I. | Last Name: | Suffix: | 1. Are you a U.S. Citizen?  Y  N |
|---|---|---|---|---|
| | | | | 2. Are you in the military?  Y  N |
| | | | | 3. Do you have established credit?  Y  N |

Home Address: City: State: Zip Code: Length of Time:
(If different from primary applicant)

Phone: Social Security Number: Date of Birth: Driver's License #:

Employer Name and Address: Self-Employed?  Y  N

Phone: Gross Monthly Income: Length of Time: *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:
( )

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents: After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. Ohio Residents: THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. New York Residents: We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. Wisconsin Residents: If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse: Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

Applicant: X ▓▓▓▓▓ Date: 6-9-15 Joint Applicant: X

0300-135-0000 (R: 10/14)  058127

SReygadas001345

Page 1 of 2                                                                                          0329000215

# KAY JEWELERS
### Every kiss begins with Kay.®
kay.com

**Customer Name**   Shannan L Pruitt
**Account #** ▓▓2184

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity
| | |
|---|---:|
| Previous Balance | $2,008.65 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $25.58 |
| New Balance | $2,034.23 |
| Statement closing date | 10/02/2017 |
| Days in billing cycle | 30 |

## Payment Information
| | |
|---|---:|
| New Balance | $2,034.23 |
| Balance Payable To Avoid Further Interest Charges | $2,034.23 |
| Minimum Payment | $125.00 |
| Past Due | $625.00 |
| Total Due | $750.00 |
| Payment Due Date | 10/27/2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $2,291.76 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged
| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 10/02/2017 | 10/03/2017 | Interest Charges | $25.58 |
| | | TOTAL INTEREST FOR THIS PERIOD | $25.58 |

### 2017 Totals Year To-Date
| | |
|---|---:|
| Total fees charged in 2017 | $101.00 |
| Total interest charged in 2017 | $226.66 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx2184 |
|---|---:|
| New Balance | $2,034.23 |
| Due Date | 10/27/2017 |
| Total Due | $750.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓▓2184000750000012500203 4232

000215

# KAY JEWELERS
### Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 1311608406231847 #
Shannan L Pruitt
318 County Rd 783
Jonesboro AR 72401

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment Change? Check Box and complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274-0425

SReygadas001346

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant SHANNAN L PRUITT's KAY JEWELERS account identified by the account number ███████

4.   Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $2,141.37, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

52165195
00293189

SReygadas001347

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                              CAUSE NO. _____

SHANNAN L PRUITT                                                          DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

SHANNAN L PRUITT

1321 sunset drive, , conway AR 72034

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00293189

SReygadas001348

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER: _____
          _____

                       _____
                       Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                       _____
                       Notary Public

My Commission Expires:

_____

**SReygadas001349**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V SHANNAN L PRUITT

**Case Number:**     23CV-19-122

**Type:**           SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-30 08:50:53     page 3 of 3

SKeygadas001350

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Mar-23 16:56:14
23CV-19-122
C20D03 : 2 Pages

## IN THE CIRCUIT COURT OF FAULKNER COUNTY
### STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**SHANNAN L PRUITT**

Defendant/Respondent

Cause No.:   **23CV-19-122**

Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **SHANNAN L PRUITT**

**[X]** I personally delivered the **Summons; Complaint** to **SHANNAN L PRUITT** at **1321 sunset drive, conway, Faulkner County, AR 72034** on **4th day of March, 2019**; or

[ ] I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ] I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service at _____ [place] :

_____

My fee is $: **$ 65.00**

REF: **00293189**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0034026018**



SReygadas001351

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 5th day of _March_, 20_19_.

_____
**Curtis Lee, Reg. # LS-18-9, Circuit Court of Faulkner County**

Subscribed and Sworn to before me this 5TH day of _March_, 20_19_.

_____
NOTARY PUBLIC in and for the State of **Arkansas**
Residing at: _2590 Donaghey Ave., Conway, AR_
My commission expires _____ _4-28-2026_



RICHARD E CLAUSSEN
Notary Public - Arkansas
Faulkner County.
Commission # 12698180
My Commission Expires Apr 28, 2026

Additional information regarding service or attempted service:
**SHANNAN L PRUITT, Who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, 5'6"-5'8" tall, weighing 180-200 lbs with brown hair.**

SReygadas001352

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Jan-29  15:28:02
30CV-19-24
C07D02 : 6 Pages

## IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                              **PLAINTIFF**

V.                                      CAUSE NO. _____

SHIRLEY MCADOO                                     **DEFENDANT**

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

#### I.

Defendant, SHIRLEY MCADOO, is an adult resident of 317 OVERMAN ST, MALVERN AR 72104.

#### II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

#### III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

#### IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

1.     Principle and Accrued Interest:     $1,024.18

SReygadas001353

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:        $187.50
        **TOTAL:**                           **$1,211.68**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288612

SReygadas001354

2328000595

# K A Y

## J E W E L E R S ®

Every kiss begins with Kay.®

kay.com

**Customer Name**   Shirley A McAdoo
**Account #**   ▓▓▓1680

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $1,024.18 |
| Balance Payable To Avoid Further Interest Charges | $1,024.18 |
| Minimum Payment | $60.00 |
| Past Due | $420.00 |
| Total Due | $480.00 |
| Payment Due Date | 09/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 MONTHS | $1,161.79 |

If you would like information about credit counseling services, call 1–866–477–6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,011.90 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $12.28 |
| **New Balance** | **$1,024.18** |
| Statement closing date | 08/18/2016 |
| Days in billing cycle | 31 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/18/2016 | 08/19/2016 | Interest Charges | $12.28 |
| | | TOTAL INTEREST FOR THIS PERIOD | $12.28 |

| 2016 Totals Year-To-Date | |
|---|---|
| Total fees charged in 2016 | $94.14 |
| Total interest charged in 2016 | $97.25 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx1680 |
|---|---|
| New Balance | $1,024.18 |
| Due Date | 09/13/2016 |
| Total Due | $480.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓1680000480000006001024185



000595

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
#  1301784215196802  #
Shirley A McAdoo
317 Overman St
Malvern AR 72104–4061

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001355

 

16



**Select the Type of Account you want**

[ ] **INDIVIDUAL ACCOUNT**  In one name and based solely on your own credit worthiness  Applicant if married, may apply for an individual account

[ ] **JOINT ACCOUNT**  Is based on credit worthiness of both applicant and joint applicant  Both may use the account and will be liable and responsible for payments  Both must sign below

[ ] **COSIGNED ACCOUNT**  Cosigner and applicant must each complete separate applications  Only applicant will be permitted to use the account, but both will be liable and responsible for payments

**NOTICE** **Total Monthly Income includes income from a job  including full time  part time  or seasonal jobs or from self employment and includes bonuses  tips and commissions  It includes interest or dividends  rental income  retirement income or public assistance, as well as profit from self employment  It includes shared income  which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you  If you are 21 or older  you may also include income from others if you can use that income to pay your bills  *Alimony  child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit

**A.  Applicant Information**

First Name   Shirley   MI   A   Last Name   Meadoo   Suffix

1 Are you a U S Citizen?  Y  N
2 Are you in the military?  Y  N
3 Do you have  established credit?  Y  N

Home Address _____ Apt   City   Malvern   State   AR   Zip Code   72.104

Phone _____ Home Phone Check One?   Other Phone (   )   Length of Time at Address   55 yrs

Statement Mailing Address
(If different than above)

Previous Address
(If at current address less than 3 years)   City   State   Zip Code   Length of Time

E Mail Address _____   By providing my E mail address, I consent to receive E mail communications about my Account

Employer/*Source of Income _____   Position _____   **Total Monthly Income $ (         )   2400

Employer Address _____   City   State   Zip Code

_____ Dept/Ext _____   Length of Time at Employer   27 yrs

_____ Y  N   Previous Employer
(If Yes  please provide the name of your company   (If with current employer less than 1 year)   Previous Length of Time
in the Employer/Source of Income field above)

Nearest Relative Not Living With You   State of Residence   AR   Phone _____

**B.  Joint Applicant Information**

First Name   MI   Last Name   Suffix

1 Are you a  S  Citizen?  Y  N
2 Are you in the military?  Y  N
3 Do you have established credit?  Y  N

Home Address
(If different from primary applicant)   City   State   Zip Code   Length of Time

Phone (   )   Social Security Number   Date of Birth   Driver's License #

Employer/*Source of Income _____   Self Employed?  Y  N
(If Yes  please provide the name of your company in the Employer/Source of Income field)

Phone (   )   Length of Time at Employer   **Total Monthly Income

The information furnished on this application is complete and accurate  to the best of my knowledge  Sterling Jewelers Inc  may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account  any other account I have with Sterling Jewelers Inc  or otherwise as permitted or required by law  Upon request  I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report  TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P O  BOX 3680, AKRON, OH 44309-3680  **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES**  *California Residents*  After credit approval each applicant shall have the right to use an open end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant  *Ohio Residents*  THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST  THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW  *New York Residents*  We have a security interest in goods costing more than $200 00 until the full payment price of those goods is paid  *Wisconsin Residents*  If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above  Marital Agreement Notice  No provision of a marital property agreement, unilateral statement under Sec  766 59 Wis  Stats , or court decree under Sec  766 70 Wis  Stats , will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree  or we have actual knowledge of its terms before credit is granted or the account is opened  We are required to ask married residents of Wisconsin for the following information

Name of Spouse _____   Address of Spouse _____

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT**

**In addition, I consent to  1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan, and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted**

Applicant X   Shirley Meadoo   Date   9 2 15   Joint Applicant X

(R  10/15)  150167

**SReygadas001356**
KAY JEWELERS #2328
HOT SPRINGS MALL
4501 CENTRAL AVE. SUITE 155
HOT SPRINGS, AR 719130000

Date: 12/16/2015          Time: 16:04:14          Sales Slip ID: 79169

Cardholder:        MCADOO, SH
Account No:        XXXXXX1680
Purchase Price:    $1181.68
Down Payment:      $350.00
Credit Plan:       REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $831.68

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X _____

10/20/1960                          12/16/15
Date of Birth                       Date

SReygadas001357

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    SHIRLEY MCADOO's KAY JEWELERS account identified by the account
    number██████1680.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $1,024.18, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this _8th_ day of _October_, 2018.

_Alexandrea fisher_
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51837096
00288612

SReygadas001358

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                        CAUSE NO. _____

SHIRLEY MCADOO                                                       DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

SHIRLEY MCADOO

317 OVERMAN ST, , MALVERN AR 72104

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

HOT SPRINGS COUNTY CIRCUIT COURT
MALVERN, AR 72104

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00288612

SReygadas001359

## RETURN OF SERVICE

State of Arkansas
City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER:_____
                 _____


                         _____
                         Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                         _____
                         Notary Public

My Commission Expires:


_____

**SReygadas001360**



Arkansas Judiciary

**Case Title:** DNF ASSOCIATES LLC V SHIRLEY MCADOO

**Case Number:** 30CV-19-24

**Type:** SUMMONS - FILER PREPARED


So Ordered



Electronically signed by SLWALTON on 2019-01-29 15:35:29    page 3 of 3

SReygadas001361

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Mar-18  18:25:31
30CV-19-24
C07D02 : 2 Pages

## IN THE CIRCUIT COURT OF HOT SPRING COUNTY
## STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

Cause No.:   **30CV-19-24**
Hearing Date:

vs.

**SHIRLEY MCADOO**

Defendant/Respondent

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **SHIRLEY MCADOO**

[X] I personally delivered the **Summons; Complaint** to SHIRLEY MCADOO at **317 OVERMAN ST, MALVERN, Hot Spring County, AR 72104** on **5th day of March, 2019**; or

[ ] I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ] I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ] Other [specify]: _____

[ ] I was unable to execute service at _____ [place] :

_____

My fee is $: **$ 65.00**

REF:  **00288612**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: **0034051046**

SReygadas001362

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]


**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this 15th day of *March*, 20 19.

_____

**Jazmine Sade OGuinn, Reg. # 30LS-18-5, Hot Springs County**

Subscribed and Sworn to before me this 15th day of *March*, 20 19

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: *103 Sq. 25th St. Arkadelphia, AR 71923*

My commission expires *01-16-2027*

Additional information regarding service or attempted service:

**SHIRLEY MCADOO, Who accepted service, with identity confirmed by subject stating their name, a red-headed black female approx. 55-65 years of age with an accent and glasses.**

REF: 00288612




Tracking #: **0034051046**

SReygadas001363

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2019-Jan-29  16:34:34
26CV-19-136
C18ED01 : 4 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                          CAUSE NO._____

SUSAN FRANCOIS                                                        DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, SUSAN FRANCOIS, is an adult resident of 117 LOOKOUT PT APT C3,

HOT SPRINGS AR 71913.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,439.04

SReygadas001364

| | | | |
|---|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 | |
| 3. | Court Costs in the amount of: | $187.50 | |
| | **TOTAL:** | **$1,626.54** | |
| 4. | Additional Court Costs as they accrue | | |
| 5. | Post judgment interest. | | |

THIS December 19, 2018.


        Michael A. Jacob, II
        AB#2010-110
        Jacob Law Group, PLLC
        2623 West Oxford Loop
        P.O. Box 948
        Oxford, MS  38655
        (866) 287-5283
        (662) 238-2834 facsimile


*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00293212

SReygadas001365

Page 1 of 2

2328000908

# KAY
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

**Customer Name   Susan J Francois**
**Account #** ▓▓▓▓/6131

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,421.38 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $17.66 |
| **New Balance** | **$1,439.04** |
| Statement closing date | 11/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,439.04 |
| Balance Payable To Avoid Further Interest Charges | $1,439.04 |
| Minimum Payment | $90.00 |
| Past Due | $570.00 |
| Total Due | $660.00 |
| Payment Due Date | 12/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 MONTHS | $1,617.07 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/18/2016 | 11/19/2016 | Interest Charges | $17.66 |
| | | TOTAL INTEREST FOR THIS PERIOD | $17.66 |

### 2016 Totals Year To–Date

| | |
|---|---|
| Total fees charged in 2016 | $286.20 |
| Total interest charged in 2016 | $196.39 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| | |
|---|---|
| Account # | xxxxxx6131 |
| New Balance | $1,439.04 |
| Due Date | 12/13/2016 |
| Total Due | $660.00 |
| Amount Enclosed | $ |

6131000660000009001439042

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000908



# KAY
## J E W E L E R S
### Every kiss begins with Kay.®
### kay.com

#BWNCKTF
# 1610015013691314 #
Susan J Francois
117 Lookout Pt Apt C3
Hot Springs AR 71913–6933

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001366

STATE OF NEW YORK
COUNTY OF ERIE

<u>AFFIDAVIT OF ACCOUNT</u>

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.     He is a competent person over eighteen years of age.  He is a Managing Partner
       for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff").  He is
       authorized to execute this affidavit on behalf of Plaintiff and the information
       below is true and correct to the best of her knowledge, information and belief.  He
       is familiar with the method of preparation and maintenance of Plaintiff's books
       and records and believe them to be true and correct, with entries thereon having
       been made in the ordinary course of Plaintiff's business, at or near the time of the
       transaction giving rise to each entry.

2.     Plaintiff is the current owner of, and/or successor in interest to, the obligation
       sued upon, and was assigned all the rights, title and interest to Defendant SUSAN
       FRANCOIS's KAY JEWELERS account identified by the account number
       ▌613l.

4.     Plaintiff's business records for the Account of Defendant reflect that the balance
       due and owing to Plaintiff by the Defendant on the Account Number referenced
       above as of the date hereof  August 28, 2018 is in the sum of $1,439.04, according
       to the business records provided to Plaintiff by the Original Creditor or its
       Assignee at the time the Account was purchased.

                                                    Lawrence Schiavi

Subscribed and sworn to before me on this ___8th___ day of __October__ , 2018.

                                                    NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51897875
00293212

SReygadas001367

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS

DNF Associates LLC                                                          PLAINTIFF

V.                                                          CAUSE NO. _____

SUSAN FRANCOIS                                                          DEFENDANT

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>SUSAN FRANCOIS</u>

<u>117 LOOKOUT PT APT C3, , HOT SPRINGS AR 71913</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

GARLAND COUNTY CIRCUIT COURT
HOT SPRINGS, AR 71901

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00293212

SReygadas001368

## RETURN OF SERVICE

State of Arkansas
City of _____

      I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely _____

_____      OTHER:_____
      _____

                    _____
                    Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of _____, 2018.

                    _____
                    Notary Public

My Commission Expires:

_____

**SReygadas001369**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V SUSAN FRANCOIS

**Case Number:**    26CV-19-136

**Type:**              SUMMONS - FILER PREPARED

So Ordered

REBECCA SMITH

Electronically signed by RNSMITH on 2019-01-29 16:41:26    page 3 of 3

SReygadas001373

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29 17:09:09
23CV-19-118
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                      PLAINTIFF

V.                                                         CAUSE NO._____

THEODIS MITCHELL                                                       DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, THEODIS MITCHELL, is an adult resident of 324 SKUNK HOLLOW RD,

CONWAY AR 72032.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,881.64

SReygadas001374

2.    Attorney Fees in the amount of:        $.00
3.    Court Costs in the amount of:          $187.50
      **TOTAL:**                             **$2,069.14**
4.    Additional Court Costs as they accrue
5.    Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00288643

SReygadas001375

Page 1 of 2                                                                                                    1873000544

# KAY ®
# J E W E L E R S
Every kiss begins with Kay.®
kay.com

**Customer Name**    Theodis Mitchell
**Account #**    ████3433

Questions? – Visit us at www.kay.com

Please send billing inquiries and correspondence to:
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,862.96 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $18.68 |
| **New Balance** | **$1,881.64** |
| Statement closing date | 09/18/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,881.64 |
| Balance Payable To Avoid Further Interest Charges | $1,881.64 |
| Minimum Payment | $55.00 |
| Past Due | $440.00 |
| Total Due | $495.00 |
| Payment Due Date | 10/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 YEARS | $2,429.05 |
| $65.22 | 3 YEARS | $2,311.36 Savings =$117.69 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 09/18/2016 | 09/19/2016 | Interest Charges | $18.68 |
| | | TOTAL INTEREST FOR THIS PERIOD | $18.68 |

| 2016 Totals Year To–Date | |
|---|---|
| Total fees charged in 2016 | $288.78 |
| Total interest charged in 2016 | $165.90 |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx3433 |
|---|---|
| New Balance | $1,881.64 |
| Due Date | 10/13/2016 |
| Total Due | $495.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

 3433000495000005500188164O

000544

# KAY ®
# J E W E L E R S
Every kiss begins with Kay.®
kay.com

#BWNCKTF
# 1301790710394339 #
Theodis Mitchell
324 Skunk Hollow Rd
Conway AR 72032–9001

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001376

**KAY** JEWELERS **KAY** FAMILY **KAY**
kay.com          OUTLET          kayoutlet.com

16

Select the Type of Account you would like to apply for: Please use blue or black ink to complete.

[X] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.* *

### Applicant Information:

First Name: _Fredric_   M.I.   Last Name: _(illegible)_   Suffix: _JR_

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: _(redacted)_   Apt:   City: _Trinidad_   State: _FL_   Zip Code: _72032_

Other Phone: ( )   Length of Time: _9 yrs_

Home Phone Billed Under: _(redacted)_

Previous Mailing Address: (if different than above)

Previous Address: (if at current address less than 3 years)   City:   State:   Zip Code:   Length of Time:

E-Mail Address:   By providing my E-mail address, I consent to receive E-mail communications about my Account.

Employer: _(redacted)_   Position: _Machine Operator_   Self-Employed? Y N

Employer: _Tyson JAM_   City: _(illegible)_   State: _FR_   Zip Code: _yrs_

Phone: ( )   Dept/Ext.:   Gross Monthly Income:   Length of Time:

Previous E_(redacted)_ (if with current employer less than 1 year)   Previous Length of Time:

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

_(redacted)_   State of Residence: _FR_   _(redacted)_

### Joint Applicant Information:

First Name:   M.I.   Last Name:   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address: (if different from primary applicant)   City:   State:   Zip Code:   Length of Time:

Phone: ( )   Social Security Number:   Date of Birth:   Driver's License #:

Employer Name and Address:   Self-Employed? Y N

Phone: ( )   Gross Monthly Income:   Length of Time:   *Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement of or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to to be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

(X) Applicant: X _Fredric Mitchell_   Date: _8-28-15_   Joint Applicant: X

0300-13S-0000 (R: 10/14) 058127

SReygadas001377

KAY JEWELERS #1873

MCCAIN MALL

3929 MCCAIN BLVD, SUITE E05B

N LITTLE ROCK, AR 721160000

Date: 08/28/2015          Time: 20:35:51          Sales Slip ID: 40226

Cardholder:      MITCHELL, TH
Account No:      XXXXXX3433
Purchase Price:  $3493.69
Down Payment:    $2000.00
Credit Plan:     BR36

Payment Protection Plan Rate: $1.110 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $1493.69

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

*Theodis Mitchell*

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X *Theodis Mitcher*

03/17/1973          08/28/15
Date of Birth      Date

SReygadas001378

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.   He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.   Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant THEODIS MITCHELL's KAY JEWELERS account identified by the account number ████ 3433.

4.   Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,881.64, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

Alexandria Fisher
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51855943
00288643

SReygadas001379

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                          CAUSE NO. _____

THEODIS MITCHELL                                                    DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>THEODIS MITCHELL</u>

<u>324 SKUNK HOLLOW RD, , CONWAY AR 72032</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

00288643

SReygadas001380

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____       the person named therein as defendant.

_____       a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____       the duly designated agent for service of process for the defendant, namely _____

_____       OTHER:_____
             _____


                                 _____

                                 Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                                 _____

                                 Notary Public

My Commission Expires:


_____

**SReygadas001381**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES, LLC V THEODIS MITCHELL

**Case Number:**   23CV-19-118

**Type:**            SUMMONS - FILER PREPARED


So Ordered

B. Donohue


Electronically signed by RADONOHUE on 2019-01-30 08:21:32     page 3 of 3

SReygadas001382

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Mar-23 16:55:30
23CV-19-118
C20D01 : 2 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**THEODIS MITCHELL**

Defendant/Respondent

Cause No.:    **23CV-19-118**
Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **THEODIS MITCHELL**

**[X]**    I personally delivered the **Summons; Complaint** to **THEODIS MITCHELL** at **324 SKUNK HOLLOW RD, CONWAY, Faulkner County, AR 72032** on **16th day of March, 2019**; or

[ ]    I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ]    I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ]    I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ]    I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ]    I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

[ ]    Other [specify]: _____

[ ]    I was unable to execute service at _____
[place] :

_____

My fee is $: **$ 65.00**

REF:  **00288643**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE

 

Tracking #: **0034603878**

SReygadas001383

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]


**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this __21__ day of __March__ , 20_19_.

_____

**Melanie Laughlin, Reg. # 105, Pulaski**

Subscribed and Sworn to before me this __28__ day of __March__ , 20_19_.

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: __west - Conway__

My commission expires __Nov 2, 2028__

> LINDSAY MABRY
> Notary Public - Arkansas
> Faulkner County
> Commission # 12705600
> My Commission Expires Nov 2, 2028

Additional information regarding service or attempted service:

**THEODIS MITCHELL, Who accepted service, with identity confirmed by subject stating their name, a black male approx. 45-55 years of age, 5'6"-5'8" tall, weighing 160-180 lbs with black hair with a goatee.**

REF:  00288643

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: **0034603878**

SReygadas001384

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Jan-29  14:33:58
23CV-19-112
C20D03 : 4 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                                PLAINTIFF

V.                                                                    CAUSE NO._____

ZACHARY BLACKMON                                                      DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, ZACHARY BLACKMON, is an adult resident of 118 CENTER RD,

MAYFLOWER AR 72106.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $2,321.88

SReygadas001385

2.      Attorney Fees in the amount of:        $.00
3.      Court Costs in the amount of:        $187.50
        **TOTAL:**                                **$2,509.38**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used
for that purpose.

00281595

SReygadas001386

Page 1 of 2                                                                                         2524000981

# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Zachary T Blackmon
**Account**            2826

Questions? – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,293.10 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $28.78 |
| **New Balance** | **$2,321.88** |
| Statement closing date | 08/10/2016 |
| Days in billing cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,321.88 |
| Balance Payable To Avoid Further Interest Charges | $2,321.88 |
| Minimum Payment | $125.00 |
| Past Due | $875.00 |
| Total Due | $1,000.00 |
| Payment Due Date | 09/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 MONTHS | $2,669.32 |

If you would like information about credit counseling services, call 1–866–477–6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/10/2016 | 08/11/2016 | Interest Charges | $28.78 |
| | | TOTAL INTEREST FOR THIS PERIOD | $28.78 |

| 2016 Totals Year To–Date | |
|---|---|
| **Total fees charged in 2016** | **$60.00** |
| **Total interest charged in 2016** | **$230.24** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx2826 |
|---|---|
| New Balance | $2,321.88 |
| Due Date | 09/05/2016 |
| Total Due | $1,000.00 |
| *Amount Enclosed* | $ |

28260010000000125002321887

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

000981

JARED
The Galleria Of Jewelry
jared.com

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

#BWNCKTF
#  1600085012218262  #
Zachary T Blackmon
118 Center Rd
Mayflower AR 72106–9418

To review important notices, click here

Address or Employment
Change?  Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

STATE OF NEW YORK
COUNTY OF ERIE

AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner
    for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
    authorized to execute this affidavit on behalf of Plaintiff and the information
    below is true and correct to the best of her knowledge, information and belief. He
    is familiar with the method of preparation and maintenance of Plaintiff's books
    and records and believe them to be true and correct, with entries thereon having
    been made in the ordinary course of Plaintiff's business, at or near the time of the
    transaction giving rise to each entry.

2.  Plaintiff is the current owner of, and/or successor in interest to, the obligation
    sued upon, and was assigned all the rights, title and interest to Defendant
    ZACHARY BLACKMON's JARED account identified by the account number
    2826.

4.  Plaintiff's business records for the Account of Defendant reflect that the balance
    due and owing to Plaintiff by the Defendant on the Account Number referenced
    above as of the date hereof August 28, 2018 is in the sum of $2,321.88, according
    to the business records provided to Plaintiff by the Original Creditor or its
    Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6378990
Qualified In Erie County
My Commission Expires 08-27-2022

51797154
00281595

**SReygadas001388**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                              PLAINTIFF

V.                                                                    CAUSE NO. _____

ZACHARY BLACKMON                                                       DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

ZACHARY BLACKMON

118 CENTER RD, , MAYFLOWER AR 72106

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281595

SReygadas001389

## RETURN OF SERVICE

State of Arkansas
City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____          the person named therein as defendant.

_____          a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____          the duly designated agent for service of process for the defendant, namely _____

_____          OTHER:_____
             _____

                              _____
                              Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                              _____
                              Notary Public

My Commission Expires:


_____

**SReygadas001390**



Arkansas Judiciary

**Case Title:**        DNF ASSOCIATES LLC V ZACHARY BLACKMON

**Case Number:**    23CV-19-112

**Type:**              SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-01-29 14:56:46     page 3 of 3

SReygadas001391

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Feb-27  16:00:53
23CV-19-112
C20D03 : 2 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY
STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**ZACHARY BLACKMON**

Defendant/Respondent

Cause No.:   **23CV-19-112**
Hearing Date:

DECLARATION OF SERVICE OF
Summons; Complaint

## AFFIDAVIT OF SERVICE

This affidavit is for service on **ZACHARY BLACKMON**

☐ I personally delivered the **Summons; Complaint** to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☒ I left the **Summons; Complaint** with Unknown Person who refused to give true name, a member of the defendant's family at least 18 years of age, at **118 CENTER RD, MAYFLOWER, Faulkner County, AR 72106**, a place where the defendant resides, on **22nd day of February, 2019**; or

☐ I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service at _____ [place] : _____

My fee is $: **$ 65.00**

REF:  **00281595**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE




Tracking #: 0033620931

SReygadas001392

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____                SHERIFF OF _____ COUNTY, ARKANSAS

                                             By: _____

                                             [Signature of server]

                                             _____

                                             [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this ⌀5 day of February , 20 19 .

_____

**Sarah Butters, Reg. # PA-17-15, Van Buren**

Subscribed and Sworn to before me this 15 day of February , 20 19 .

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: 2895 Dauwaed Wald Dr Conway Ar 72034

My commission expires 12/30/2023

```
COURTNEY A. PRICE
MY COMMISSION # 12397222
EXPIRES: December 30, 2023
Faulkner County
```

Additional information regarding service or attempted service:

**Jane Doe, WHO REFUSED TO GIVE NAME, SPOUSE, CO-RESIDENT, who accepted service, a black-haired black female approx. 35-45 years of age, 5'6"-5'8" tall and weighing 240-300 lbs.**

 

Tracking #: 0033620931

SReygadas001393

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Jan-29  15:08:06
30CV-19-22
C07D01 : 6 Pages

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                               PLAINTIFF

V.                                                                    CAUSE NO._____

ZACHARY GREEN                                                              DEFENDANT

### COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, ZACHARY GREEN, is an adult resident of 3826 LEAU FRAIZ, MALVERN

AR 72104.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,122.70

SReygadas001394

2.      Attorney Fees in the amount of:       $.00
3.      Court Costs in the amount of:        $187.50
        **TOTAL:**                          **$1,310.20**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281597

SReygadas001395

Page 1 of 2                                                                2328000548



Every kiss begins with Kay.®

kay.com

**Customer Name**   Zachary A Green
**Account #**   ▓▓▓▓▓9044

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $1,122.70 |
| Balance Payable To Avoid Further Interest Charges | $1,122.70 |
| Minimum Payment | $70.00 |
| Past Due | $400.00 |
| Total Due | $470.00 |
| Payment Due Date | 08/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $1,262.13 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,109.31 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $13.39 |
| **New Balance** | **$1,122.70** |
| Statement closing date | 07/18/2016 |
| Days in billing cycle | 30 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/18/2016 | 07/19/2016 | Interest Charges | $13.39 |
| | | TOTAL INTEREST FOR THIS PERIOD | $13.39 |

### 2016 Totals Year-To-Date

| | |
|---|---|
| **Total fees charged in 2016** | **$94.98** |
| **Total interest charged in 2016** | **$93.20** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx9044 |
|---|---|
| New Balance | $1,122.70 |
| Due Date | 08/13/2016 |
| Total Due | $470.00 |
| Amount Enclosed | $ |

▓▓▓▓▓▓▓▓▓9044000470000007000112 2701

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000548



Every kiss begins with Kay.®

kay.com

#BWNCKTF
#  1301771719990442  #
Zachary A Green
3826 Leau Fraiz
Malvern AR 72104–8169

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001396

**KAY KAY**
JEWELERS  OUTLET

16

**Select the Type of Account you would like to apply for:** Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE:* Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit."

**Applicant Information:**

First Name: Zachary   M.I. A   Last Name: Green   Suffix:

City: Malvern   State: AR   Zip Code: 72104

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Length of Time: 1 yr 6 mo

**Previous Address:** City: Malvern   State: AR   Zip Code: 72104   Length of Time: 7 yr

Position: HS   State: AR   Length of Time: 2 m

Previous Length of Time: 2 yr 6 mo

*Other Monthly Income Amount That Could Be... 2500

State of Residence: AR

**Joint Applicant Information:**

First Name: Lauren   M.I. R   Last Name: Aguilar   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.

Applicant: X Zachary A. G   Date: 10-9-15   Joint Applicant: X Lauren Aguilar

KAY JEWELERS #2328
HOT SPRINGS MALL
4501 CENTRAL AVE. SUITE 155
HOT SPRINGS, AR 719130000

Date: 10/09/2015     Time: 13:53:12     Sales Slip ID: 76604

| | |
|---|---|
| Cardholder: | GREEN, ZA |
| Account No: | XXXXXX9044 |
| Purchase Price: | $1215.43 |
| Down Payment: | $225.00 |
| Credit Plan: | REG |

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $990.43

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

10/09/15

Date of Birth     Date

SReygadas001398

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  *Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant ZACHARY GREEN's KAY JEWELERS account identified by the account number 3█████9044.*

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,122.70, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51797158
00281597

**SReygadas001399**

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                       PLAINTIFF

V.                                                           CAUSE NO. _____

ZACHARY GREEN                                                          DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>ZACHARY GREEN</u>

<u>3826 LEAU FRAIZ, , MALVERN AR 72104</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS 38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="right">CLERK OF COURT</div>

Address of Clerk's Office:

HOT SPRINGS COUNTY CIRCUIT COURT
MALVERN, AR 72104

_____
[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

<div align="right">00281597</div>

**SReygadas001400**

<u>RETURN OF SERVICE</u>

State of Arkansas
City of _____

    I, _____, hereby certify that I served the within complaint,
_____, at _____ o'clock _____.m. on _____, 2018, by personal
service on _____, such person being:

_____          the person named therein as defendant.

_____          a member of the defendant's family abode 14 years of age or older at the
                      defendant's usual place of abode, namely _____.

_____          the duly designated agent for service of process for the defendant, namely
                      _____

_____          OTHER:_____
                  _____

                          _____
                          Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of
_____, 2018.

                          _____
                          Notary Public

My Commission Expires:


_____

**SReygadas001401**



Arkansas Judiciary

**Case Title:**    DNF ASSOCIATES LLC V ZACHARY GREEN

**Case Number:**    30CV-19-22

**Type:**    SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SLWALTON on 2019-01-29 15:35:49    page 3 of 3

SReygadas001402

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Mar-23  16:48:31
30CV-19-22
C07D01 : 2 Pages

## IN THE CIRCUIT COURT OF HOT SPRING COUNTY
## STATE OF ARKANSAS

**DNF Associates LLC**

Plaintiff/Petitioner

vs.

**ZACHARY GREEN**

Defendant/Respondent

Cause No.:   **30CV-19-22**

Hearing Date:

DECLARATION OF SERVICE OF
**Summons; Complaint**

## AFFIDAVIT OF SERVICE

This affidavit is for service on **ZACHARY GREEN**

**[X]** I personally delivered the **Summons; Complaint** to **ZACHARY GREEN** at **3826 LEAU FRAIZ, MALVERN, Hot Spring County, AR 72104** on **15th day of March, 2019**; or

**[ ]** I left the **Summons; Complaint** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

**[ ]** I left the **Summons; Complaint** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

**[ ]** I delivered the **Summons; Complaint** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

**[ ]** I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Summons; Complaint** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

**[ ]** I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Summons; Complaint** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

**[ ]** Other [specify]: _____

**[ ]** I was unable to execute service at _____ [place] :
_____

My fee is $: **$ 65.00**

REF:  **00281597**

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE





Tracking #: **0034640333**

SReygadas001403

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

DATED this _21_ day of _March_ , 20_19_.

_____

**Jazmine Sade OGuinn, Reg. # 30LS-18-5, Hot Springs County**

Subscribed and Sworn to before me this _21_ day of _March_ , 20_19_.

_____

NOTARY PUBLIC in and for the State of **Arkansas**

Residing at: _401 Clay Street  Arkadelphia  71923_

My commission expires _1-16-2027_

Additional information regarding service or attempted service:

**ZACHARY GREEN, Who accepted service, with identity confirmed by subject reaching for docs when named, a white male with an accent.**

REF:  **00281597**

PAGE 2 OF 2
ORIGINAL PROOF OF
SERVICE



Tracking #: **0034640333**

SReygadas001404

ELECTRONICALLY FILED
Hot Spring County Circuit Court
Teresa Pilcher, Hot Spring County Circuit Clerk
2019-Jan-29  15:20:29
30CV-19-23
C07D02 : 6 Pages

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                           PLAINTIFF

V.                                                              CAUSE NO._____

ZACHARY GREEN                                                         DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, ZACHARY GREEN, is an adult resident of 3826 LEAU FRAIZ, MALVERN

AR 72104.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account.

This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $1,122.70

**SReygadas001405**

2.      Attorney Fees in the amount of:      $.00
3.      Court Costs in the amount of:      $187.50
        **TOTAL:**                        **$1,310.20**
4.      Additional Court Costs as they accrue
5.      Post judgment interest.

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281597

SReygadas001406

Page 1 of 2                                                                                       2328000548

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®

kay.com

**Customer Name**   Zachary A Green
**Account #**   ▓▓▓▓9044

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
(do not send payments to this address)
P.O. Box 3680
Akron, OH 44309–3680

## Payment Information

| | |
|---|---|
| New Balance | $1,122.70 |
| Balance Payable To Avoid Further Interest Charges | $1,122.70 |
| Minimum Payment | $70.00 |
| Past Due | $400.00 |
| Total Due | $470.00 |
| Payment Due Date | 08/13/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 MONTHS | $1,262.13 |

If you would like information about credit counseling services, call 1-866-477-6322

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,109.31 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $13.39 |
| **New Balance** | **$1,122.70** |
| Statement closing date | 07/18/2016 |
| Days in billing cycle | 30 |

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 07/18/2016 | 07/19/2016 | Interest Charges | $13.39 |
| | | TOTAL INTEREST FOR THIS PERIOD | $13.39 |

### 2016 Totals Year-To-Date

| | |
|---|---|
| Total fees charged in 2016 | $94.98 |
| Total interest charged in 2016 | $93.20 |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx9044 |
|---|---|
| New Balance | $1,122.70 |
| Due Date | 08/13/2016 |
| Total Due | $470.00 |
| Amount Enclosed | $ |

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

▓▓▓▓▓▓▓▓9044000470000007000112 2701

000548

# K A Y
## J E W E L E R S
Every kiss begins with Kay.®
kay.com



KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

#BWNCKTF
#  1301771719990442  #
Zachary A Green
3826 Leau Fraiz
Malvern AR 72104–8169

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274–0425

SReygadas001407

**KAY KAY**
JEWELERS OUTLET

16

**Select the Type of Account you would like to apply for:** Please use blue or black ink to complete.

[ ] **INDIVIDUAL ACCOUNT:** In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account.

[ ] **JOINT ACCOUNT:** Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below.

[ ] **COSIGNED ACCOUNT:** Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments.

*NOTICE: Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.*

**Applicant Information:**

First Name: Zachary   M.I. A   Last Name: Green   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   Apt:   City: Malvern   State: AR   Zip Code: 72104

Phone:   Other Phone:   Length of Time: 1yr 6mo

Statement Mailing Address:
(If different than above)

Previous Address:   City: Malvern   State: AR   Zip Code: 72104   Length of Time: 7yr
(If at current address less than 3 years)

E-Mail Address:

Position:   Self-Employed? Y N

Employer Address:   City: HS   State: AR   Zip Code:   Length of Time: 2m

Previous Employer:   Dept/Ext.:   Previous Length of Time: 2yr 6mo
(If with current employer less than 1 year)

*Other Monthly Income Amount That Could Be: 2500

Nearest Relative Not Living With You:   State of Residence: AR   Phone:

**Joint Applicant Information:**

First Name: Lauren   M.I. R   Last Name: Aguilar   Suffix:

1. Are you a U.S. Citizen? Y N
2. Are you in the military? Y N
3. Do you have established credit? Y N

Home Address:   State:   Zip Code:   Length of Time:
(If different from primary applicant)

Phone:

Employer Name and Address:   Self-Employed? Y N

*Other Monthly Income Amount That Could Be Used To Repay Your Obligation:

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO KAY JEWELERS AT P.O. BOX 3680, AKRON, OH 44309-3680. STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: **California Residents:** After credit approval each applicant shall have the right to use open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:   Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE KAY JEWELERS AND KAY JEWELERS OUTLET RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

In addition, I consent to 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

Applicant: X Zachary A. G   Date: 10-9-15   Joint Applicant: X Lauren Aguilar

0308-1350/0000 (R. 10/14) 058127

**SReygadas001408**

KAY JEWELERS #2328

HOT SPRINGS MALL

4501 CENTRAL AVE. SUITE 155

HOT SPRINGS, AR 719130000

Date: 10/09/2015          Time: 13:53:12          Sales Slip ID: 76604

| | |
|---|---|
| Cardholder: | GREEN, ZA |
| Account No: | XXXXXX9044 |
| Purchase Price: | $1215.43 |
| Down Payment: | $225.00 |
| Credit Plan: | REG |

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $990.43

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

10/09/15

**Date of Birth**                                    **Date**

SReygadas001409

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.  He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2.  *Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant ZACHARY GREEN's KAY JEWELERS account identified by the account number 3░░░░9044.*

4.  Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $1,122.70, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this 8th day of October, 2018.

NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51797158
00281597

SReygadas001410

IN THE CIRCUIT COURT OF HOT SPRINGS COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                        CAUSE NO. _____

ZACHARY GREEN                                                        DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

ZACHARY GREEN

3826 LEAU FRAIZ, , MALVERN AR 72104

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:

HOT SPRINGS COUNTY CIRCUIT COURT
MALVERN, AR 72104

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281597

**SReygadas001411**

## RETURN OF SERVICE

State of Arkansas

City of _____

    I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____        the person named therein as defendant.

_____        a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____        the duly designated agent for service of process for the defendant, namely _____

_____        OTHER: _____
           _____

_____

Sheriff/Process Server

    SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of

_____, 2018.

_____

Notary Public

My Commission Expires:

_____

**SReygadas001412**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V ZACHARY GREEN

**Case Number:**   30CV-19-23

**Type:**            SUMMONS - FILER PREPARED

So Ordered



Electronically signed by SLWALTON on 2019-01-29 15:35:39     page 3 of 3

SReygadas001413

ELECTRONICALLY FILED
Craighead County Circuit Court in Lake City
Candace Edwards, Craighead Circuit Clerk
2019-Jan-29  14:27:44
16LCV-19-6
C02D10 : 5 Pages

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
EASTERN

DNF Associates LLC                                                        PLAINTIFF

V.                                                            CAUSE NO._____

ZACKARY RIDGE                                                     DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this its complaint against the Defendant, as follows:

I.

Defendant, ZACKARY RIDGE, is an adult resident of 1121 4TH ST, LAKE CITY AR 72437.

II.

Plaintiff, holds a claim against the Defendant pursuant to a KAY JEWELERS account. This account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this account. More than thirty days have elapsed since Defendant received this correspondence and Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness, Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against the Defendant:

SReygadas001414

| | | | |
|---|---|---|---|
| 1. | Principle and Accrued Interest: | $1,035.88 |
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |
| | **TOTAL:** | **$1,223.38** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281588

SReygadas001415

Page 1 of 2                                                                                                          2215000446

# K A Y
### J E W E L E R S
Every kiss begins with Kay.®

kay.com

**Customer Name**    Zackary Ridge
**Account #** ████ **8327**

**Questions?** – Visit us at www.kay.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309−3680

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $1,023.30 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $12.58 |
| **New Balance** | **$1,035.88** |
| Statement closing date | 07/24/2016 |
| Days in billing cycle | 30 |

## Payment Information

| | |
|---|---:|
| New Balance | $1,035.88 |
| Balance Payable To Avoid Further Interest Charges | $1,035.88 |
| Minimum Payment | $65.00 |
| Past Due | $455.00 |
| Total Due | $520.00 |
| Payment Due Date | 08/19/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 MONTHS | $1,163.50 |

If you would like information about credit counseling services, call 1−866−477−6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---:|
| 07/24/2016 | 07/25/2016 | Interest Charges | $12.58 |
| | | TOTAL INTEREST FOR THIS PERIOD | $12.58 |

### 2016 Totals Year-To-Date

| | |
|---|---:|
| **Total fees charged in 2016** | **$83.47** |
| **Total interest charged in 2016** | **$87.56** |

NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxx8327 |
|---|---|
| New Balance | $1,035.88 |
| Due Date | 08/19/2016 |
| Total Due | $520.00 |
| Amount Enclosed | $ |

████████ 83270005200000065001035887

**Please make your check payable to KAY JEWELERS**
Payment mailing address is for remittance only

000446



kay.com

#BWNCKTF
#  13017742985327 2  #
Zackary Ridge
1121 4th St
Lake City AR 72437−8618

KAY JEWELERS
P.O.Box 740425
Cincinnati OH 45274−0425

To review important notices, click here

Address or Employment
Change? Check Box and
complete Reverse Side

Payment Mailing Address:
P.O. Box 740425
Cincinnati, OH 45274−0425

SReygadas001416

KAY JEWELERS #2215

THE MALL AT TURTLE CREEK

3000 . HIGHLAND DR. STE#119

JONESBORO, AR 724010000

Date: 12/19/2015          Time: 20:13:58          Sales Slip ID: 98840

Cardholder:      RIDGE, ZA
Account No:      XXXXXX8327
Purchase Price:  $862.53
Down Payment:    $0.00
Credit Plan:     REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY RETURN YOUR PURCHASE WITHIN 60 DAYS OR EXCHANGE IT WITHIN 90 DAYS OF PURCHASE. WATCHES MAY BE EXCHANGED OR RETURNED WITHIN 30 DAYS IF IN ORIGINAL CONDITION (UNWORN & UNALTERED) AND WITH ORIGINAL PACKAGING, WARRANTY DOCUMENTS & INSTRUCTIONS. SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $862.53

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my KAY JEWELERS Retail Installment Charge Agreement, the terms of which are incorporated by reference.

PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X _____

07/11/1986                          12/19/15

Date of Birth                       Date

**SReygadas001417**

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1.    He is a competent person over eighteen years of age. He is a Managing Partner
      for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is
      authorized to execute this affidavit on behalf of Plaintiff and the information
      below is true and correct to the best of her knowledge, information and belief. He
      is familiar with the method of preparation and maintenance of Plaintiff's books
      and records and believe them to be true and correct, with entries thereon having
      been made in the ordinary course of Plaintiff's business, at or near the time of the
      transaction giving rise to each entry.

2.    Plaintiff is the current owner of, and/or successor in interest to, the obligation
      sued upon, and was assigned all the rights, title and interest to Defendant
      ZACKARY RIDGE's KAY JEWELERS account identified by the account
      number ███████8327.

4.    Plaintiff's business records for the Account of Defendant reflect that the balance
      due and owing to Plaintiff by the Defendant on the Account Number referenced
      above as of the date hereof August 28, 2018 is in the sum of $1,035.88, according
      to the business records provided to Plaintiff by the Original Creditor or its
      Assignee at the time the Account was purchased.

                                              _____
                                              Lawrence Schiavi

Subscribed and sworn to before me on this  8th  day of October, 2018.

ALEXANDRIA FISHER                    _____
NOTARY PUBLIC-STATE OF NEW YORK      NOTARY PUBLIC
No 01FI6379990
Qualified In Erie County
My Commission Expires 08-27-2022

51792072
00281588

SReygadas001418

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
EASTERN

DNF Associates LLC                                                                    PLAINTIFF

V.                                                                    CAUSE NO. _____

ZACKARY RIDGE                                                                    DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>ZACKARY RIDGE</u>

<u>1121 4TH ST, , LAKE CITY AR 72437</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

CRAIGHEAD COUNTY CIRCUIT COURT
LAKE CITY, AR 72437

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281588

SReygadas001419

## RETURN OF SERVICE

State of Arkansas

City of _____

      I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____      the person named therein as defendant.

_____      a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____      the duly designated agent for service of process for the defendant, namely _____

_____      OTHER: _____
_____

                          _____
                          Sheriff/Process Server

      SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                          _____
                          Notary Public

My Commission Expires:


_____

SReygadas001420



Arkansas Judiciary

**Case Title:**       DNF ASSOCIATES LLC V ZACHARY RIDGE

**Case Number:**   16LCV-19-6

**Type:**             SUMMONS - FILER PREPARED

So Ordered

Martha S. Gurley

Martha Gurley, Deputy Clerk

Electronically signed by MSGURLEY on 2019-01-29 14:57:26    page 3 of 3

SReygadas001421

ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2019-Feb-04  15:50:49
23CV-19-144
C20D01 : 6 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                                    PLAINTIFF

V.                                                      CAUSE NO._____

JOSHUA BUCHANAN                                                      DEFENDANT

## **COMPLAINT**

COMES NOW Plaintiff, DNF Associates LLC, by and through counsel, and brings this

its complaint against the Defendant, as follows:

I.

Defendant, JOSHUA BUCHANAN, is an adult resident of 67 BRIARWOOD ST,,

Greenbrier AR 72058.

II.

Plaintiff, holds a claim against the Defendant pursuant to a JARED account.  This

account is in default and is presently due and owing in the amount listed below.

III.

Plaintiff, through counsel, sent Defendant a correspondence demanding payment on this

account.  More than thirty days have elapsed since Defendant received this correspondence and

Defendant has failed to satisfy this account.

IV.

As a direct and proximate cause of Defendant's failure to pay this past due indebtedness,

Plaintiff has incurred legal fees and court costs.

WHEREFORE, Plaintiff, DNF Associates LLC, demands judgment of, from and against

the Defendant:

1.      Principle and Accrued Interest:      $10,324.71

SReygadas001422

| | | |
|---|---|---|
| 2. | Attorney Fees in the amount of: | $.00 |
| 3. | Court Costs in the amount of: | $187.50 |
| | **TOTAL:** | **$10,512.21** |
| 4. | Additional Court Costs as they accrue | |
| 5. | Post judgment interest. | |

THIS December 19, 2018.

_____
Michael A. Jacob, II
AB#2010-110
Jacob Law Group, PLLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655
(866) 287-5283
(662) 238-2834 facsimile

*This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.

00281592

SReygadas001423

**JARED**
The Galleria Of Jewelry
jared.com

JARED Vault    JARED Jewelry Boutique    LE VIAN by JARED

21    SSN [*] [*] [*] – [*] [*] – [5] [8] [9] [6]

---

*Select the Type of Account you would like to apply for:* Please use blue or black ink to complete.

| [X] **INDIVIDUAL ACCOUNT**: In one name and based solely on your own credit worthiness. Applicant if married, may apply for an individual account. | [ ] **JOINT ACCOUNT**: Is based on credit worthiness of both applicant and joint applicant. Both may use the account and will be liable and responsible for payments. Both must sign below. | [ ] **COSIGNED ACCOUNT**: Cosigner and applicant must each complete separate applications. Only applicant will be permitted to use the account, but both will be liable and responsible for payments. |

**NOTICE:** **Total Monthly Income includes income from a job, including full time, part time, or seasonal jobs or from self employment and includes bonuses, tips and commissions. It includes interest or dividends, rental income. retirement income or public assistance, as well as profit from self employment. It includes shared income, which is money from somebody else that is regularly deposited into your account or a joint account that person shares with you. If you are 21 or older, you may also include income from others if you can use that income to pay your bills. *Alimony, child support or separate maintenance need not be revealed if you do not wish to rely on it to obtain credit.

### Applicant Information:

| First Name: joshua | M.I. t | Last Name: buchanan | Suffix: | 1. Are you a U.S. Citizen? **X** N <br> 2. Are you in the military? **X** N <br> 3. Do you have established credit? **X** N |

| Home Address: | | Apt: | City: maumelle | State: ar | Zip Code: 72113 |

| Phone: | Name Phone Billed Under: joshua t buchanan | Other Phone: | Length of Time at Address: 3yr 0mo |

Statement Mailing Address: 125 oak ridge cv          maumelle          ar          72113

| Previous Address: | City: | State: | Zip Code: | Length of Time: |

| | | E-Mail Address: | By providing my E-mail address, I consent to receive E-mail communications about my Account. |

| Employer/*Source of Income: | Position: | **Total Monthly Income |

| Employer Address: | City: little rock | State: ar | Zip Code: 72211 |

| | Dept./Ext.: | Length of Time at Employer: 4yr 3mo |

| Self-Employed: Y N <br> (If Yes, please provide the name of your company in the Employer/Source of Income field above) | Previous Employer: | Previous Length of Time: |

| Nearest Relative Not Living With You: | State of Residence: mo | Phone: |

### Joint Applicant Information:

| First Name: | M.I. | Last Name: | Suffix: | 1. Are you a U.S. Citizen? Y N <br> 2. Are you in the military? Y N <br> 3. Do you have established credit? Y N |

| Home Address: (if different from primary applicant) | City: | State: | Zip Code: | Length of Time: |

| Phone: ( ) | Social Security Number: | Date of Birth: | Driver's License #: |

| Employer/*Source of Income: | Self-Employed? Y N <br> (If Yes, please provide the name of your company in the Employer/Source of Income field) |

| Phone: ( ) | Length of Time at Employer: | **Total Monthly Income: |

The information furnished on this application is complete and accurate, to the best of my knowledge. Sterling Jewelers Inc. may investigate my credit record and obtain a consumer report in connection with this application and later in connection with an update, renewal, additional extension of credit, replacement or refinancing of an extension of credit or collection of the account, any other account I have with Sterling Jewelers Inc. or otherwise as permitted or required by law. Upon request, I will be told whether or not a consumer report was requested and the name and address of the reporting agency that furnished that report. TO FIND OUT ABOUT CHANGES IN THE INFORMATION IN THE AGREEMENT ACCOMPANYING THIS APPLICATION, WRITE TO JARED THE GALLERIA OF JEWELRY AT P.O. BOX 3680, AKRON, OH 44309-3680. **STATE LAW REQUIRES US TO GIVE THE FOLLOWING NOTICES: California Residents:** After credit approval each applicant shall have the right to use an open-end credit plan to the extent of any limit we set and will be liable for all amounts extended under the plan to any joint applicant. **Ohio Residents:** THE OHIO LAWS AGAINST DISCRIMINATION REQUIRE THAT ALL CREDITORS MAKE CREDIT EQUALLY AVAILABLE TO ALL CREDITWORTHY CUSTOMERS, AND THAT CREDIT REPORTING AGENCIES MAINTAIN SEPARATE CREDIT HISTORIES ON EACH INDIVIDUAL UPON REQUEST. THE OHIO CIVIL RIGHTS COMMISSION ADMINISTERS COMPLIANCE WITH THIS LAW. **New York Residents:** We have a security interest in goods costing more than $200.00 until the full payment price of those goods is paid. **Wisconsin Residents:** If you are married and are applying for an individual Account, you may combine your and your spouse's financial information above. Marital Agreement Notice - No provision of a marital property agreement, unilateral statement under Sec. 766.59 Wis. Stats., or court decree under Sec. 766.70 Wis. Stats., will adversely affect our rights unless we are furnished a copy of the agreement, statement or decree, or we have actual knowledge of its terms before credit is granted or the account is opened. We are required to ask married residents of Wisconsin for the following information:

Name of Spouse:                              Address of Spouse:

**BEFORE SIGNING BELOW, I (WE) HAVE READ THE DISCLOSURES THAT APPEAR ON THIS APPLICATION AND THE JARED THE GALLERIA OF JEWELRY RETAIL INSTALLMENT CREDIT AGREEMENT, THE TERMS OF WHICH ARE INCORPORATED BY REFERENCE IN AND MADE A PART OF THIS APPLICATION, AND I (WE) HAVE RECEIVED A COPY OF THAT AGREEMENT.**

**In addition, I consent to: 1) be contacted about my account through any contact information I provide, including cell phone numbers, even if I am charged under my phone plan; and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.**

| Applicant: X *[signature]* | Date: 12/18/2015 | Joint Applicant: X |

(R: 10/15) 150167

SReygadas001424

*Page 1 of 2*

*2524000570*



# JARED®
## The Galleria Of Jewelry
jared.com

**Customer Name**   Joshua T Buchanan
**Account #** ▇▇▇▇9018

**Questions?** – Visit us at www.jared.com

**Please send billing inquiries and correspondence to:**
**(do not send payments to this address)**
P.O. Box 3680
Akron, OH 44309–3680

| Summary of Account Activity | |
|---|---|
| Previous Balance | $10,190.73 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases and Other Charges | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $133.98 |
| **New Balance** | **$10,324.71** |
| Statement closing date | 08/10/2016 |
| Days in billing cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $10,324.71 |
| Balance Payable To Avoid Further Interest Charges | $10,324.71 |
| Minimum Payment | $460.00 |
| Past Due | $2,100.00 |
| Total Due | $2,560.00 |
| Payment Due Date | 09/05/2016 |

**Late Payment Warning:** If we do not receive your minimum payment by the payment due date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 MONTHS | $12,301.98 |

If you would like information about credit counseling services, call 1-866-477-6322

## Your Transactions

### Interest Charged

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| 08/10/2016 | 08/11/2016 | Interest Charges | $133.98 |
| | | TOTAL INTEREST FOR THIS PERIOD | $133.98 |

| 2016 Totals Year To-Date | |
|---|---|
| **Total fees charged in 2016** | **$883.88** |
| **Total interest charged in 2016** | **$702.40** |



NOTICE: *SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT*

| Account # | xxxxxx9018 |
|---|---|
| New Balance | $10,324.71 |
| Due Date | 09/05/2016 |
| Total Due | $2,560.00 |
| Amount Enclosed | $ |

**Please make your check payable to JARED GALLERIA OF JEWELRY**
Payment mailing address is for remittance only

▇▇▇▇▇▇▇▇▇018002560000046001032471 4

000570



#BWNCKTF
# 1301784315910185 #
Joshua T Buchanan
125 Oak Ridge Cv
Maumelle AR 72113–6845

JARED GALLERIA OF JEWELRY
P.O.Box 740425
Cincinnati OH 45274–0425

To review important notices, click here

| Address or Employment Change?  Check Box and complete Reverse Side | Payment Mailing Address: P.O. Box 740425 Cincinnati, OH 45274–0425 |
|---|---|

SReygadas001425                 JARED THE GALLERIA OF JEWELRY #2524

Park Avenue

310 South University Ave

Little Rock, AR 72205

Date: 12/18/2015          Time: 15:14:16          Sales Slip ID: 30219

Cardholder:       BUCHANAN, JO
Account No:       XXXXXX9018
Purchase Price:   $10033.43
Down Payment:     $1000.00
Credit Plan:      REG

Payment Protection Plan Rate: $1.350 per $100

YOU MAY EXCHANGE OR RETURN YOUR PURCHASE WITHIN 30 DAYS. ACCESSORIES AND WATCHES MUST BE IN ORIGINAL CONDITION
(UNWORN & UNALTERED). WATCHES MUST BE ACCOMPANIED BY ORIGINAL PACKAGING, INSTRUCTIONS AND WARRANTY DOCUMENTS.
SPECIAL ORDERED WATCHES, CUSTOM DESIGNED MERCHANDISE, ITEMS ENGRAVED WITH PERSONALIZED INFO & CLASS RINGS CANNOT BE
RETURNED OR EXCHANGED. MERCHANDISE RECEIVED VIA THE JEWELRY REPLACEMENT PLAN CANNOT BE RETURNED.

Total: $9033.43

Cardholder agrees to pay the above total according to card issuer agreement.

SECURITY AGREEMENT

I grant a security interest in these purchased goods pursuant to my JARED GALLERIA OF JEWELRY Retail Installment
Charge Agreement, the terms of which are incorporated by reference.



PAYMENT PROTECTION PLAN

By electing optional Payment ProtectionPlan insurance, I acknowledge that: I do not need to purchase this insurance toget credit
and I can get similar coverage, including property coverage (if included) from any insurer I choose. Payment Protection Plan
includes Credit Life, Disability, Involuntary Unemployment, Property, Job Retraining and Leave of Absence to the extent available
in my stateas described in the Summary of Insurance Coverages.* I read and I meet the eligibility requirements shown in the
Summary of Insurance Coverages.* Monthly premium charges are based on the account balance and the rate shown. I will
receive notice of any rate increase. I may cancel anytime.

*Please see the Summary of Insurance Coverages provided on the reverse side of the sales slip.

Yes, please enroll me in Payment Protection Plan Credit Insurance

X

**11/15/1979**                                        **12/18/15**

**Date of Birth**                                       **Date**

**SReygadas001426**

STATE OF NEW YORK
COUNTY OF ERIE

### AFFIDAVIT OF ACCOUNT

The undersigned affiant, being first duly sworn, deposes and states as follows, to-wit:

1. He is a competent person over eighteen years of age. He is a Managing Partner for DNF Associates LLC the Plaintiff herein (hereinafter "Plaintiff"). He is authorized to execute this affidavit on behalf of Plaintiff and the information below is true and correct to the best of her knowledge, information and belief. He is familiar with the method of preparation and maintenance of Plaintiff's books and records and believe them to be true and correct, with entries thereon having been made in the ordinary course of Plaintiff's business, at or near the time of the transaction giving rise to each entry.

2. Plaintiff is the current owner of, and/or successor in interest to, the obligation sued upon, and was assigned all the rights, title and interest to Defendant JOSHUA BUCHANAN's JARED account identified by the account number ████9018.

4. Plaintiff's business records for the Account of Defendant reflect that the balance due and owing to Plaintiff by the Defendant on the Account Number referenced above as of the date hereof August 28, 2018 is in the sum of $10,324.71, according to the business records provided to Plaintiff by the Original Creditor or its Assignee at the time the Account was purchased.

Lawrence Schiavi

Subscribed and sworn to before me on this __8th__ day of __October__, 2018.

Alexandrea Fisher
NOTARY PUBLIC

ALEXANDRIA FISHER
NOTARY PUBLIC-STATE OF NEW YORK
No 01FI6379990
Qualified in Erie County
My Commission Expires 08-27-2022

51797151
00281592

**SReygadas001427**

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

DNF Associates LLC                                              PLAINTIFF

V.                                                  CAUSE NO. _____

JOSHUA BUCHANAN                                               DEFENDANT

<div align="center">SUMMONS</div>

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>JOSHUA BUCHANAN</u>

<u>67 BRIARWOOD ST,. , Greenbrier AR 72058</u>

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael A. Jacob, II, Esq., PO Box 948, Oxford, MS  38655.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

<div align="center">CLERK OF COURT</div>

Address of Clerk's Office:

FAULKNER COUNTY CIRCUIT COURT
CONWAY, AR 72034

_____
[Signature of Clerk or Deputy Clerk]


Date:_____

[SEAL]

00281592

SReygadas001428

<u>RETURN OF SERVICE</u>

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____         the person named therein as defendant.

_____         a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____         the duly designated agent for service of process for the defendant, namely _____

_____         OTHER:_____
                _____

                        _____
                        Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____day of

_____, 2018.

                        _____
                        Notary Public

My Commission Expires:


_____

**SReygadas001429**



Arkansas Judiciary

**Case Title:**      DNF ASSOCIATES LLC V JOSHUA BUCHANAN

**Case Number:**   23CV-19-144

**Type:**           SUMMONS - FILER PREPARED

So Ordered

J.WIGGS

Electronically signed by JLWIGGS on 2019-02-04 16:00:12    page 3 of 3

SReygadas000764

## RETURN OF SERVICE

State of Arkansas

City of _____

     I, _____, hereby certify that I served the within complaint, _____, at _____ o'clock _____.m. on _____, 2018, by personal service on _____, such person being:

_____     the person named therein as defendant.

_____     a member of the defendant's family abode 14 years of age or older at the defendant's usual place of abode, namely _____.

_____     the duly designated agent for service of process for the defendant, namely _____

_____     OTHER:_____
_____

                                       _____
                                       Sheriff/Process Server

     SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2018.

                                       _____
                                       Notary Public

My Commission Expires:

_____