UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEPHANIE REYGADAS                                                                      PLAINTIFF

v.                                  No. 2:18-CV-02184

DNF ASSOCIATES LLC                                                                      DEFENDANT

## JUDGMENT

Pursuant to the notice of acceptance of offer of judgment (Doc. 51) filed in this case on September 13, 2019, judgment is entered in favor of Plaintiff Stephanie Reygadas on her claims against Defendant DNF Associates LLC in the amount of $4,000.00.

Interest on this judgment will accrue at the rate of 1.81% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 17th day of September, 2019.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE