UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEPHANIE REYGADAS                                                                                          PLAINTIFF

v.                                               No. 2:18-CV-02184

DNF ASSOCIATES LLC                                                                                         DEFENDANT

## ORDER

  This matter was remanded after appeal to the United States Court of Appeals for the Eighth Circuit.  This Court referred a motion for attorney's fees and costs to the United States Magistrate Judge for resolution, and after the Magistrate Judge entered an order awarding fees and costs to Plaintiff, denied a motion to set aside that award.  Because the award was dependent upon a judgment that has now been vacated, after consultation with the parties, the Court finds that its orders should be vacated and the award set aside.

  IT IS THEREFORE ORDERED that the order awarding fees and costs (Doc. 61) entered on December 23, 2019, and the order (Doc. 64) entered on January 9, 2020, maintaining that award are vacated, and the award of fees and costs is set aside.

  IT IS SO ORDERED this 17th day of March, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE