In the United States District Court
Western District of Arkansas
Fort Smith Division

Stephanie Reygadas                                                                                    Plaintiff

v.                              Case No. 2:18-cv-02184-PKH

DNF Associates, LLC                                                                                Defendant

## Stipulation of Dismissal

Plaintiff Stephanie Reygadas and Defendant DNF Associates, LLC stipulate that this civil action should be dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Respectfully submitted,

*/s/ Corey D. McGaha*
Corey D. McGaha
Ark. Bar No. 2003047
COREY D. MCGAHA PLLC
5507 Ranch Drive
Suite 104-D
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
cmcgaha@mcgahalaw.com

*Attorney for Plaintiff Stephanie Reygadas*

*/s/ Brendan H. Little*
Brendan H. Little
LIPPES MATHIAS WEXLER FRIEDMAN LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 10022
Phone: (716) 853-5100
Fax: (716) 853-5199
blittle@lippes.com

*Attorney for Defendant DNF Associates, LLC*