IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Stephanie Reygadas                                        PLAINTIFF

V.                                             2:18-2184

DNF Associates LLC                               DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The Plaintiff has filed a Stipulation of Dismissal (document #82) pursuant to Rule 41 (a)(1)(A)(ii) Federal Rules of Civil Procedure.

IT IS ORDERED hereby dismissed with prejudice.

                                                          AT THE DIRECTION OF THE COURT
                                                          JAMIE GIANI, CLERK

                                                          By: /s/ Jessica Michael
                                                          Deputy Clerk